# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § | 
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:21-CV-00441-JRG | |

CIVIL ACTION NO. 2:22-MD-03042-JRG

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Respond to Trend Micro's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) for Trial (the "Motion") filed by Plaintiff Taasera Licensing LLC ("Taasera"). (Case No. 2:22-md-3042, Dkt. No. 12; Case No. 2:21-cv-441, Dkt. No. 49). In the Motion, Taasera requests an extension to respond to Defendant Trend Micro Incorporated's ("Trend Micro") Motion to Transfer Pursuant to U.S.C. § 1404(a) for Trial (the "Motion to Transfer") (Case No. 2:21-cv-441, Dkt. No. 45). (2:22-md-3042, Dkt. No. 12).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Taasera to respond to Trend Micro's Motion to Transfer (Case No. 2:21-cv-441, Dkt. No. 45) is **extended** up to and including October 31, 2022.

**So Ordered this**

**Nov 1, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE