IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § § § | Case No. 2:22-MD-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

**JOINT MOTION FOR ENTRY OF**
**SECOND AMENDED DOCKET CONTROL ORDER**

Pursuant to the Court's First Amended Docket Control Order dated October 24, 2022 (Dkt. 15), the Parties comprising Taasera Licensing LLC ("Taasera"), Quest Patent Research Corporation ("Quest"), Check Point Software Technologies, Ltd. ("Check Point"), Palo Alto Networks Inc. ("Palo Alto"), Trend Micro Incorporated ("Trend Micro Japan"), and Trend Micro, Inc. ("Trend Micro US") have met and conferred and hereby file this Joint Motion for Entry of Agreed Second Amended Docket Control Order, attached hereto as Exhibit A. The new deadlines proposed by the Parties are summarized in the below chart.

| Current Deadline | New Deadline | Description |
|---|---|---|
| November 4, 2022 | November 11, 2022 | *File Proposed Discovery Order<br><br>The Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |

Good cause exists for amending the deadline to file the Proposed Discovery Order. There are three additional tag-along actions that were recently filed in this District and in the Western District of Texas:

- *Taasera Licensing LLC v. Fortinet Inc.*, C.A. No. 2:22-cv-00415 (E.D. Tex. Oct. 21, 2022)

- *Taasera Licensing LLC v. Musarubra US LLC, D/B/A Trellix*, C.A. No. 2:22-cv-00427-JRG (E.D. Tex. Oct. 31, 2022)

- *Taasera Licensing LLC v. CrowdStrike, Inc. and CrowdStrike Holdings, Inc.*, C.A. No. 6:22-cv-01094 (E.D. Tex. Oct. 21, 2022)

The additional time for these deadlines will facilitate negotiations on the Proposed Discovery Order between all parties to this multidistrict litigation ("MDL") inclusive of the tag-along cases. The Parties will be prepared to discuss this deadline as well as other scheduling matters on the telephonic status conference on Tuesday, November 8, 2022.

Dated: November 4, 2022                      Respectfully submitted,

 /s/ Alfred R. Fabricant
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com

**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR TAASERA LICENSING LLC***


 /s/   *Justin Kurt Truelove*
Mark J. Rosenberg
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway, 11th Floor
New York, New York 10018
Tel. (212) 216-8000
Fax (212) 216-8001
Email:  mrosenberg@tarterkrinsky.com

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR QUEST PATENT RESEARCH CORPORATION***


*/s/ Alyssa Caridis (with permission)*
Eric H. Findlay
Email:  efindlay@findlaycraft.com
State Bar No. 00789886
Debby E. Gunter
Email:  dgunter@findlaycraft.Com
State Bar No. 24012752
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

3

Clement S. Roberts
Email. croberts@orrick.com
CA State Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
Email:  acaridis@orrick.com
Jake O'Neal (Admitted *Pro Hac Vice*)
Email: jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer (Admitted *Pro Hac Vice*)
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
100 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7497
Facsimile: (650) 614-7401

***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***


*/s/ Michael R. Rueckheim (with permission)*
Kelly C. Hunsaker
Email: KHunsaker@winston.com
Michael R. Rueckheim
Email: MRueckheim@winston.com
Matthew R. McCullough
Email: MRMcCullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065

Krishnan Padmanabhan
Email: KPadmanabhan@winston.com
**WINSTON & STRAWN LLP**

4

200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Vivek V. Krishnan
Email: VKrishnan@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Juan Yaquian
Email: JYaquian@winston.com
**WINSTON & STRAWN LLP**
800 Capital St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700c

James R. Batchelder
Email: james.batchelder@ropesgray.com
Andrew T. Radsch (admitted in SDNY)
Email: andrew.radsch@ropesgray.com
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000

***ATTORNEY FOR PALO ALTO NETORKS, INC.***

 /s/ *Holly Engelmann (with permission)*
Melissa R. Smith
Texas State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
Texas State Bar No. 24040865
Email: HEngelmann@duanemorris.com

5

        **DUANE MORRIS LLP**
        100 Crescent Court, Suite 1200
        Dallas, Texas 75201
        Telephone: (214) 257-7200
        Fax: (214) 257-7201

        ***ATTORNEYS FOR TREND MICRO***
        ***INCORPORATED AND TREND MICRO, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 4, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
