IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § THIS DOCUMENT RELATES TO ALL CASES § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |

### ORDER

Before the Court is the Joint Motion for Entry of Second Amended Docket Control Order the "Motion") filed by Taasera Licensing LLC ("Taasera"), Quest Patent Research Corporation ("Quest"), Check Point Software Technologies, Ltd. ("Check Point"), Palo Alto Networks Inc. ("Palo Alto"), Trend Micro Incorporated ("Trend Micro Japan"), and Trend Micro, Inc. ("Trend Micro US"). (Dkt. No. 35). In the Motion, the parties request an extension to file a Proposed Discovery Order from November 4, 2022, to November 11, 2022, to facilitate negotiations on such proposal

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the parties to submit a Proposed Discovery Order is **extended** up to and including November 11, 2022. This targeted relief having been granted the Court sees no further need, at present, to amend the Docket Control Order. Consequently, the Motion is **DENIED AS MOOT**.

So ORDERED and SIGNED this 10th day of November, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE