# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § THIS DOCUMENT RELATES TO CIVIL § ACTION NO. 2:22-CV-00415-JRG § | CIVIL ACTION NO. 2:22-MD-03042-JRG |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint (the "Motion") filed by Defendant Fortinet Inc. ("Fortinet"). (Case No. 2:22-md-3042, Dkt. No. 40; Case No. 2:22-cv-415, Dkt. No. 14). In the Motion, Fortinet requests an extension from November 21, 2022, to December 12, 2022, to answer or respond to Plaintiff Taasera Licensing LLC's ("Taasera") Complaint (Case No. 2:22-cv-415, Dkt. No. 1).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Fortinet to answer or otherwise respond to Taasera's Complaint (Case No. 2:22-cv-415, Dkt. No. 1) is **extended** up to and including December 12, 2022.

**So Ordered this**

**Nov 14, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE