# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| In re: TAASERA LICENSING LLC Patent Litigation § § § § § § § § § § § § § | Civil Action No. 2:22-MD-03042-JRG  This document relates to Civil Action No. 2:22-cv-303  **JURY TRIAL DEMANDED** |
| TREND MICRO, INC., | |
| Plaintiff, | |
| v. | |
| TAASERA LICENSING LLC, | |
| Defendant. | |

## NOTICE OF COMPLIANCE

Plaintiff Trend Micro, Inc. (U.S.) hereby notifies the Court that it has served its Initial Disclosure pursuant to the Court's Discovery Order on counsel for Defendant via electronic mail on November 14, 2022.

Dated: November 15, 2022

Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 07921800
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

D. Stuart Bartow
DSBartow@duanemorris.com
DUANE MORRIS LLP

Joshua B. Long
jblong@duanemorris.com
Duane Morris LLP

<div style="display: flex;">

<div>

1201 North Market Street, Suite 501
Wilmington, DE 19801
Telephone: 302-657-4929
Facsimile: 302-657-4901

Gilbert A. Greene
TX Bar No. 24045976
W. Andrew Liddell
TX Bar No. 24070145
BGreene@duanemorris.com
WALiddell@duanemorris.com
DUANE MORRIS LLP
Las Cimas IV
900 S. Cap. of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 512-277-2300
Facsimile: 512-277-2301

Holly Engelmann
TX Bar No. 24040865
HEngelmann@duanemorris.com
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214-257-7200
Facsimile: 214-257-7201

</div>

<div>

1330 Post Oak Boulevard, Suite 800
Houston, TX 77056-3166
Telephone: 713-402-3900
Facsimile: 713-402-3901

Brianna M. Vinci
bvinci@duanemorris.com
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1198
Facsimile: 215-754-4983




*ATTORNEYS FOR PLAINTIFF,
TREND MICRO, INC.*

</div>

</div>

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Defendant's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on November 15, 2022.

<div style="text-align:right">

*/s/ Melissa R. Smith*
Melissa R. Smith

</div>