IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | Civil Action No. 2:22-md-03042-JRG |
| **THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00415** | **JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC, <br><br> Plaintiff <br> vs. <br><br> FORTINET INC., <br><br> Defendant | Civil Action No. 2:22-cv-00415-JRG <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF DAVID C. DOTSON

COMES NOW David C. Dotson of Duane Morris LLP and respectfully enters his appearance as counsel of record for Defendant Fortinet Inc. Mr. Dotson was admitted to the bar of this Court on April 19, 2011. All further communications, correspondence and orders may be directed to Mr. Dotson at the below address:

> Duane Morris LLP
> 1075 Peachtree Street NE Suite 1700
> Atlanta, Georgia 30309
> Telephone: (404)253-6900
> Facsimile: (404)253-6901
> Email: dcdotson@duanemorris.com

1

Dated: November 15, 2022                    Respectfully submitted:

                                                                    /s/ David C. Dotson
                                                                    David C. Dotson
                                                                    dcdotson@duanemorris.com
                                                                    GA Bar No. 138040
                                                                    Duane Morris LLP
                                                                    1075 Peachtree Street, Suite 1700
                                                                    Atlanta, Georgia 30309
                                                                    Telephone: (404)253-6900
                                                                    Facsimile: (404)253-6901

                                                                    ***Attorney For Defendant Fortinet Inc.***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on November 15, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF DAVID C. DOTSON** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                                    /s/ *David C. Dotson*
                                                                      David C. Dotson