# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION  §<br>§<br>§<br>THIS DOCUMENT RELATES TO CIVIL §<br>ACTION NOS. 2:21-CV-00441, 2:22-CV- §<br>00063, 2:22-CV-00303, 2:22-CV-00314  § | CIVIL ACTION NO. 2:22-MD-03042-JRG |

## ORDER

The Court issues this Order *sua sponte*. The Court hereby sets the following motions and all related briefing for an in-person hearing on **Thursday, February 2, 2023, at 9:00 a.m. CT** in Marshall, Texas:

- Trend Micro Incorporated's ("Trend Micro") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 21);

- Trend Micro's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) for Trial (Case No. 2:21-cv-441, Dkt. No. 45)

- Trend Micro's Motion to Dismiss Taasera Licensing LLC's ("Taasera") Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 39);

- Defendant Check Point Software Technologies Ltd.'s ("Check Point") Motion for Partial Dismissal of Plaintiff's Complaint (Case No. 2:22-cv-63, Dkt. No. 13);

- Check Point's Motion to Transfer Venue to the Norther District of California (Case No. 2:22-cv-63, Dkt. No. 23);

- Check Point's Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Case No. 2:22-cv-63, Dkt. No. 26);

Case 2:22-md-03042-JRG   Document 70   Filed 12/20/22   Page 2 of 2 PageID #: 938

- Taasera's Motion to Dismiss Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction, or in the Alternative, to Transfer or Stay Under the First-to-File Rule, and to Dismiss for Failure to State a Claim (Case No. 2:22-cv-303, Dkt. No. 14);

- Taasera's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim (Case No. 2:22-md-3042, Dkt. No. 11; Case No. 2:22-cv-314, Dkt. No. 87); and

- Quest Patent Research Corporation's ("Quest") Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim (Case No. 2:22-md-3042, Dkt. No. 14; Case No. 2:22-cv-314, Dkt. No. 89).

**So ORDERED and SIGNED this 20th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE