# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § THIS DOCUMENT RELATES TO ALL ACTIONS § § | Case No. 2:22-MD-03042-JRG **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF THIRD AMENDED DOCKET CONTROL ORDER

Pursuant to the Court's Second Amended Docket Control Order dated November 14, 2022 (Dkt. 46), the Parties comprising Taasera Licensing LLC ("Taasera"), Quest Patent Research Corporation ("Quest"), Palo Alto Networks Inc. ("Palo Alto"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), Trend Micro, Inc. ("Trend Micro US"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), and Musarubra US LLC d/b/a Trellix ("Trellix") have met and conferred and hereby file this Joint Motion for Entry of Agreed Third Amended Docket Control Order, attached hereto as Exhibit A. The new deadlines proposed by the Parties are summarized in the below chart.

| Current Deadline | New Deadline | Description |
|---|---|---|
| April 12, 2023 | April 17, 2023 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| February 28, 2023 | March 28, 2023 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions[1] |
| February 28, 2023 | March 28, 2023 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| January 3, 2023 | January 17, 2023 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

---

[1] http://www.txed.uscourts.gov/sites/default/files/judgeFiles/EDTX%20Standing%20Order%20Re%20Subject%20Matter%20Eligibility%20Contentions%20.pdf [https://perma.cc/RQN2-YU5P]

Good cause exists for amending the above deadlines. There are three additional tag-along actions that were recently filed in this District and in the Western District of Texas:

- *Taasera Licensing LLC v. Fortinet Inc.*, C.A. No. 2:22-cv-00415 (E.D. Tex. Oct. 21, 2022)

- *Taasera Licensing LLC v. Musarubra US LLC, D/B/A Trellix*, C.A. No. 2:22-cv-00427-JRG (E.D. Tex. Oct. 31, 2022)

- *Taasera Licensing LLC v. CrowdStrike, Inc. and CrowdStrike Holdings, Inc.*, C.A. No. 6:22-cv-01094 (W.D. Tex. Oct. 21, 2022)

The additional time for these deadlines will allow all parties to this multidistrict litigation ("MDL") inclusive of the tag-along cases to file responsive pleadings and complete the investigations necessary to do so. The listing of cases in the "Filings in the Master Docket by the Court" section of the Docket Control Order has also been modified to include the new cases in this District that were consolidated into the MDL by the Court.

Dated: December 23, 2022            Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580

Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

*ATTORNEYS FOR TAASERA LICENSING LLC*


 /s/ *Justin K. Truelove*
Mark J. Rosenberg
Email:  mrosenberg@tarterkrinsky.com
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway, 11th Floor
New York, New York 10018
Telephone: (212) 216-8000
Facsimile: (212) 216-8001

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

*ATTORNEYS FOR QUEST PATENT RESEARCH CORPORATION*


*/s/ Kelly C. Hunsaker (with permission)*
Kelly C. Hunsaker
Email: KHunsaker@winston.com
Michael R. Rueckheim
Email: MRueckheim@winston.com
Matthew R. McCullough
Email: MRMcCullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520

3

Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Krishnan Padmanabhan
Email: KPadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Vivek V. Krishnan
Email: VKrishnan@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Juan Yaquian
Email: JYaquian@winston.com
**WINSTON & STRAWN LLP**
800 Capital St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700c

Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***ATTORNEYS FOR PALO ALTO NETWORKS, INC.***


*/s/ Evan Brewer (with permission)*
Eric H. Findlay
Email:  efindlay@findlaycraft.com
State Bar No. 00789886
Debby E. Gunter

4

Email: dgunter@findlaycraft.Com
State Bar No. 24012752
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
Email. croberts@orrick.com
CA State Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
Email:  acaridis@orrick.com
Jake O'Neal (Admitted *Pro Hac Vice)*
Email: jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer (Admitted *Pro Hac Vice*)
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
100 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7497
Facsimile: (650) 614-7401

***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

 /s/ *Holly Engelmann (with permission)*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670

Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Facsimile: (214) 257-7201

***ATTORNEYS FOR TREND MICRO
INCORPORATED AND TREND MICRO, INC.***


 /s/ *Irene Yang (with permission)*
Irene Yang
Email: irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

J. Stephen Ravel
State Bar No. 16584975
Email: steve.ravel@khh.com
Kelly Ransom
State Bar No. 24109427
Email: Kelly.ransom@kellyhart.com
**KELLY HART & HALLMAN LLP**
303 Colorado Street, Suite 2000
Austin, Texas 75201
Telephone: (512) 495-6429
Facsimile: (512) 495-6401

G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard St.
Henderson, Texas 75654

6

Telephone: (903) 657-8540
Facsimile: (903) 657-6003

***ATTORNEYS FOR CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.***


/s/ *Alice E. Snedeker (with permission)*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Facsimile: (214) 257-7201

Alice E. Snedeker
State Bar No. 151066
Email: aesnedeker@duanemorris.com
Matthew C. Gauder
State Bar No. 287789
Email: mcgaudet@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

***ATTORNEYS FOR FORTINET INC.***


/s/ *Nathaniel St. Clair, II (with permission)*
Nathaniel St. Clair, II
State Bar No. 24071564
Email: nstclair@jw.com
Blake T. Dietrich

        Texas State Bar No. 24087420
        Email: bdietrich@jw.com
        Hailey Oestreich
        Texas State Bar No. 24116627
        Email: hoestreich@jw.com
        William T. Nilsson
        Texas State Bar No. 24123350
        Email: wnilsson@jw.com
        **JACKSON WALKER LLP**
        2323 Ross Avenue, Suite 600
        Dallas, Texas 75201
        Telephone: (214) 953-5948
        Facsimile: (214) 661-6848

        ***ATTORNEY FOR MUSARUBRA US LLC, d/b/a***
        ***TRELLIX***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 23, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Alfred R. Fabricant
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

/s/ Alfred R. Fabricant
Alfred R. Fabricant