## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § |
| THIS DOCUMENT RELATES TO CIVIL ACTION NOS. 2:21-CV-00441, 2:22-CV-00063, 2:22-CV-00303, 2:22-CV-00314 | CIVIL ACTION NO. 2:22-MD-03042-JRG |

## ORDER

The Court issues this Order *sua sponte*. On December 20, 2022, the Court set the following motions and all related briefing for an in-person hearing on **Thursday, February 2, 2023, at 9:00 a.m. CT** in Marshall, Texas (Case No. 2:22-md-3042, Dkt. No. 70):

- Trend Micro Incorporated's ("Trend Micro") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 21);

- Trend Micro's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) for Trial (Case No. 2:21-cv-441, Dkt. No. 45)

- Trend Micro's Motion to Dismiss Taasera Licensing LLC's ("Taasera") Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 39);

- Defendant Check Point Software Technologies Ltd.'s ("Check Point") Motion for Partial Dismissal of Plaintiff's Complaint (Case No. 2:22-cv-63, Dkt. No. 13);

- Check Point's Motion to Transfer Venue to the Norther District of California (Case No. 2:22-cv-63, Dkt. No. 23);

- Check Point's Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Case No. 2:22-cv-63, Dkt. No. 26);

- Taasera's Motion to Dismiss Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction, or in the Alternative, to Transfer or Stay Under the First-to-File Rule, and to Dismiss for Failure to State a Claim (Case No. 2:22-cv-303, Dkt. No. 14);

- Taasera's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim (Case No. 2:22-md-3042, Dkt. No. 11; Case No. 2:22-cv-314, Dkt. No. 87); and

- Quest Patent Research Corporation's ("Quest") Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim (Case No. 2:22-md-3042, Dkt. No. 14; Case No. 2:22-cv-314, Dkt. No. 89).

On December 22, 2022, Plaintiff Palo Alto Networks, Inc. ("Palo Alto") filed its Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101. (Case No. 2:22-md-3042, Dkt. No. 71; Case No. 2:22-cv-314, Dkt. No. 109). The Court intends to hear arguments on Palo Alto's Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101 and all related briefing at the hearing currently set for **Thursday, February 2, 2023, at 9:00 a.m. CT** in Marshall, Texas.

**So ORDERED and SIGNED this 23rd day of December, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE