# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE TAASERA LICENSING LLC, PATENT LITIGATION § § § § THIS DOCUMENT RELATES TO § CIVIL ACTION NO. 2:22-CV-00314-JRG § § | Case No. 2:22-MD-03042-JRG<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT 35 U.S.C. § 101 LETTER AND TO BRIEFING SCHEDULE FOR PALO ALTO NETWORKS, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OF PATENT-INELIGIBILITY UNDER 35 U.S.C. § 101 (DKT. 109)**

Defendant Taasera Licensing LLC ("Defendant" or "Taasera") requests an extension of time for:

- The Parties to file their Joint 35 U.S.C. § 101 Letter from January 2, 2023, up to and including **January 11, 2023**;

- Taasera to file its Response to PAN's Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101 (Dkt. 109) from January 5, 2023, up to and including **January 11, 2023**;

- PAN to file its Reply to Taasera's Response to PAN's Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101 (Dkt. 109) from January 12, 2023, up to and including **January 18, 2023**; and

- Taasera to file its Sur-Reply to PAN's Reply from January 19, 2023, up to and including **January 25, 2023.**

Tassera respectfully requests that the Court grant this Unopposed Motion and does not file

this Unopposed Motion for purposes of delay, but rather to allow the Parties to adequately address the complexity of the issues associated with the pending Motion and in order that justice be done. Palo Alto Networks, Inc. does not oppose this motion.

Dated: January 3, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Alfred R. Fabricant*
　　　　　　　　　　　　　　　　　　　　　　Alfred R. Fabricant
　　　　　　　　　　　　　　　　　　　　　　NY Bar No. 2219392
　　　　　　　　　　　　　　　　　　　　　　Email: ffabricant@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　　　Peter Lambrianakos
　　　　　　　　　　　　　　　　　　　　　　NY Bar No. 2894392
　　　　　　　　　　　　　　　　　　　　　　Email: plambrianakos@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　　　Vincent J. Rubino, III
　　　　　　　　　　　　　　　　　　　　　　NY Bar No. 4557435
　　　　　　　　　　　　　　　　　　　　　　Email: vrubino@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　　　Joseph M. Mercadante
　　　　　　　　　　　　　　　　　　　　　　NY Bar No. 4784930
　　　　　　　　　　　　　　　　　　　　　　Email: jmercadante@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　　　**FABRICANT LLP**
　　　　　　　　　　　　　　　　　　　　　　411 Theodore Fremd Avenue,
　　　　　　　　　　　　　　　　　　　　　　Suite 206 South
　　　　　　　　　　　　　　　　　　　　　　Rye, New York 10580
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 257-5797
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 257-5796

　　　　　　　　　　　　　　　　　　　　　　Justin Kurt Truelove
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24013653
　　　　　　　　　　　　　　　　　　　　　　Email: kurt@truelovelawfirm.com
　　　　　　　　　　　　　　　　　　　　　　**TRUELOVE LAW FIRM, PLLC**
　　　　　　　　　　　　　　　　　　　　　　100 West Houston Street
　　　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 938-8321
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 215-8510

　　　　　　　　　　　　　　　　　　　　　　***ATTORNEYS FOR PLAINTIFF***
　　　　　　　　　　　　　　　　　　　　　　***TAASERA LICENSING LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 3, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
