# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § THIS DOCUMENT RELATES TO CIVIL § ACTION NO. 2:22-CV-00314-JRG § | CIVIL ACTION NO. 2:22-MD-03042-JRG |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File Joint 35 U.S.C. § 101 Letter and to Briefing Schedule for Palo Alto Networks, Inc.'s Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101 (the "Motion") filed by Defendant Taasera Licensing LLC ("Taasera"). (Case No. 2:22-md-3042, Dkt. No. 75; Case No. 2:22-cv-314, Dkt. No. 111). In the Motion, Taasera requests an extension for the following deadlines:

- The Parties to file their Joint 35 U.S.C. § 101 Letter from January 2, 2023, up to and including **January 11, 2023**;

- Taasera to file its response to Palo Alto Networks, Inc.'s ("Palo Alto") Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101 (Dkt. No. 71) from January 5, 2023, up to and including **January 11, 2023**;

- Palo Alto to file its reply to Taasera's response to Palo Alto's Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101 (Dkt. No. 71) from January 12, 2023, up to and including **January 18, 2023**; and

- Taasera to file its sur-reply to Palo Alto's reply from January 19, 2023, up to and including **January 25, 2023**.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. In accordance with the Motion, the Court **ORDERS** that the schedule of deadlines referenced herein is in effect until further order of this Court.

**So ORDERED and SIGNED this 6th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE