# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC, § <br> § <br> Plaintiff, § <br> § Civil Action No. 2:22-md-03042-JRG <br> v. § Civil Action No. 2:22-cv-468-JRG <br> § <br> CROWDSTRIKE, INC. and § <br> CROWDSTRIKE HOLDINGS, INC., § <br> § <br> Defendants. § <br> § | |

### ORDER GRANTING CROWDSTRIKE'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)

Before the Court is Defendants CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (together, "CrowdStrike") Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"). Having fully considered the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that Defendants' Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) is hereby GRANTED.