IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE TAASERA LICENSING LLC, Patent Litigation | ) ) ) ) | Case No. 2:22-md-03042-JRG |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:22-cv-00314-JRG | ) ) ) ) ) ) ) ) ) ) | |
| PALO ALTO NETWORKS, INC. | ) ) | Case No. 2:22-cv-00314-JRG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TAASERA LICENSING LLC, and QUEST PATENT RESEARCH CORPORATION, | ) ) ) ) | |
| Defendants | ) ) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
AND FOR TERMINATION OF ELECTRONIC NOTICES**

Mark J. Rosenberg, counsel for Quest Patent Research Corporation respectfully moves this Court for an Order permitting him to withdraw from further representation of Quest Patent Research Corporation and to terminate CM/ECF notices in this case, and in support states:

1. Counsel for Quest Patent Research Corporation has discussed this matter with Quest Patent Research Corporation and it has no objection to Mark J. Rosenberg withdrawing as its counsel in this matter.

2.      Mark J. Rosenberg will no longer be representing Quest Patent Research Corporation in this action.  The law firms Fabricant LLP and Truelove Law Firm, currently co-counsel, will continue to provide representation to Quest Patent Research Corporation.

3.      Allowing Mark J. Rosenberg to withdraw will not prejudice any party nor delay this proceeding.

WHEREFORE, the undersigned counsel moves this Court for an Order granting Mark J. Rosenberg to withdraw as counsel for Quest Patent Research Corporation.

Respectfully Submitted,

**TARTER KRINSKY & DROGIN LLP**

 */s/ Mark J. Rosenberg*
Mark J. Rosenberg
Email: mrosenberg@tarterkrinsky.com
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, New York 10018
Telephone: (212) 216-8000
Facsimile: (212) 216-8000

Alfred Ross Fabricant
Email: ffabricant@fabricantllp.com
Vincent J. Rubino, III
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
230 Park Avenue
3rd Floor W
New York, New York
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

>Peter Lambrianakos
>Email: plambrianakos@fabricantllp.com
>Joseph M. Mercadante
>Email: jmercadante@fabricantllp.com
>Daniel James Shea, Jr.
>Email: dshea@fabricantllp.com
>**FABRICANT LLP**
>411 Theodore Fremd Avenue
>Suite 206 South
>Rye, New York 10580
>Telephone: (212) 257-5797
>Facsimile: (212) 257-5796
>
>Justin Kurt Truelove
>TX State Bar No. 24013653
>Email: kurt@truelovelawfirm.com
>**TRUELOVE LAW FIRM, PLLC**
>100 West Houston
>Marshall, Texas 75670
>Telephone: (903) 938-8321
>Facsimile: (903)215-8510
>
>***ATTORNEYS FOR DEFENDANT,***
>***QUEST PATENT RESEARCH CORPORATION***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 9, 2023.

>*/s/ Mark J. Rosenberg*
>Mark J. Rosenberg

3

## CERTIFICATE OF CONFERENCE

      I hereby certify that that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

                                                  */s/ Mark J. Rosenberg*
                                                  Mark J. Rosenberg