# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § | CIVIL ACTION NO.  2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:22-CV-00314-JRG | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel and for Termination of Electronic Notices (the "Motion") filed by Defendant Quest Patent Research Corporation ("Quest").  (Case No. 2:22-md-3042, Dkt. No. 92; Case No. 2:22-cv-314, Dkt. No. 123).  In the Motion, Quest requests that the Court withdraw Mark J. Rosenberg as counsel of record on behalf of Quest.  (*Id.*).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  It is therefore **ORDERED** that Mark J. Rosenberg be permitted to withdraw as counsel of record for Quest.  It is further **ORDERED** that the Clerk of Court shall terminate Mark J. Rosenberg as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 10th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE