IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § | |
| THIS DOCUMENT RELATES TO CIVIL ACTION NOS. 2:21-CV-00441, 2:22-CV-00063, 2:22-CV-00303, 2:22-CV-00314, 2:22-CV-00468 | § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |

# ORDER

The Court issues this Order *sua sponte*. On December 20, 2022, the Court set the following motions and all related briefing for an in-person hearing on **Thursday, February 2, 2023, at 9:00 a.m. CT** in Marshall, Texas (Case No. 2:22-md-3042, Dkt. No. 70):

- Trend Micro Incorporated's ("Trend Micro") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 21);

- Trend Micro's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) for Trial (Case No. 2:21-cv-441, Dkt. No. 45)

- Trend Micro's Motion to Dismiss Taasera Licensing LLC's ("Taasera") Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 39);

- Defendant Check Point Software Technologies Ltd.'s ("Check Point") Motion for Partial Dismissal of Plaintiff's Complaint (Case No. 2:22-cv-63, Dkt. No. 13);

- Check Point's Motion to Transfer Venue to the Norther District of California (Case No. 2:22-cv-63, Dkt. No. 23);

- Check Point's Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Case No. 2:22-cv-63, Dkt. No. 26);

- Taasera's Motion to Dismiss Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction, or in the Alternative, to Transfer or Stay Under the First-to-File Rule, and to Dismiss for Failure to State a Claim (Case No. 2:22-cv-303, Dkt. No. 14);

- Taasera's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim (Case No. 2:22-md-3042, Dkt. No. 11; Case No. 2:22-cv-314, Dkt. No. 87); and

- Quest Patent Research Corporation's ("Quest") Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim (Case No. 2:22-md-3042, Dkt. No. 14; Case No. 2:22-cv-314, Dkt. No. 89).

- Plaintiff Palo Alto Networks, Inc.'s ("Palo Alto") Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101. (Case No. 2:22-md-3042, Dkt. No. 71; Case No. 2:22-cv-314, Dkt. No. 109).

On January 6, 2023, Defendants CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike") filed their Motion to Dismiss Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"). (Case No. 2:22-md-3042, Dkt. No. 89; Case No. 2:22-cv-468, Dkt. No. 26). The Court intends to hear arguments on CrowdStrike's Motion and all related briefing at the hearing currently set for **Thursday, February 2, 2023, at 9:00 a.m. CT** in Marshall, Texas. It is **ORDERED** that Plaintiff Taasera Licensing LLC ("Taasera") shall file its response to the Motion on or before **Monday, January 16, 2023**; CrowdStrike shall file its reply, if any, to the Motion on or before **Friday, January 20, 2023**; and Taasera shall file its sur-reply, if any, to the Motion on or before **Tuesday, January 24, 2023**.

**So ORDERED and SIGNED this 10th day of January, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE