IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>Defendant. | MDL Case No. 2:22-md-03042-JRG<br>Civil Case No. 2:22-cv-00063-JRG<br><br>**DEMAND FOR JURY TRIAL**<br><br>**THIS DOCUMENT RELATES TO**<br>**2:22-cv-00063-JRG** |

### DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S UNOPPOSED MOTION TO CHANGE DESIGNATION OF LEAD COUNSEL TO CLEMENT S. ROBERTS

Defendant Check Point Software Technologies Ltd. ("Check Point"), in the above-entitled and numbered civil action, respectfully requests that Clement S. Roberts be designated as lead counsel of record.

Plaintiff Taasera Licensing LLC does not oppose Check Point's requested relief.

1

<table>
<tr><td>Dated: January 16, 2023</td><td>Respectfully submitted,

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Alyssa Caridis
acaridis@orrick.com
Jake O'Neal
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017
(650) 614-7497

Clement Seth Roberts
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St
San Francisco, CA 94105
(415) 773-5700

Evan Brewer
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd
Menlo Park, CA 94025
(650) 614-7497

***Attorneys for Defendant Check Point Software Technologies Ltd.***</td></tr>
</table>

2

## CERTIFICATE OF CONFERENCE

Counsel for Defendant conferred with counsel for Plaintiff by e-mail and confirmed Plaintiff does not oppose Defendant's requested relief.

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 16th day of January, 2023.

*/s/ Eric H. Findlay*
Eric H. Findlay