# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

The Court issues this Order *sua sponte*. The Court hereby **SETS** a telephonic status conference in the above-captioned case on **Wednesday, February 15, 2023, at 11:45 a.m. CT**. Attendance by both lead and local counsel for each party is required, and counsel should be prepared to discuss case management and scheduling, among other matters. The Court's telephone conference number is 877-336-1839. The Access Code is 8539284#. Participants should use a landline phone connection, unless use of a cellular connection is the only viable means available. Participants shall mute themselves upon joining the status conference and stay muted unless called upon to speak by the Court. Further, participants shall identify themselves each and every time they speak.

**So ORDERED and SIGNED this 18th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE