# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § | 
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:22-CV-00314-JRG | |

CIVIL ACTION NO. 2:22-MD-03042-JRG

## ORDER

Before the Court are the Motion for Leave to File Under Seal Its Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim and Scahill Declaration (the "Motion") filed by Defendant Taasera Licensing LLC ("Taasera") (Case No. 2:22-md-3042, Dkt. No. 10; Case No. 2:22-cv-314, Dkt. No. 86), and the Motion for Leave to File Under Seal Its Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim and Scahill Declaration (the "Motion") filed by Quest Patent Research Corporation ("Quest") (Case No. 2:22-md-3042, Dkt. No. 13; Case No. 2:22-cv-314, Dkt. No. 88), and the Motion for Leave to File Under Seal Its Reply Relative to Its Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alterative, to Dismiss for Failure to State a Claim filed by Taasera (Case No. 2:22-md-3042, Dkt. No. 29; Case No. 2:22-cv-314, Dkt. No. 97), as well as the Motion for Leave to File Under Seal Its Reply Relative to Its Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim (Case No. 2:22-md-3042, Dkt. No. 32; Case No. 2:22-cv-314, Dkt. No. 100) (collectively, the "Motions to Seal").

In the Motions to Seal, Taasera requests leave to file its Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim and the

Declaration of Tim Scahill in Support of the Motion (Case No. 2:22-md-3042, Dkt. No. 11; Case No. 2:22-cv-314, Dkt. No. 87) and its subsequent reply brief (Case No. 2:22-md-3042, Dkt. No. 30; Case No. 2:22-cv-314, Dkt. No. 98). Quest requests leave to file its Motion for Leave to File Under Seal Its Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim and the Declaration of Jon C. Scahill in Support of the Motion (Case No. 2:22-md-3042, Dkt. No. 14; Case No. 2:22-cv-314, Dkt. No. 89), and its subsequent reply brief (Case No. 2:22-md-3042, Dkt. No. 32; Case No. 2:22-cv-314, Dkt. No. 101). Taasera and Quest maintain that the aforementioned filings contain confidential business information. Upon review of the Motions to Seal, such filings contain only general business information, and nothing of a purely confidential or proprietary nature is contained therein so as to warrant sealing.

Having considered the Motions to Seal, the Court finds that they should be and hereby are **DENIED**.

**So ORDERED and SIGNED this 18th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE