# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:22-CV-00063-JRG | | |

## ORDER

Before the Court is the Unopposed Motion to Change Designation of Lead Counsel to Clement S. Roberts (the "Motion") filed by Defendant Check Point Software Technologies Ltd. ("Check Point"). (Case No. 2:22-md-3042, Dkt. No. 103; Case No. 2:22-cv-63, Dkt. No. 68). In the Motion, Check Point seeks to designate Clement S. Roberts as Lead Counsel and Attorney in Charge for Check Point.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Clement S. Roberts is designated as Lead Counsel for Check Point. The Clerk of Court is directed to designate Clement S. Roberts as lead counsel for Check Point in the above-captioned case.

**So ORDERED and SIGNED this 18th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE