# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § | Case No. 2:22-md-03042-JRG |
| | § | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00063-JRG-RSP | § § § § | |
| | § | |
| TAASERA LICENSING LLC, | § § | Case No. 2:22-cv-00063-JRG-RSP |
| Plaintiff, | § § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | § § § § | |
| Defendant. | § § | |

## PLAINTIFF TAASERA LICENSING LLC'S NOTICE OF COMPLIANCE

Plaintiff Taasera Licensing LLC ("Taasera" or "Plaintiff") respectfully notifies the Court that it has complied with the Third Amended Docket Control Order (Dkt. 84) in this case by serving its P.R. 3-1 and 3-2 Infringement Contentions on all counsel of record for Check Point Software Technologies Ltd. ("Check Point"), via electronic mail on January 17, 2023.

Dated: January 18, 2023

Respectfully submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante

NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-851

Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 18, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Alfred R. Fabricant
Alfred R. Fabricant