# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § § § THIS DOCUMENT RELATES TO CIVIL ACTION NOS. 2:21-CV-00441-JRG, 2:22-CV-00063-JRG | CIVIL ACTION NO. 2:22-MD-03042-JRG |

## ORDER

Before the Court are the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Case No. 2:21-cv-441, Dkt. No. 21) and the Motion for Partial Dismissal of Plaintiff's Complaint (Case No. 2:22-cv-63, Dkt. No. 13) (collectively, the "Motions to Dismiss") filed by Trend Micro Incorporated ("Trend Micro") and Check Point Software Technologies Ltd. ("Check Point"), respectively. In the Motions to Dismiss, Trend Micro and Check Point each seek to dismiss the original complaints. (Case No. 2:21-cv-441, Dkt. No. 21 at 5; Case No. 2:22-cv-63, Dkt. No. 13 at 4). Taasera Licensing LLC ("Taasera") filed an Amended Complaint (2:21-cv-441, Dkt. No. 33) against Trend Micro on August 5, 2022, and a separate Amended Complaint (2:22-cv-63; Dkt. No. 21) against Check Point on July 5, 2022. "[T]he filing of an amended complaint moots a motion to dismiss the original complaint." *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 8, 2019).

Accordingly, the Court finds that the Motions to Dismiss (Case No. 2:21-cv-441, Dkt. No. 21; Case No. 2:22-cv-63, Dkt. No. 13) should be and hereby are **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 19th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE