IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE TAASERA LICENSING LLC, PATENT LITIGATION | § § § Case No. 2:22-MD-03042-JRG § |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00314-JRG | § § |
| PALO ALTO NETWORKS, INC.<br><br>    *Plaintiff*,<br><br>v.<br><br>TAASERA LICENSING LLC, QUEST PATENT RESEARCH CORPORATION,<br><br>    *Defendants*. | § § § § § Case No. 2:22-cv-00314-JRG § § § § § § § § |

**PLAINTIFF PALO ALTO NETWORKS, INC.'S UNOPPOSED
MOTION FOR LEAVE TO FILE CORRECTED VERSION OF REPLY
IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Plaintiff Palo Alto Networks, Inc. ("PAN") respectfully moves the Court for leave to file a corrected version of its Reply in Support of its Motion for Partial Judgment on the Pleadings under 35 U.S.C. § 101. Dkt. No. 130.[1] Attached hereto as Exhibit A is a redlined version of the corrected Reply identifying the pertinent changes. Pursuant to Local Rule CV-7(k), Plaintiff is filing the corrected version of the Reply immediately after filing this unopposed motion.

PAN has good cause to file a corrected version of its Reply. After PAN timely filed its Reply on January 17, 2023, Defendants unilaterally filed a purported "corrected" version of their Response to PAN's Motion on January 18, 2023—without seeking leave of Court or PAN's

---

[1] "Dkt. No." refers to docket entries in Case No. 2:22-cv-00314-JRG.

1

consent.  Dkt. No. 133.  Defendants' corrected Response is a shortened version of their original Response.  Dkt. No. 128.  Defendants filed the corrected Response after PAN's Reply pointed out that the Response exceeded the page limit under Local Rule CV-7(a)(2).  Dkt. No. 130 at 1 n.1.

Although Defendants' corrected Response resolves the page-limit issue, it renders PAN's citations in its original Reply to Defendants' Response (which PAN cited as "Opp.") incorrect because Defendants' corrected Response is shorter than the original Response.  Moreover, the statement in Defendants' Response that Defendants have not yet served any infringement contentions (Dkt. No. 109 at 1. n.1) is now incorrect because Defendants served their infringement contentions the day before filing their corrected Response (Dkt. No. 134).  Thus, PAN seeks leave to file a corrected Reply that (1) includes correct citations to Defendants' Response; and (2) accounts for Defendants' infringement contentions by identifying the asserted claims.

Defendants have indicated that they do not oppose this motion for leave.  Thus, PAN respectfully requests that this unopposed motion for leave be granted.

Dated: January 19, 2023

By: */s/ Michael R. Rueckheim*
Kelly C. Hunsaker
KHunsaker@winston.com
Michael R. Rueckheim
(Texas State Bar No. 24081129)
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com
WINSTON & STRAWN LLP
225 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Krishnan Padmanabhan
KPadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 295-6700
Facsimile: (212) 294-4700

Melissa Richards Smith
(Texas State Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

ATTORNEYS FOR PLAINTIFF,
PALO ALTO NETWORKS, INC.

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on January 19, 2023, a true and correct copy of the forgoing PLAINTIFF PALO ALTO NETWORKS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED VERSION OF REPLY IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS was electronically filed via the Court's CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means.

                                                        */s/ Michael R. Rueckheim*
                                                        Michael R. Rueckheim