IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00303-JRG | Case No. 2:22-md-03042-JRG |
| TREND MICRO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TAASERA LICENSING LLC,<br><br>    Defendant. | Case No. 2:22-cv-00303-JRG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING RELATED TO TAASERA'S MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY UNDER THE FIRST-OT-FILE RULE, AND TO DISMISS FOR FAILURE TO STATE A CLAIM (Dkt. No. 14)**

Plaintiff Trend Micro, Inc. ("Trend Micro U.S.") respectfully moves for leave of this Court to file Supplemental Briefing related to Taasera's pending Motion to Dismiss Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction, or in the Alternative, to Transfer or Stay Under the First-to-File Rule, and to Dismiss for Failure to State a Claim (Case No. 2:22-cv-303, Dkt. No. 14) ("Taasera's Motion"). Your Honor set Taasera's Motion for an in-person hearing on Thursday, February 2, 2023, at 9:00 a.m. CT in Marshall, Texas (Case No. 2:22-md-3042, Dkt. No. 98).

Trend Micro U.S. requests permission to submit a two-page supplemental brief limited to the question of whether a district court conducting pretrial proceedings under 28 U.S.C. §1407(a)

may transfer a case to itself under any venue statute. Good cause exists for this supplemental briefing because Taasera's Motion was filed on April 14, 2022 and briefing completed on May 19, 2022, months before the Judicial Panel on Multidistrict Litigation issued its August 3, 2022 transfer order (Case No. 2:22-md-3042, Dkt. No. 1). This particular issue was therefore not briefed for the court. The parties have conferred and Taasera does not oppose Trend Micro U.S.'s motion for leave, so long as Taasera is permitted to file a two-page responsive brief on or before Friday, January 27.

- 3 -

Dated: January 23, 2023

        Respectfully submitted,

        */s/ Melissa R. Smith*
        Melissa R. Smith
        Texas State Bar No. 07921800
        **GILLAM & SMITH, LLP**
        303 S. Washington Ave.
        Marshall, TX 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        melissa@gillamsmithlaw.com

        Holly Engelmann
        Texas State Bar No. 24040865
        **DUANE MORRIS LLP**
        100 Crescent Court, Suite 1200
        Dallas, Texas 75201
        Telephone: (214) 257-7200
        Facsimile: (214) 257-7201
        hengelmann@duanemorris.com

        D. Stuart Bartow
        **DUANE MORRIS LLP**
        2475 Hanover Street
        Palo Alto, CA 94304
        Telephone: (650) 847-4150
        Facsimile: (650) 618-8505
        dsbartow@duanemorris.com

        ***Counsel for Plaintiff Trend Micro, Inc.***

- 4 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Plaintiff's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on January 23, 2023.

*/s/ Melissa R. Smith*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties met and conferred as to the relief requested herein. Counsel for Plaintiff indicated that Plaintiff does not oppose the instant motion as long as Plaintiff is allowed a two-page response to be filed on or before January 27, 2023.

*/s/ Melissa R. Smith*