# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § | 
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:22-CV-00303-JRG | |

CIVIL ACTION NO. 2:22-MD-03042-JRG

## ORDER

Before the Court is the Motion for Leave to File Supplemental Briefing Related to Taasera's Motion to Dismiss Complaint for Declaratory Judgment for Lack Of Subject Matter Jurisdiction, or in the Alternative, to Transfer or Stay Under the First-to-File Rule, and to Dismiss for Failure to State a Claim (the "Motion") filed by Plaintiff Trend Micro, Inc. ("Trend Micro U.S."). (Case No. 2:22-md-3042, Dkt. No. 121; Case No. 2:22-cv-303, Dkt. No. 50). In the Motion, Trend Micro U.S. requests leave to file a two-page supplemental brief limited to addressing whether a district court conducting pretrial proceedings under 28 U.S.S § 1407(a) may transfer a case to itself under any venue statute. (*Id.*). Taasera Licensing LLC ("Taasera") is unopposed so long as it is permitted to file a subsequent two-page responsive brief. (*Id.*).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Trend Micro U.S. is permitted leave to file its supplemental brief to the Motion to Dismiss Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction, or in the Alternative, to Transfer or Stay Under the First-to-File Rule, and to Dismiss for Failure to State a Claim. (*See* Case No. 2:22-md-3042, Dkt. No. 122; Case No. 2:22-cv-303, Dkt. No. 51). It is further ordered that Taasera is permitted

leave to file a responsive two-page supplemental brief not later than **Thursday, January 26, 2023, at 5:00 p.m. CT.**

    **So ORDERED and SIGNED this 25th day of January, 2023.**

_____<br>
RODNEY GILSTRAP<br>
UNITED STATES DISTRICT JUDGE