# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE TAASERA LICENSING LLC, PATENT LITIGATION ) ) ) | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO: ) ) | |
| CIVIL ACTION NOS. 2:21-CV-00441-JRG, 2-22-CV-00303-JRG ) ) ) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
AND FOR TERMINATION OF ELECTRONIC NOTICES**

Joshua B. Long, counsel for Trend Micro, Inc. and Trend Micro Incorporated (Japan) (collectively "Trend Micro") respectfully moves this Court for an Order permitting him to withdraw from further representation of Trend Micro and to terminate CM/ECF notices in this case, and in support states:

1. Counsel for Trend Micro has discussed this matter with Taasera Licensing LLC and it has no objection to Joshua B. Long withdrawing as its counsel in this matter.

2. Joshua B. Long will no longer be representing Trend Micro in the above-named actions. The law firm Duane Morris LLP will continue to provide representation to Trend Micro.

3. Allowing Joshua B. Long to withdraw will not prejudice any party nor delay this proceeding.

WHEREFORE, the undersigned counsel moves this Court for an Order granting Joshua B. Long to withdraw as counsel for Trend Micro.

Dated: January 30, 2023

Respectfully submitted:

/s/ *Joshua B. Long*
Joshua B. Long
TX Bar No. 24078876
jblong@duanemorris.com
Duane Morris LLP
1330 Post Oak Boulevard, Suite 800
Houston, TX 77056-3166
Telephone: (713) 402 3910

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 30, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ *Joshua B. Long*
Joshua B. Long

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that on January 30, 2023, counsel for Taasera Licensing LLC, Joseph Mercadante, stated that Taasera Licensing LLC was unopposed to this motion.

/s/ *Joshua B. Long*
Joshua B. Long