# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Civil Action No. 2:22-md-03042-JRG |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER

Taasera Licensing LLC ("Taasera"), Quest Patent Research Corporation ("Quest"), Palo Alto Networks Inc. ("Palo Alto"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), Trend Micro, Inc. ("Trend Micro US"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), and Musarubra US LLC d/b/a Trellix ("Trellix") respectfully request an extension of time as follows:

I.

The current deadline for the Parties to file a Proposed Discovery Order is January 31, 2023.

II.

The parties have conferred and agree to a short three day extension for the deadline indicated above. The deadline for the Parties to file a Proposed Discovery Order would be extended from January 31, 2023, up to and including February 3, 2023.

| Current Deadline | New Deadline | Description |
|---|---|---|
| January 31, 2023 | February 3, 2023 | File Proposed Discovery Order |

III.

The Parties continue to actively negotiate in hopes of resolving all differences and/or narrowing any issues for the Court. With the additional time requested, the Parties may be able to resolve their remaining disagreements. This extension should not affect any other aspect of the current schedule.

Dated:  January 31, 2023

Respectfully submitted,

By: /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR TAASERA LICENSING LLC***

 /s/ *Irene Yang*
Michael J. Bettinger, Lead Attorney
California State Bar No. 122196
mbettinger@sidley.com

Irene Yang
California State Bar No. 245464
irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Andrew T. Langford
Texas State Bar No. 24087886
alangford@sidley.com
Erik B. Fountain
Texas State Bar No. 24097701
efountain@sidley.com
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

J. Stephen Ravel
Texas State Bar No. 16584975
steve.ravel@kellyhart.com
Kelly Ransom
Texas State Bar No. 24109427
kelly.ransom@kellyhart.com
**KELLY HART & HALLMAN LLP**
303 Colorado Street, Suite 2000
Austin, TX 78701
Telephone: (512) 495-6429
Facsimile: (512) 495-6610

J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard St.
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

*ATTORNEYS FOR DEFENDANTS*
*CROWDSTRIKE, INC. and*
*CROWDSTRIKE HOLDINGS, INC.*

/s/ Eric Findlay
Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Debby E. Gunter
State Bar No. 24012752
dgunter@findlaycraft.com
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
California State Bar No. 209203
croberts@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
California State Bar No. 260103
acaridis@orrick.com
Jake O'Neal
California State Bar No. 332827
jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer
California State Bar No. 304411
ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union St Suite 3300

Seattle, WA 98101
Telephone: (206) 839-4300
Facsimile: (206) 839-4301

***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
Blake T. Dietrich
Texas State Bar No. 24087420
bdietrich@jw.com
William T. Nilsson
Texas State Bar No. 24123350
wnilsson@jw.com
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

***COUNSEL FOR DEFENDANT, MUSARUBRA US LLC, D/B/A TRELLIX***

*/s/ Michael R. Rueckheim*
Kelly C. Hunsaker
KHunsaker@winston.com
Michael R. Rueckheim
Texas State Bar No. 24081129
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com
**WINSTON & STRAWN LLP**
225 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Krishnan Padmanabhan
KPadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 295-6700

5

Facsimile: (212) 294-4700

Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

***ATTORNEYS FOR PLAINTIFF, PALO ALTO NETWORKS, INC.***

*/s/ Alice Snedeker*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Alice Snedeker
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

***ATTORNEYS FOR FORTINET INC.***

 */s/ Holly Engelmann*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**

6

303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

***ATTORNEYS FOR TREND MICRO INCORPORATED AND TREND MICRO, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 31, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and are in agreement as to this Motion.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
