IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Discovery Order (the "Motion") filed by Taasera Licensing LLC ("Taasera"), Quest Patent Research Corporation ("Quest"), Palo Alto Networks Inc. ("Palo Alto"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), Trend Micro, Inc. ("Trend Micro US"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), and Musarubra US LLC d/b/a Trellix ("Trellix"). (Dkt. No. 130). In the Motion, the parties request to extend the time to file their Proposed Discovery Order from January 31, 2023, to February 3, 2023. (*Id.*).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the deadline for the parties to file their Proposed Discovery Order is **extended** up to and including **February 3, 2023**.

So ORDERED and SIGNED this 1st day of February, 2023.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE