# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Civil Action No. 2:22-md-03042-JRG |

## JOINT MOTION FOR EXTENSION OF TIME TO SERVE INITIAL AND ADDITIONAL DISCLOSURES AND FILE PROPOSED PROTECTIVE ORDER

Taasera Licensing LLC ("Taasera"), Quest Patent Research Corporation ("Quest"), Palo Alto Networks Inc. ("Palo Alto"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), Trend Micro, Inc. ("Trend Micro US"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), and Musarubra US LLC d/b/a Trellix ("Trellix") respectfully request an extension of time as follows:

I.

The current deadline for the Parties to serve their Initial and Additional Disclosures and to file a Proposed Protective Order is February 7, 2023.

II.

The parties have conferred and agree to a short one-week extension for the deadlines indicated above. The deadlines for the Parties to serve their Initial and Additional Disclosures and to file a Proposed Protective Order would be extended from February 7, 2023 up to and including February 14, 2023.

| Current Deadline | New Deadline | Description |
| --- | --- | --- |
| February 7, 2023 | February 14, 2023 | File Proposed Protective Order |
| February 7, 2023 | February 14, 2023 | Serve Initial and Additional Disclosures |

III.

The Parties have been diligently investigating their claims and defenses in the above-captioned case and continue to investigate the identity of individuals and businesses likely to have knowledge of relevant facts. The short-requested extension will allow the Parties additional time to conduct their investigations for purposes of their Initial and Additional Disclosures. In addition, the Parties continue to actively negotiate the provisions of the Proposed Protective Order in hopes of resolving all differences and/or narrowing any issues for the Court. With the additional time requested, the Parties may be able to resolve their remaining disagreements. These extensions should not affect any other aspect of the current schedule.

Dated:  February 3, 2023                         Respectfully Submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

2

Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR DEFENDANTS TAASERA LICENSING LLC and QUEST PATENT RESEARCH CORPORATION***

By: _/s/ G. Blake Thompson_
Michael J. Bettinger, Lead Attorney
California State Bar No. 122196
mbettinger@sidley.com
Irene Yang
California State Bar No. 245464
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Andrew T. Langford
Texas State Bar No. 24087886
alangford@sidley.com
Erik B. Fountain

3

Texas State Bar No. 24097701
efountain@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

J. Stephen Ravel
Texas State Bar No. 16584975
steve.ravel@kellyhart.com
Kelly Ransom
Texas State Bar No. 24109427
kelly.ransom@kellyhart.com
KELLY HART & HALLMAN LLP
303 Colorado Street, Suite 2000
Austin, TX 78701
Telephone: (512) 495-6429
Facsimile: (512) 495-6610

J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St.
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

**ATTORNEYS FOR DEFENDANTS CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.**

*/s/ Eric Findlay*
Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Debby E. Gunter
State Bar No. 24012752
dgunter@findlaycraft.com
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702

4

Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
California State Bar No. 209203
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
California State Bar No. 260103
acaridis@orrick.com
Jake O'Neal
California State Bar No. 332827
jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer
California State Bar No. 304411
ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union St Suite 3300
Seattle, WA 98101
Telephone: (206) 839-4300
Facsimile: (206) 839-4301

*ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.*


By: */s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
Blake T. Dietrich
Texas State Bar No. 24087420

5

bdietrich@jw.com
William T. Nilsson
Texas State Bar No. 24123350
wnilsson@jw.com
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

**COUNSEL FOR DEFENDANT, MUSARUBRA US LLC, D/B/A TRELLIX**

By: */s/ Michael R. Rueckheim*
Kelly C. Hunsaker
KHunsaker@winston.com
Michael R. Rueckheim (Texas State Bar No. 24081129)
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com
**WINSTON & STRAWN LLP**
225 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Krishnan Padmanabhan
KPadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue New York, NY 10166-4193
Telephone: (212) 295-6700
Facsimile: (212) 294-4700

Melissa Richards Smith (Texas State Bar No. 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

6

*ATTORNEYS FOR PLAINTIFF, PALO ALTO NETWORKS, INC.*

 */s/ Alice Snedeker*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Alice Snedeker
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

*ATTORNEYS FOR FORTINET INC.*

 /s/ *Holly Engelmann*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201

Telephone: (214) 257-7200
Fax: (214) 257-7201

***ATTORNEYS FOR TREND MICRO INCORPORATED AND TREND MICRO, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 3, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ G. Blake Thompson*
G. Blake Thompson

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and are in agreement as to this Motion.

*/s/ G. Blake Thompson*
G. Blake Thompson