IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | § | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § | Case No. 2:22-MD-03042-JRG |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | § § § | |

## JOINT MOTION FOR ENTRY OF PARTIALLY OPPOSED DISCOVERY ORDER

Pursuant to this Court's Third Amended Docket Control Order dated January 5, 2023 (Dkt. 84), the Parties comprising Taasera Licensing LLC ("Taasera"), Quest Patent Research Corporation ("QPRC"), Palo Alto Networks Inc. ("Palo Alto Networks"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), Trend Micro, Inc. ("Trend Micro US"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), and Musarubra US LLC d/b/a Trellix ("Trellix") (collectively, "Defendants") hereby submit a partially opposed Proposed Discovery Order, attached as Exhibit 1. The disputes are indicated in [**bolded and bracketed language**] and explained below.

**1) Dispute 1: Discovery Order Sections 5(a)(ii) and 5(c)(iii-iv)**

*Palo Alto Networks' position*: Palo Alto Networks seeks to serve an additional 10 jurisdictional interrogatories on Taasera and QPRC collectively and take an additional 7 hours of jurisdictional deposition. Taasera and QPRC filed motions to dismiss on jurisdictional grounds. *See* Dkt. Nos. 11 and 14. Palo Alto Networks' opposition identified several publicly available facts that establish jurisdiction. *See* Dkt. Nos. 17 and 18. To further aid this Court and the parties, Palo Alto Networks respectfully requests ten additional interrogatories and 7 additional deposition

hours, all targeted to jurisdictional issues, consistent with this Court's practice of routinely granting such targeted discovery. *See.*, *e.g.*, *Digital Broadcasting Solutions, LLC v. Dish Network L.L.C.*, 2:22-cv-00335-JRG, Dkt. 41 at p. 15 (E.D. Tex. Jan. 19, 2023) ("the Court is persuaded that the parties and the Court would benefit from targeted venue discovery in this case"); *Blitzsafe Texas LLC v. Mitsubishi Electric Corp.*, 2:17-cv-00430-JRG, 2019 WL 2210686, at *3 (E.D. Tex. May 22, 2019) (Gilstrap, J.) ("jurisdictional discovery should typically be granted unless 'no amount of information ... would strengthen' the movant's jurisdictional claims") (quoting *Wyatt v. Kaplan*, 686 F.2d 276, 284 (5th Cir. 1982)).

*Taasera and QPRC's Position*: Palo Alto Networks proposes that it should receive 10 interrogatories and 7 deposition hours solely directed to jurisdictional discovery in addition to all other parties' interrogatory and deposition limits. Ex. 2, ¶¶ 5(a)(ii), 5(c)(iii-iv). No jurisdictional discovery has been granted to any party in this case. PAN is entitled to use its 25 interrogatories and its 42 deposition hours for any issue relevant to the claims or defenses in this action, and additional interrogatories and deposition hours are unnecessary. Further, jurisdictional issues will be decided when the Court rules on Taasera's and QPRC's motions to dismiss. Taasera thus proposes that PAN receive the same interrogatory and deposition limits as all other parties and, in the event jurisdictional discovery is granted, take up the issue of whether additional discovery limits are appropriate at that time.

Dated: February 3, 2023                    Respectfully submitted,

                                                          */s/ Alfred R. Fabricant*
                                                       Alfred R. Fabricant
                                                       NY Bar No. 2219392
                                                       Email: ffabricant@fabricantllp.com
                                                       Peter Lambrianakos
                                                       NY Bar No. 2894392
                                                       Email: plambrianakos@fabricantllp.com
                                                       Vincent J. Rubino, III

NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR TAASERA LICENSING LLC
and QUEST PATENT RESEARCH
CORPORATION***

*/s/ Michael R. Rueckheim (with permission)*
Kelly C. Hunsaker
Email: KHunsaker@winston.com
Michael R. Rueckheim
(Texas State Bar No. 24081129)
Email: MRueckheim@winston.com
Eimeric Reig-Plessis
Email: EReigPlessis@winston.com

3

**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Krishnan Padmanabhan
Email: KPadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Melissa R. Smith
(Texas State Bar No. 24001351)
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***ATTORNEYS FOR PALO ALTO NETWORKS, INC.***


*/s/ Eric H. Findlay (with permission)*
Eric H. Findlay
Email:  efindlay@findlaycraft.com
State Bar No. 00789886
Debby E. Gunter
Email:  dgunter@findlaycraft.Com
State Bar No. 24012752
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
Email. croberts@orrick.com
CA State Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105

4

Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
Email:  acaridis@orrick.com
Jake O'Neal (Admitted *Pro Hac Vice)*
Email: jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer (Admitted *Pro Hac Vice*)
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
100 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7497
Facsimile: (650) 614-7401

***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***


 /s/ *Holly Engelmann (with permission)*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

***ATTORNEYS FOR TREND MICRO INCORPORATED AND TREND MICRO, INC.***

5

 /s/ *Irene Yang (with permission)*
Irene Yang
Email: irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

J. Stephen Ravel
State Bar No. 16584975
Email: steve.ravel@khh.com
Kelly Ransom
State Bar No. 24109427
Email: Kelly.ransom@kellyhart.com
**KELLY HART & HALLMAN LLP**
303 Colorado Street, Suite 2000
Austin, Texas 75201
Telephone: (512) 495-6429
Facsimile: (512) 495-6401

G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard St.
Henderson, Texas 75654
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

***ATTORNEYS FOR CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.***


 /s/ *Alice Snedeker (with permission)*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Alice Snedeker
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

***ATTORNEYS FOR FORTINET INC.***


 /s/ *Nathaniel St. Clair, II (with permission)*
Nathaniel St. Clair, II
State Bar No. 24071564
Email: nstclair@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5948
Facsimile: (214) 661-6848

***ATTORNEY FOR MUSARUBRA US LLC, d/b/a TRELLIX***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on February 3, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and are at an impasse concerning the Discovery Order and need the Court's intervention.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant