IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |

## ORDER

Before the Court is the Joint Motion for Extension of Time to Serve Initial and Additional Disclosures and File Proposed Protective Order (the "Motion") filed by Taasera Licensing LLC ("Taasera"), Quest Patent Research Corporation ("Quest"), Palo Alto Networks Inc. ("Palo Alto"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), Trend Micro, Inc. ("Trend Micro US"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), and Musarubra US LLC d/b/a Trellix ("Trellix"). (Dkt. No. 134). In the Motion, the parties request an extension to serve initial and additional disclosures and file their Proposed Protective Order from February 7, 2023, to February 14, 2023. (*Id.*).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the deadline for the parties to serve initial and additional disclosures and to file their Proposed Protective Order is **extended** up to and including **February 14, 2023**.

So ORDERED and SIGNED this 6th day of February, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE