# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § | Case No. 2:22-md-03042-JRG |
| | § | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00063-JRG | § § § | |
| TAASERA LICENSING LLC, | § § | Case No. 2:22-cv-00063-JRG |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | § § § § | |
| Defendant. | § | |

## PLAINTIFF TAASERA LICENSING LLC'S NOTICE OF COMPLIANCE WITH SERVICE OF ITS INITIAL DISCLOSURES TO CHECK POINT SOFTWARE TECHNOLOGIES LTD.

Plaintiff Taasera Licensing LLC ("Taasera" or "Plaintiff") respectfully notifies the Court that it has complied with the Third Amended Docket Control Order (Dkt. 84) and the Order granting the Joint Motion for Extension of Time to Serve Initial and Additional Disclosures (Dkt. 139) in this case by serving its Initial Disclosures on all counsel of record for Defendant Check Point Software Technologies Ltd. ("Check Point"), via electronic mail on February 14, 2023.

Dated: February 14, 2023

Respectfully submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392

Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove Texas
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFFS
TAASERA LICENSING LLC and
QUEST PATENT RESEARCH CORPORATION***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2023, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Alfred R. Fabricant*
                                        Alfred R. Fabricant