# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>Defendant. | **MDL CASE NO. 2:22-MD-03042-JRG**<br>Civil Case No. 2:22-cv-00063-JRG<br><br>**DEMAND FOR JURY TRIAL**<br><br>**THIS DOCUMENT RELATES TO**<br>**2:22-cv-00063-JRG** |

## DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S NOTICE OF COMPLIANCE REGARDING INITIAL AND ADDITIONAL DISCLOSURES

Defendant Check Point Software Technologies Ltd. ("Check Point"), provides notice to the Court of service of its Initial and Additional Disclosures on Plaintiff Taasera Licensing LLC. Service was made *via* electronic mail on February 14, 2023.

Dated: February 15, 2023

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Alyssa Caridis
acaridis@orrick.com
Jake O'Neal
jake.oneal@orrick.com

Orrick, Herrington & Sutcliffe LLP
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017
(650) 614-7497

Clement Seth Roberts
croberts@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard St
San Francisco, CA 94105
(415) 773-5700

Evan Brewer
ebrewer@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Rd
Menlo Park, CA 94025
(650) 614-7497

*Attorneys for Defendant Check Point Software Technologies Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 15th day of February, 2023.

                    */s/ Eric H. Findlay*
                      Eric H. Findlay