UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>　　　　**Plaintiff,**<br>　v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>　　　　**Defendant.** | MDL Case No. 2:22-md-03042-JRG<br>Civil Case No. 2:22-cv-00063-JRG<br><br><br>THIS DOCUMENT RELATES TO 2:22-cv-00063-JRG. |

## NOTICE OF APPEARANCE

Please take notice that Sarah K. Mullins of the law firm ORRICK HERRINGTON & SUTCLIFFE LLP enters her appearance as counsel of record for Defendant Check Point Software Technologies Ltd. ("Check Point") and requests that any correspondence, motions, notices, and pleadings in this action directed to Check Point also be served upon Sarah K. Mullins at the following address:

> Sarah K. Mullins
> ORRICK HERRINGTON & SUTCLIFFE LLP
> 405 Howard Street
> San Francisco, CA 94105
> Telephone: (415) 773-4572
> Fax: (415) 773-5759
> Email: sarahmullins@orrick.com

Please add the name of Ms. Mullins to all service lists in this matter, including the e-filing service list.  Ms. Mullins is admitted to practice in the Eastern District of Texas as of December 23, 2019.

Dated:  February 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Sarah K. Mullins*
　　　　　　　　　　　　　　　　　　　　　　　　　Sarah K. Mullins
　　　　　　　　　　　　　　　　　　　　　　　　　California Bar No. 324558

Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-4572
Fax: (415) 773-5759
Email:  sarahmullins@orrick.com

**ATTORNEY FOR DEFENDANT**
**CHECK POINT SOFTWARE**
**TECHNOLOGIES LTD.**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 16th day of February, 2023.

*/s/ Sarah K. Mullins*
Sarah K. Mullins
