IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE TAASERA LICENSING LLC, PATENT LITIGATION  §§§§§§§§§§§§§ | Case No. 2:22-md-03042-JRG |
| THIS DOCUMENT RELATES TO: | |
| CIVIL ACTION NOS.: | |
| 2:21-cv-441-JRG<br>2:22-cv-063-JRG<br>2:22-cv-303-JRG<br>2:22-cv-314-JRG<br>2:22-cv-468-JRG | |

MOTION(s) HEARING MINUTES
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 21, 2023

**OPEN: 09:01 AM**                                                                                   **ADJOURN: 12:59 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Patrick Clark<br>Ryan Davies |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:01 AM | Court opened. |
| 09:03 AM | Court called for announcements from counsel. |
| 09:06 AM | Court began hearing argument re: the following: |
| 09:06 AM | Palo Alto Networks, Inc.'s Motion for Partial Judgment on the Pleadings of Patent-Ineligibility Under 35 U.S.C. § 101 [Dkt. No. 71 (2:22-md-3042); Dkt. No. 109 (2:22-cv-314)]. |
| 09:06 AM | Mr. Reig presented argument for Palo Alto Networks, Inc. |
| 09:39 AM | Responsive argument by Mr. Mercadante for Taasera Licensing, LLC. |
| 10:01 AM | Rebuttal argument by Mr. Reig. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:03 AM | Court heard argument re:<br>• [SEALED] Taasera Licensing LLC's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim [Dkt. No. 11 (2:22-md-3042); Dkt. No. 87 (2:22-cv-314)]; and<br>• [SEALED] Quest Patent Research Corporation's Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Dismiss for Failure to State a Claim [Dkt. No. 14 (2:22-md-3042); Dkt. No. 89 (2:22-cv-314)]. |
| 10:04 AM | Mr. Fabricant presented argument for Taasera Licensing, LLC. |
| 10:25 AM | Responsive argument by Mr. Rueckheim for Palo Alto Networks, Inc. |
| 10:43 AM | Rebuttal argument by Mr. Fabricant. |
| 10:50 AM | Recess. |
| 11:01 AM | Court reconvened. |
| 11:01 AM | Court heard argument re:<br>• CrowdStrike's Motion to Dismiss Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P.12(b)(6) [Dkt. No. 89 (2:22-md-3042); Dkt. No. 26 (2:22-cv-468)]. |
| 11:02 AM | Ms. Yang presented argument for CrowdStrike, Inc. |
| 11:09 AM | Responsive argument by Mr. Mercadante for Taasera Licensing, LLC. |
| 11:15 AM | Court heard argument re:<br>• Motion to Dismiss Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction, or in the Alternative, to Transfer or Stay Under the First-to-File Rule, and to Dismiss for Failure to State a Claim [Dkt. No. 14 (2:22-cv-303)]. |
| 11:16 AM | Mr.Lambrianakos presented argument for Taasera Licensing, LLC. |
| 11:30 AM | Responsive argument by Ms. Engelmann for Trend Micro, Inc. |
| 11:51 AM | Rebuttal argument by Mr. Lambrianakos. |
| 11:54 AM | Court heard argument re:<br>• Trend Micro Incorporated's Motion to Dismiss Taasera Licensing LLC's Amended Complaint Pursuant to Fed. R. Civ. P. 12 (b)(6) [Dkt. No. 39 (2:21-cv-441)]. |
| 11:55 AM | Mr. Liddell presented argument for Trend Micro, Inc. |
| 12:03 PM | Responsive argument by Mr. Mercadante for Taasera Licensing, LLC. |
| 12:10 PM | Court heard argument re:<br>• Check Point Software Technologies Ltd.'s Motion for Partial Dismissal of Plaintiff's First Amended Complaint [Dkt. No. 26 (2:22-cv-63)]. |
| 12:10 PM | Ms. Mullins represented to the Court that Check Point Software Technologies Ltd. will rest upon the papers. |
| 12:11 PM | Mr. Mercadante concurred on behalf of Taasera Licensing, LLC. |
| 12:11 PM | Court heard argument re:<br>• Trend Micro (Japan) Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) for Trial [Dkt. No. 45 (2:21-cv-441)]. |
| 12:11 PM | Mr. Bartow presented argument for Trend Micro (Japan) Inc. |
| 12:41 PM | Responsive argument by Mr. Fabricant for Taasera Licensing, LLC. |

- 3 -

| TIME | MINUTE ENTRY |
|---|---|
| 12:51 PM | Court heard argument re:<br>• Check Point Software Technologies Ltd.'s Motion to Transfer to the Northern District of California [Dkt. No. 23 (2:22-cv-63)]. |
| 12:52 PM | Mr. Findlay presented argument for Check Point Software Technologies Ltd. |
| 12:56 PM | Responsive argument by Mr. Fabricant for Taasera Licensing, LLC. |
| 12:59 PM | Arguments concluded. |
| 12:59 PM | Court to take matters under submission. |
| 12:59 PM | Court adjourned. |