IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>CASE NO. 2:22-cv-00303-JRG<br>CASE NO. 2:21-cv-00441-JRG | Case No. 2:22-md-03042-JRG |
| TREND MICRO, INC.,<br><br>      Plaintiff,<br>v.<br>TAASERA LICENSING LLC,<br><br>      Defendant. | Case No. 2:22-cv-00303-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>      Plaintiff,<br>v.<br>TREND MICRO, INC.,<br><br>      Defendant. | Case No. 2:21-cv-00441-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE TO CLARIFY THE RECORD

During oral argument on February 21, 2023, counsel for Trend Micro Incorporated ("Trend Micro Japan") explained the corporate structure between the various Trend Micro entities. To the extent the record suggests that Trend Micro Japan holds or owns the assets of the mentioned subsidiaries, that is not accurate. Counsel was merely attempting to distinguish between Trend Micro Japan's operations in Japan, as opposed to its ownership of shares in Trend Micro America, Inc. As detailed in Trend Micro, Inc.'s ("Trend Micro U.S.") Rule 7.1 Disclosure Statement filed in Case No. 2:22-cv-00303-JRG (Dkt. No. 3), Trend Micro America, Inc. is a wholly-owned subsidiary of Trend Micro Japan. Trend Micro U.S. is a wholly-owned subsidiary of Trend Micro

America, Inc. Counsel's understanding is that Trend Micro Japan, Trend Micro America, Inc., and Trend Micro U.S. are distinct corporate entities and observe separate corporate formalities.

Dated: February 22, 2023

          Respectfully submitted,

          */s/ Melissa R. Smith*
          Melissa R. Smith
          Texas State Bar No. 07921800
          **GILLAM & SMITH, LLP**
          303 S. Washington Ave.
          Marshall, TX 75670
          Telephone: (903) 934-8450
          Facsimile: (903) 934-9257
          melissa@gillamsmithlaw.com

          Holly Engelmann
          Texas State Bar No. 24040865
          **DUANE MORRIS LLP**
          100 Crescent Court, Suite 1200
          Dallas, Texas 75201
          Telephone: (214) 257-7200
          Facsimile: (214) 257-7201
          hengelmann@duanemorris.com

          D. Stuart Bartow
          **DUANE MORRIS LLP**
          2475 Hanover Street
          Palo Alto, CA 94304
          Telephone: (650) 847-4150
          Facsimile: (650) 618-8505
          dsbartow@duanemorris.com

          ***Counsel for DJ Plaintiff Trend Micro, Inc. (U.S..) and Defendant Trend Micro, Incorporated (Japan)***

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Plaintiff's counsel of record was served with a true and correct copy of the foregoing document by electronic mail on February 22, 2023.

<em>/s/ Melissa R. Smith</em>