# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § | Case No. 2:22-cv-03042-JRG |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00303-JRG | § § § § | |
| Trend Micro, Inc.<br><br>     Plaintiff<br><br>     v.<br><br>Taasera Licensing LLC,<br><br>     Defendant. | § § § § § § § § § § § § § § § | NO. 2:22-cv-303-JRG<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Paul Hastings LLP and Carter Arnett PLLC request permission to withdraw as counsel for Plaintiff Trend Micro Inc. Trend Micro Inc. will continue to be represented by the law firm Duane Morris. The counsel requesting to be withdrawn are Yar R. Chaikovsky and Philip Ou of Paul Hastings LLC; E. Leon Carter, Nathan Cox, and Scott Breedlove of Carter Arnett PLLC.

Defendant Taasera Licensing LLC has no objection to this withdrawal of counsel and will not be harmed by this withdrawal.

Dated: February 28, 2023

PAUL HASTINGS LLP

*/s/ Yar R. Chaikovsky*
Yar R. Chaikovsky (admitted)
Philip Ou (pro hac vice)
Bruce S. Yen (pro hac vice)
Alexander H. Lee (pro hac vice)
Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: 650.320.1800
Facsimile: 650.320.1900
Email: yarchaikovsky@paulhastings.com
Email: philipou@paulhastings.com
Email: bruceyen@paulhastings.com
Email: alexanderlee@paulhastings.com

E. Leon Carter, Bar No. 03914300
Scott W. Breedlove, Bar No. 00790361
Nathan Cox, Bar No. 24105751
Carter Arnett PLLC
Campbell Centre II
8150 N. Central Expressway, Suite 500
Dallas, TX 75206
Telephone: 214.550.8188
Facsimile: 214.550.8185
Email: lcarter@carterarnett.com
Email: sbreedlove@carterarnett.com
Email: ncox@carterarnett.com

Attorneys for Plaintiff,

Trend Micro, Inc.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                         */s/ Yar R. Chaikovsky*
                                         Yar R. Chaikovsky

## CERTIFICATE OF CONFERENCE

Counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Plaintiff do not oppose the withdrawal of Paul Hastings LLP and Carter Arnett as counsel of record for Defendant Trend Micro.

                                         */s/ Yar R. Chaikovsky*
                                         Yar R. Chaikovsky