# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § | 
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:22-CV-00063-JRG | |

CIVIL ACTION NO. 2:22-MD-03042-JRG

## ORDER

Before the Court are the Joint Motion for Entry of Opposed E-Discovery Order (Case No. 2:22-cv-63, Dkt. No. 41) filed by Plaintiff Taasera Licensing LLC ("Taasera") and Defendant Check Point Software Technologies Ltd. ("Check Point") and the Unopposed Motion to Amend Docket Control Order (Case No. 2:22-cv-63, Dkt. No. 43) filed by Check Point (collectively, the "Motions"). The Panel on Multidistrict Litigation transferred Case No. 2:22-CV-00063-JRG along with other actions to this Court for coordinated and consolidated pretrial proceedings. (Dkt. No. 34 at 3). When the Motions were filed, the parties sought individualized relief not tailored to the consolidated nature of this multidistrict litigation. Accordingly, the Court finds that the Motions should be and hereby are **DENIED-AS-MOOT**.

So ORDERED and SIGNED this 28th day of February, 2023.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE