# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § THIS DOCUMENT RELATES TO CIVIL § ACTION NO. 2:22-CV-00303-JRG § | CIVIL ACTION NO. 2:22-MD-03042-JRG |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel (the "Motion") filed by Defendant Trend Micro, Inc. ("Trend Micro"). (Case No. 2:22-md-3042, Dkt. No. 170). In the Motion, Trend Micro requests that the Court withdraw Yar R. Chaikovsky and Philip Ou of Paul Hastings LLC and E. Leon Carter, Nathan Cox, and Scott Breedlove of Carter Arnett PLLC as counsel of record. (*Id.*). On February 15, 2023, Trend Micro filed an identical motion. (Case No. 2:22-md-3042, Dkt. No. 157; Case No. 2:22-cv-303, Dkt. No. 56). Given that the Court has already granted the requested relief (Case No. 2:22-md-3042, Dkt. No. 159; Case No. 2:22-cv-303, Dkt. No. 62), the Court finds that the Motion should be and hereby is **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 6th day of March, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE