IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | Civil Action No. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:22-CV-00314-JRG | Civil Action No. 2:22-CV-00314-JRG |

## NOTICE OF APPEAL

Notice is hereby given that Declaratory Judgement Plaintiff Palo Alto Networks, Inc. ("PAN") in the above-captioned cause appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum Opinion and Order (Case No. 2:22-md-03042-JRG, Dkt. No. 178; Case No. 2:22-cv-00314-JRG, Dkt. No. 147) entered March 15, 2023, and from any and all other judgments, orders, opinions, rulings, and findings that merge therein or are pertinent or ancillary to the foregoing.

Dated: March 24, 2023

Respectfully submitted,

By: */s/ Andrew T. Radsch*
Andrew T. Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
ROPES & GRAY LLP
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
andrew.radsch@ropesgray.com

Kelly C. Hunsaker
KHunsaker@winston.com
Michael R. Rueckheim
(Texas State Bar No. 24081129)
MRueckheim@winston.com
WINSTON & STRAWN LLP

        225 Shoreline Drive, Suite 520
        Redwood City, CA 94065
        Telephone: (650) 858-6500
        Facsimile: (650) 858-6550

        Krishnan Padmanabhan
        KPadmanabhan@winston.com
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, NY 10166-4193
        Telephone: (212) 295-6700
        Facsimile: (212) 294-4700

        Melissa Richards Smith
        (Texas State Bar No. 24001351)
        melissa@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, TX 75670
        Telephone: 903-934-8450
        Facsimile: 903-934-9257


        Attorneys for Plaintiff,
        PALO ALTO NETWORKS, INC.


## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Defendant's counsel of record was served with a true and correct copy of the foregoing document by electronic mail on March 24, 2023.

                              */s/ Melissa R. Smith*