IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD.,<br><br>Defendant. | MDL Case No. 2:22-md-03042-JRG<br>Civil Case No. 2:22-cv-00063-JRG<br><br>DEMAND FOR JURY TRIAL<br><br>THIS DOCUMENT RELATES TO<br>2:22-cv-00063-JRG |

### DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S NOTICE OF COMPLIANCE

Defendant Check Point Software Technologies Ltd. ("Check Point") hereby notifies the Court that pursuant to the Court's Third Docket Control Order [Dkt. 84], it has complied with said Order and served its Patent Rule 4-1 Proposed Terms and Claim Elements for Construction *via* electronic mail on April 17, 2023.

Dated:  April 18, 2023

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Alyssa Caridis
acaridis@orrick.com
Jake O'Neal
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP

      777 S Figueroa St, Ste 3200
      Los Angeles, CA 90017
      (650) 614-7497

      Clement Seth Roberts
      croberts@orrick.com
      ORRICK, HERRINGTON & SUTCLIFFE LLP
      The Orrick Building
      405 Howard St
      San Francisco, CA 94105
      (415) 773-5700

      Evan Brewer
      ebrewer@orrick.com
      ORRICK, HERRINGTON & SUTCLIFFE LLP
      1000 Marsh Rd
      Menlo Park, CA 94025
      (650) 614-7497

      ***Attorneys for Defendant Check Point***
      ***Software Technologies Ltd.***

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 18th day of April, 2023.

      */s/ Eric H. Findlay*
      Eric H. Findlay