IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,** § <br> § <br> *Plaintiff* § **MDL CASE NO. 2:22-MD-03042-JRG** <br> § <br> § <br> v. § **THIS DOCUMENT RELATES TO** <br> § **CIVIL ACTION NO. 2:22-CV-00468-JRG** <br> § <br> **CROWDSTRIKE, INC. and** § <br> **CROWDSTRIKE HOLDINGS, INC.** § <br> § <br> *Defendants*. § | |

**DEFENDANTS CROWDSTRIKE, INC. AND
CROWDSTRIKE HOLDINGS, INC.'S NOTICE OF COMPLIANCE**

Defendants CrowdStrike, Inc. and CrowdStrike Holdings, Inc. hereby file this notice confirming that they have complied with the Court's Third Amended Docket Control Order (Dkt. No. 84) and served their Patent Rule 4-1 Proposed Terms and Claim Elements for Construction on Plaintiff on April 17, 2023 via electronic mail.

Dated: April 19, 2023                              Respectfully submitted,

By:   */s/ G. Blake Thompson*
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 657-8540
(903) 657-6003 (fax)

Michael J. Bettinger, Lead Attorney
California State Bar No. 122196
mbettinger@sidley.com
Irene Yang
California State Bar No. 245464
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Andrew T. Langford
Texas State Bar No. 24087886
alangford@sidley.com
Erik B. Fountain
Texas State Bar No. 24097701
efountain@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

**ATTORNEYS FOR DEFENDANTS CROWDSTRIKE, INC. AND CROWDSTRIKE HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 19th day of April, 2023.

                                                    */s/ G. Blake Thompson*
                                                    **G. Blake Thompson**