# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | Civil Action No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>FORTINET, INC.,<br><br>            Defendant. | Civil Action No. 2:22-cv-00415-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>TREND MICRO, INC.,<br><br>            Defendant. | Civil Action No. 2:21-cv-00441-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendants' Fortinet, Inc. and Trend Micro, Incorporated herby notify the Court that they have served their Defendants' Joint Patent L.R. 4-1 Proposed Terms and Claim Elements for Construction on counsel for Plaintiff via electronic mail on April 17, 2023.

Dated: April 19, 2023

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Christopher J. Tyson
Email: cjtyson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave NW, Suite 700
Washington, D.C. 20001
Telephone: (202) 776-7800
Fax: (202) 776-7801

D. Stuart Bartowd
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 847-4150
Facsimile: (650) 618-8505
dsbartow@duanemorris.com

Holly E. Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

Gilbert A. Greene
TX Bar No. 24045976
W. Andrew Liddell
TX Bar No. 24070145
BGreene@duanemorris.com
WALiddell@duanemorris.com
**DUANE MORRIS LL**
Las Cimas IV
900 S. Cap. of Texas Hwy, Suite 300
Austin, TX 78746-5435

Telephone: 512-277-2300
Facsimile: 512-277-2301

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1198
Facsimile: 215-754-4983

*Attorneys for Trend Micro Incorporated (Japan)*

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 07921800
**GILLAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Christopher J. Tyson
**DUANE MORRIS LLP**
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-7800
Facsimile: (202) 776-7801
cjtyson@duanemorris.com

Matthew C. Gaudet
Email: mcgaudet@duanemorris.com
David C. Dotson
Email: dcdotson@duanemorris.com
Alice Snedeker
Email: aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

>Holly E. Engelmann
>State Bar No. 24040865
>Email: HEngelmann@duanemorris.com
>**DUANE MORRIS LLP**
>100 Crescent Court, Suite 1200
>Dallas, Texas 75201
>Telephone: (214) 257-7200
>Fax: (214) 257-7201
>
>*Attorneys for Fortinet, Inc*.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 19, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

>*/s/ Melissa R. Smith*
>Melissa R. Smith