# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TAASERA LICENSING LLC | § | |
| *Plaintiff,* | § | Consolidated Civil Action No. 2:22-md-03042-JRG |
| v. | § § | |
| MUSARUBRA US LLC, D/B/A TRELLIX | § | Civil action No. 2:22-CV-00427-JRG |
| *Defendant.* | § | |

**DEFENDANT MUSARUBRA US LLC D/B/A TRELLIX'S NOTICE OF COMPLIANCE REGARDING SERVICE OF ITS PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION PURSUANT TO P.R. 4-1**

Pursuant to Patent Rule 4-1, Defendant Musarubra US LLC, d/b/a Trellix ("Trellix") respectfully notifies the Court that it has complied with the Third Amended Docket Control Order (Dkt. 84) entered in this case by having served Defendants' Joint Patent L.R. 4-1 Proposed Terms and Claim Elements for Construction on counsel for Plaintiff via electronic mail on April 17, 2023.

Date: April 20, 2023                                    Respectfully submitted,

                                                        By:  */s/ Nathaniel St. Clair, II*
                                                             Nathaniel St. Clair, II
                                                             Texas State Bar No. 24071564
                                                             nstclair@jw.com
                                                             Blake T. Dietrich
                                                             Texas State Bar No. 24087420
                                                             bdietrich@jw.com
                                                             William T. Nilsson
                                                             Texas State Bar No. 24123350
                                                             wnilsson@jw.com
                                                             **JACKSON WALKER LLP**
                                                             2323 Ross Ave., Suite 600
                                                             Dallas, TX  75201
                                                             Telephone: (214) 953-6000

                                                        **COUNSEL FOR DEFENDANT,
                                                        MUSARUBRA US LLC, D/B/A TRELLIX**

## CERTIFICATE OF SERVICE

This is to certify that this document was served on all counsel of record through the Court's CM/ECF filing system on April 20, 2023.

                                                        */s/ Nathaniel St. Clair, II*
                                                        Nathaniel St. Clair, II