# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | Civil Action No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PALO ALTO NETWORKS, INC.<br><br>Defendant. | Civil Action No. 2:23-cv-00113-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant Palo Alto Networks hereby notifies the Court that it has served its Proposed Terms and Claim Elements for Construction on all counsel of record via electronic mail on April 21, 2023.

Dated: April 25, 2023                    Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

1

Kelly C. Hunsaker
KHunsaker@winston.com
California Bar No. 168307
Michael R. Rueckheim
Texas  Bar No. 24081129
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com
California Bar No. 321273
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

*Attorneys for Defendant Palo Alto Networks, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2023, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>  */s/ Melissa R. Smith*
>  Melissa R. Smith