**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | Civil Action No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Taasera Licensing LLC, ("Taasera"), Palo Alto Networks Inc. ("Palo Alto"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (together, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), and Musarubra US LLC D/B/A Trellix ("Trellix") (collectively, "Parties") respectfully file this Joint Motion to Amend Docket Control Order to briefly extend the deadlines to comply with P.R. 4-2 and 4-3.  The Parties respectfully show the Court as follows:

The current deadline for the Parties to comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) is May 3, 2023.  The current deadline for the Parties to comply with P.R. 4-3 (Joint Claim Construction Statement) is May 24, 2023.  The Parties are in the process of meeting and conferring over their proposed terms and preliminary claim constructions and are diligently attempting to narrow the issues to be briefed.  The Parties are making progress in this regard.  However, the Parties need a very brief one-week extension of the deadlines in order to allow the Parties to complete the meet and confer process.  The Parties do not file this extension for the purposes of delay but rather so that justice may be served.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend Docket Control Order and enter an order extending the deadline for the Parties to comply

with P.R. 4-2 up to and including May 10, 2023, and the deadline to comply with P.R. 4-3 up to and including May 31, 2023.

Dated: May 2, 2023                              Respectfully submitted,

                                                /s/ Alfred R. Fabricant
                                                _____
                                                Alfred R. Fabricant
                                                New York Bar No. 2219392
                                                Peter Lambrianakos
                                                New York Bar No. 2894392
                                                Vincent J. Rubino, III
                                                New York Bar No. 4557435
                                                Joseph M. Mercadante
                                                New York Bar No. 4784930
                                                **FABRICANT LLP**
                                                411 Theodore Fremd Avenue,
                                                Suite 206 South
                                                Rye, New York 10580
                                                Telephone: (212) 257-5797
                                                Facsimile: (212) 257-5796
                                                ffabricant@fabricantllp.com
                                                plambrianakos@fabricantllp.com
                                                vrubino@fabricantllp.com
                                                jmercadante@fabricantllp.com

                                                Justin Kurt Truelove
                                                Texas Bar No. 24013653
                                                **TRUELOVE LAW FIRM, PLLC**
                                                100 West Houston Street
                                                Marshall, Texas 75670
                                                Telephone: (903) 928-8321
                                                Facsimile:  (903) 215-8510
                                                kurt@truelovelawfirm.com

                                                Samuel F. Baxter
                                                Texas Bar No. 01938000
                                                Jennifer L. Truelove
                                                Texas Bar No. 24012906
                                                **MCKOOL SMITH, P.C.**
                                                104 East Houston Street, Suite 300
                                                Marshall, Texas 75670
                                                Telephone: (903) 923-9000
                                                Facsimile:  (903) 923-9099

sabaxter@mckoolsmith.com
jtruelove@mckoolsmith.com

*Attorneys for Defendants Taasera Licensing
LLC*

  */s/ Andrew T. Langford*
_____

Michael J. Bettinger
California Bar No. 122196
Irene Yang
California Bar No. 245464
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400
mbettinger@sidley.com
irene.yang@sidley.com

Andrew T. Langford
Texas Bar No. 24087886
Erik B. Fountain
Texas Bar No. 24097701
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile:  (214) 981-3400
alangford@sidley.com
efountain@sidley.com

J. Stephen Ravel
Texas Bar No. 16584975
Kelly Ransom
Texas Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado Street, Suite 2000
Austin, Texas 78701
Telephone: (512) 495-6429
Facsimile:  (512) 495-6610
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson

Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
201 East Howard Street
Henderson, Texas 75654
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003

*Attorneys for Defendants*
*CrowdStrike, Inc. and*
*CrowdStrike Holdings, Inc.*

*/s/ Brian Craft*
_____
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile:  (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Clement S. Roberts
California State Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
croberts@orrick.com

Alyssa Caridis
California Bar No. 260103
Jake O'Neal
California Bar No. 332827
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: (213) 612-2372
Facsimile:  (213) 612-2499
acaridis@orrick.com
jake.oneal@orrick.com

Evan Brewer
California Bar No. 304411
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union St Suite 3300
Seattle, Washington 98101
Telephone: (206) 839-4300
Facsimile:  (206) 839-4301
ebrewer@orrick.com

*Attorneys for Check Point Software*
*Technologies, Ltd.*

*/s/ William T. Nilsson*
_____
Nathaniel St. Clair, II
Texas Bar No. 24071564
Blake T. Dietrich
Texas Bar No. 24087420
William T. Nilsson
Texas Bar No. 24123350
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
nstclair@jw.com
bdietrich@jw.com
wnilsson@jw.com

*Counsel for Defendant Musarubra*
*US LLC, D/B/A Trellix*

*/s/ Melissa R. Smith*
_____
Kelly C. Hunsaker
Michael R. Rueckheim
Texas Bar No. 24081129
Eimeric Reig-Plessis
**WINSTON & STRAWN LLP**
225 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
KHunsaker@winston.com
MRueckheim@winston.com
EReigPlessis@winston.com

5

Krishnan Padmanabhan
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 295-6700
Facsimile: (212) 294-4700
kpadmanabhan@winston.com

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendant Palo Alto
Networks, Inc.*

  */s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

Matthew Gaudet
David Dotson
Alice Snedeker
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

Holly Engelmann
Texas Bar No. 24040865
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Facsimile:  (214) 257-7201

6

hengelmann@duanemorris.com

*Attorneys for Fortinet Inc.*

   */s/ Melissa R. Smith*
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

Holly Engelmann
Texas Bar No. 24040865
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Facsimile:  (214) 257-7201
hengelmann@duanemorris.com

*Attorneys for Trend Micro Incorporated*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All counsel of record were served with a true and correct copy of the foregoing document by electronic mail on May 2, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 28, 2023, pursuant to Local Rule CV-7(h), counsel for the Parties met and conferred to discuss the substance of this Joint Motion.  The Parties are in agreement and are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith