IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TAASERA LICENSING LLC | § | |
| *Plaintiff,* | § | Consolidated Civil Action No. 2:22-md-03042-JRG |
| v. | § | |
| MUSARUBRA US LLC, D/B/A TRELLIX | § | Civil action No. 2:22-CV-00427-JRG |
| *Defendant.* | § | |

**DEFENDANT MUSARUBRA US LLC D/B/A TRELLIX'S NOTICE OF COMPLIANCE REGARDING SERVICE OF ITS PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO P.R. 4-2**

Pursuant to Patent Rule 4-2, Defendant Musarubra US LLC, d/b/a Trellix ("Trellix") respectfully notifies the Court that it has complied with the Third Amended Docket Control Order (Dkt. 84) entered in this case by having served Defendants' Joint Patent L.R. 4-2 Preliminary Claim Construction and Extrinsic Evidence on counsel for Plaintiff via electronic mail on May 10, 2023.

Date: May 11, 2023                           Respectfully submitted,

                                             By:  /s/ Nathaniel St. Clair, II
                                                  Nathaniel St. Clair, II
                                                  Texas State Bar No. 24071564
                                                  nstclair@jw.com
                                                  Blake T. Dietrich
                                                  Texas State Bar No. 24087420
                                                  bdietrich@jw.com
                                                  William T. Nilsson
                                                  Texas State Bar No. 24123350
                                                  wnilsson@jw.com
                                                  **JACKSON WALKER LLP**
                                                  2323 Ross Ave., Suite 600
                                                  Dallas, TX  75201
                                                  Telephone: (214) 953-6000

                                             **COUNSEL FOR DEFENDANT,
                                             MUSARUBRA US LLC, D/B/A TRELLIX**

## CERTIFICATE OF SERVICE

This is to certify that this document was served on all counsel of record through the Court's CM/ECF filing system on May 11, 2023.

                                             /s/ Nathaniel St. Clair, II
                                             Nathaniel St. Clair, II