IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-CV-00113-JRG | |

| | |
|---|---|
| TAASERA LICENSING LLC § § § § § § § § | CASE NO. 2:23-cv-00113-JRG |
| v. | |
| PALO ALTO NETWORKS, INC. | |

## ORDER

Before the Court is Plaintiff Taasera Licensing LLC ("Plaintiff") and Defendant Palo Alto Networks, Inc's ("Defendant") (collectively, "the Parties") Joint Motion to Stipulate to Fourth Amended Docket Control Order (Dkt. 209); Discovery Order (Dkt. 137); Protective Order (Dkt. 162); and E-Discovery Order (Dkt. 195) (the "Motion"). (Dkt. No. 216.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is hereby **ORDERED** that Case No. 2:23-cv-00113-JRG, consolidated under Master Docket Case No. 2:22-md-03042-JRG, shall proceed under the above-named orders. It is further **ORDERED** that Defendant will comply with P.R. 3-3, 3-4(b), and the Standing Order Regarding Subject Matter Eligibility Contentions by April 29, 2023; and Defendant will comply with P.R. 3-4(a) within three weeks after service of its P.R. 3-3 contentions.

**So ORDERED and SIGNED this 15th day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE