# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | § § § § § § § § § § § | Case No. 2:22-md-03042-JRG <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF TAASERA LICENSING LLC'S NOTICE OF COMPLIANCE

Plaintiff Taasera Licensing LLC ("Taasera") respectfully notifies the Court that it has complied with the Court's Fourth Amended Docket Control Order (Dkt. 209) in this case by serving its P.R. 4-2 Disclosures on all counsel of record for Defendants Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), Musarubra US LLC d/b/a Trellix ("Trellix"), and Palo Alto Networks, Inc. ("PAN") (collectively, "Defendants"), via electronic mail on May 10, 2023.

Dated:  May 30, 2023

Respectfully submitted,

 /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,

Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 30, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
