# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| | § | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO ALL CASES | § § § | |

## JOINT MOTION FOR ENTRY OF
## AGREED SIXTH AMENDED DOCKET CONTROL ORDER

The Parties comprising Taasera Licensing LLC ("Taasera"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), Musarubra US LLC d/b/a Trellix ("Trellix"), and Palo Alto Networks, Inc. ("PAN") (collectively, "Defendants") hereby file this joint motion to amend the Fifth Docket Control Order (Dkt. 225).

Pursuant to the Court's Fifth Docket Control Order (Dkt. 225), the current deadline to comply with P.R. 4-3 (Joint Claim Construction Statement) is June 29, 2023. The Parties are seeking a two-week extension up to and through July 13, 2023 to comply with the foregoing deadline. The extension will not affect any of the remaining deadlines or the trial date in this action.

Accordingly, the Parties respectfully request that the Court amend its Fifth Docket Control Order to extend the deadline to comply with P.R. 4-3 (Joint Claim Construction Statement) up to and through July 13, 2023.

Dated:  June 26, 2023                                   Respectfully submitted,

  /s/ Alfred R. Fabricant
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC***

*/s/ Eric H. Findlay (with permission)*
Eric H. Findlay
Email:  efindlay@findlaycraft.com
State Bar No. 00789886
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903)-534-1137
Clement S. Roberts

2

Email: croberts@orrick.com
CA State Bar No. 209203
Sarah K. Mullins
Email: sarahmullins@orrick.com
CA State Bar No. 324558
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Evan D. Brewer (Admitted Pro Hac Vice)
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: (206) 839-4300

Alyssa Caridis
Email: acaridis@orrick.com
Jake O'Neal
Email: jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020

***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

*/s/ Holly Engelmann (with permission)*
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
Email: tom@gillamsmithlaw.com
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Holly Engelmann

3

State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

Brianna M. Vinci
Email: bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S 17th Street
Philadelphia, PA 19103
Email: bvinci@duanemorris.com
Telephone: (215) 979-1198

Daryl Stuart Bartow
Email: DSBartow@duanemorris.com
**DUANE MORRIS LLP**
260 Homer Avenue, Suite 202
Palo Alto, CA 94301-2777
Telephone (650) 847-4150
Facsimile (650) 847-4151

***ATTORNEYS FOR TREND MICRO INCORPORATED***


*/s/ Irene I. Yang (with permission)*
Irene I. Yang
Email:  irene.yang@sidley.com
Michael J. Bettinger
Email: mbettinger@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Andrew T. Langford
Email: alangford@sidley.com
Eric B. Fountain
Email: efountain@sidley.com
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000

4

Dallas, Texas 75201
Telephone: (214) 981-3400
Facsimile: (214) 981-3400

G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard Street
Henderson, Texas 75654
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

***ATTORNEYS FOR CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.***

*/s/ David C. Dotson (with permission)*
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
Email: tom@gillamsmithlaw.com
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
GA Bar No. 287789
Email: mcgaudet@duanemorris.com
Alice E. Snedeker
GA Bar No. 151066
Email: aesnedeker@duanemorris.com
David C. Dotson
GA Bar No. 138040
Email dcdotson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6902

Fax:(404) 253-6901

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

Christopher J. Tyson
VA Bar No. 81553
Email: cjtyson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202)-776-7800
Fax: (202) 776-7801

Irfan Hassam-Malani
IL Bar No. 6339087
Email: imalani@duanemorris.com
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: (312) 499-6700
Fax: (312) 27-2999

*ATTORNEYS FOR FORTINET INC.*

*/s/ William T. Nilsson (with permission)*
Nathaniel St. Clair, II
State Bar No. 24071564
Email: nstclair@jw.com
Blake T. Dietrich
State Bar No. 24087420
Email: bdietrich@jw.com
William T. Nilsson
State Bar No. 24123350
Email: wnilsson@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5948

Facsimile: (214) 661-6848

***ATTORNEY FOR MUSARUBRA US LLC, d/b/a TRELLIX***

/s/ *Michael R. Rueckheim (with permission)*
Michael R. Rueckheim
State Bar No. 24081129
Email: mrueckheim@winston.com
Kelly C. Hunsaker
California Bar No. 168307
Email: KHunsaker@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Tel: (650) 858-6500

Melissa Richards Smith
Texas State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***ATTORNEYS FOR DEFENDANT PALO ALTO NETWORKS, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 26, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Alfred Fabricant*
                                                Alfred Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Counsel for Plaintiff and Counsel for Defendant met and conferred per Local Rule CV-7(h) and that this joint motion is unopposed.

                                                */s/ Alfred Fabricant*
                                                Alfred Fabricant