# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:23-CV-00113-JRG | Case No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>*Defendant*. | Case No. 2:23-cv-00113-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned attorney, Matthew R. McCullough, of Winston & Strawn LLP, 255 Shoreline Drive, Suite 520, Redwood City, CA  94065, hereby enters his appearance as one of the attorneys for Palo Alto Networks, for service of pleadings and other papers filed in this action, and any orders and notices of this Court.

Dated:  July 12, 2023          Respectfully submitted,

By: */s/Matthew R. McCullough*
Matthew R. McCullough
CA State Bar No. 301330
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Attorneys for Plaintiff
PALO ALTO NETWORKS, INC.

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on July 12, 2023, a true and correct copy of the forgoing document was electronically filed via the Court's CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means.

/s/ *Matthew R. McCullough*
Matthew R. McCullough
