# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § THIS DOCUMENT RELATES TO ALL ACTIONS § § § § | Case No. 2:22-md-03042-JRG  **JURY TRIAL DEMANDED** |

### PLAINTIFF TAASERA LICENSING LLC'S
### UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON
### OPENING, RESPONSIVE, AND REPLY CLAIM CONSTRUCTION BRIEFS

Plaintiff Taasera Licensing LLC ("Taasera") respectfully seeks leave for the parties to exceed the page limits for the Opening Claim Construction Brief in compliance with P.R. 4-5(a) by an additional ten (10) pages, Responsive Claim Construction Brief in compliance with P.R. 4-5(b) by an additional fifteen (15) pages, and Reply Claim Construction Brief in compliance with P.R. 4-5(c) by an additional five (5) pages.

As indicated in the parties' Joint Claim Construction and Prehearing Statement in accordance with P.R. 4-3, the parties believe that exceeding the page limit on Opening, Responsive, and Reply Claim Construction Briefs is warranted here because there are currently 31 disputed claim terms, fifteen asserted patents, multiple Defendant groups in this MDL litigation, and certain asserted patents that are only asserted against a subset of the Defendants that require increased coordination efforts among the Defendants.

Defendants are not opposed to the relief sought in this Motion.

Dated: July 20, 2023

Respectfully submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 20, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                               */s/ Alfred R. Fabricant*
                                                    Alfred R. Fabricant

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

                                               */s/ Alfred R. Fabricant*
                                                  Alfred R. Fabricant