IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § | 
| THIS DOCUMENT RELATES TO ALL CASES | CIVIL ACTION NO. 2:22-MD-03042-JRG |

### ORDER

Before the Court is Plaintiff Taasera Licensing LLC's ("Taasera") Unopposed Motion to Withdraw Counsel (the "Motion"). (Dkt. No. 252.) In the Motion, Taasera requests that attorney Daniel J. Shea, Jr. be permitted to withdraw as counsel of record in the above-captioned case. (*Id*. at 1.) Taasera represents that it will continue to be represented by Counsel of Record Fabricant LLP. (*Id*.) The Motion is unopposed. (*Id*. at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Daniel J. Shea, Jr. be permitted to **withdraw** as counsel of record for Taasera in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Daniel J. Shea, Jr. as counsel of record and all electronic notifications to the same.

So Ordered this

Jul 25, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE