IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |

## ORDER

Before the Court is Plaintiff Taasera Licensing LLC's ("Taasera") Unopposed Motion for Leave to Exceed Page Limit on Opening, Responsive, and Reply Claim Construction Briefs (the "Motion"). (Dkt. No. 253.) In the Motion, Taasera requests that the Court grant the parties leave to exceed the page limits for the Opening Claim Construction Brief in compliance with P.R. 4-5(a) by an additional ten (10) pages, Responsive Claim Construction Brief in compliance with P.R. 4-5(b) by an additional fifteen (15) pages, and Reply Claim Construction Brief in compliance with P.R. 4-5(c) by an additional five (5) pages. (*Id.* at 1.) Taasera represents that the parties believe these page limits are warranted because there are currently 31 disputed claim terms, fifteen asserted patents, multiple Defendant groups in this MDL litigation, and certain asserted patents that are only asserted against a subset of the Defendants that require increased coordination efforts among the Defendants. (*Id.*) The Motion is unopposed. (*Id.* at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that that the parties have leave to exceed the page limits for the Opening Claim Construction Brief in compliance with P.R. 4-5(a) by an additional ten (10) pages, Responsive Claim Construction Brief in compliance with P.R. 4-5(b) by an additional fifteen (15) pages, and Reply Claim Construction Brief in compliance with P.R. 4-5(c) by an additional five (5) pages.

**So Ordered this**

**Jul 25, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE