IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § | Case No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | § § § § | |

**DECLARATION OF ALFRED R. FABRICANT IN SUPPORT OF PLAINTIFF TAASERA LICENSING LLC'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Alfred R. Fabricant, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am a Partner at the law firm of Fabricant LLP and counsel of record for Plaintiff Taasera Licensing LLC, in this matter.

3. The exhibits attached to this declaration may contain annotations and/or excerpts of the originals.

4. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,842,796, issued by the USPTO on January 11, 2005 to Geoffrey G. Zweig and Mulkund Padmanabhan.

5. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 7,673,137, issued by the USPTO on March 2, 2010 to Thomas James Satterlee and William Frank Hackenberger.

6. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 8,127,356, issued by the USPTO on February 28, 2012 to Frederic G. Thiele and Michael A. Walter.

7. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 8,327,441, issued by the USPTO on December 4, 2012 to Srinivas Kumar and Gurudatt Shashikumar.

8. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 8,819,419, issued by the USPTO on August 26, 2014 to Michael PierreCarlson and Srinivas Chowdhury.

9. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 8,850,517, issued by the USPTO on September 30, 2014 to Srinivas Kumar.

10. Attached hereto as Exhibit G is a true and correct copy of U.S. Patent No. 8,955,038, issued by the USPTO on February 10, 2015 to Blair Nicodemus and Billy Edison Stephens.

11. Attached hereto as Exhibit H is a true and correct copy of U.S. Patent No. 8,990,948, issued by the USPTO on March 24, 2015 to Srinivas Kumar and Dennis Pollutro.

12. Attached hereto as Exhibit I is a true and correct copy of U.S. Patent No. 9,071,518, issued by the USPTO on June 30, 2015 to Jatin Malik, Ratnesh Singh, and Rajakumar Bopalli.

13. Attached hereto as Exhibit J is a true and correct copy of U.S. Patent No. 9,092,616, issued by the USPTO on July 28, 2015 to Srinivas Kumar and Dennis Pollutro.

14. Attached hereto as Exhibit K is a true and correct copy of U.S. Patent No. 9,118,634, issued by the USPTO on August 25, 2015 to Michael P. Carlson and Srinivas Chowdhury.

15. Attached hereto as Exhibit L is a true and correct copy of U.S. Patent No. 9,608,997, issued by the USPTO on March 28, 2017 to Blair Nicodemus and Billy Edison Stephens.

16. Attached hereto as Exhibit M is a true and correct copy of U.S. Patent No. 9,628,453, issued by the USPTO on April 18, 2017 to Michael P. Carlson and Srinivas Chowdhury.

17. Attached hereto as Exhibit N is a true and correct copy of U.S. Patent No. 9,860,251, issued by the USPTO on January 2, 2018 to Michael P. Carlson and Srinivas Chowdhury.

18. Attached hereto as Exhibit O is a true and correct copy of U.S. Patent No. 9,923,918, issued by the USPTO on March 20, 2018 to Blair Gaver Nicodemus and Illy Edison Stephens.

19. Attached hereto as Exhibit P is a true and correct copy of the Declaration of Dr. Eric Cole Regarding Claim Construction *In re: Taasera Licensing, LLC Patent Litigation*, Case No. 2:22-md-03042-JRG, dated July 13, 2023.

20. Attached hereto as Exhibit Q is a true and correct copy of the Declaration of John R. Black, Jr., Ph.D. Regarding Claim Construction *In re: Taasera Licensing, LLC Patent Litigation*, Case No. 2:22-md-03042-JRG, dated July 13, 2023.

21. Attached hereto as Exhibit Q-1 is a true and correct copy of the Curriculum Vitae of John R. Black, Jr., Ph.D.

22. Attached hereto as Exhibit Q-2 is a true and correct copy of U.S. Patent No. 8,127,356, issued by the USPTO on February 12, 2012 to Frederic G. Thiele and Michael A. Walter.

23. Attached hereto as Exhibit Q-3 is a true and correct copy of the USPTO Decision on Appeal relative to U.S. Patent No. 10/650,440 to IBM Corporation, dated December 10, 2010.

24. Attached hereto as Exhibit Q-4 is a true and correct copy of a Request for Rehearing Under Rule 41.52, Points Misapprehended and Errors in Decision by Board of Appeals, and Responsive Arguments by Appellant, filed relative to U.S. Patent Application No. 10/650,440, dated February 8, 2011.

25. Attached hereto as Exhibit Q-5 is a true and correct copy of the USPTO Decision on Request for Rehearing relative to U.S. Patent No. 10/650,440 to IBM Corporation, dated March 3, 2011.

26. Attached hereto as Exhibit Q-6 is a true and correct copy of an Amendment, filed relative to U.S. Patent Application No. 10/650,440, dated April 29, 2011.

27. Attached hereto as Exhibit R is a true and correct copy of the Declaration of Dr. Aviel D. Rubin With Regard to Certain Claim Terms of U.S. Patent Nos. 8,990,948, 9,092,616, and 9,071,518, dated, dated July 13, 2023.

28. Attached hereto as Exhibit R-1 is a true and correct copy of the Curriculum Vitae of Aviel D. Rubin, Ph.D.

29. Attached hereto as Exhibit R-2 is a true and correct copy of a Comparison Red-line of U.S. Patent No. 9,092,616 (Taasera) and U.S. Patent No. 8,990,948 (Taasera), dated June 29, 2023.

30. Attached hereto as Exhibit R-2 is a true and correct copy of an Amendment and Reply Under 37 C.F.R. § 1.111 filed in U.S. Patent Application No. 13/399,065, dated June 29, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2023 in Rye, New York.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant