# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC PATENT LITIGATION<br><br>**This document relates to**<br>**Civil Action No. 2:22-cv-00415-JRG** | Civil Action No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>FORTINET, INC.,<br><br>                Defendant. | Civil Action No. 2:22-cv-00415-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF JOSEPH A. POWERS

COMES NOW Joseph A. Powers of Duane Morris LLP and respectfully enters his appearance as counsel of record for Defendant Fortinet, Inc. ("Fortinet").  Mr. Powers was admitted to the bar of this Court on December 8, 2010.  All further communications, correspondence and orders may be directed to Mr. Powers at the below address:

DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1842
Email: JAPowers@duanemorris.com

Dated:  August 16, 2023

Respectfully submitted,

By:  /s/ Joseph A. Powers
Joseph A. Powers
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103

DM2\18282383.1

Telephone: (215) 979-1842<br>
Email: JAPowers@duanemorris.com

*Defendant Fortinet, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 16, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF JOSEPH A. POWERS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ *Joseph A. Powers*<br>
Joseph A. Powers