**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | CIVIL ACTION NO. 2:22-MD-03042-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHRISTOPHER J. TYSON IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

1. I make this Declaration of my own free will.

2. I am an attorney with the law firm Duane Morris LLP and licensed to practice law in Virginia and Washington D.C.

3. I represent Defendants Trend Micro Incorporated (Japan) ("Trend Micro") and Fortinet, Inc. ("Fortinet") in respective cases that have been joined in Multi-District-Litigation Case No. 2:22-md-3042-JRG and I submit this declaration in support of Trend Micro's, Fortinet's, Check Point Software Technologies Ltd.'s ("Check Point"), Musarubra US LLC, d/b/a Trellix's ("Trellix"), Palo Alto Networks, Inc.'s ("PAN"), and CrowdStrike, Inc. and CrowdStrike Holdings, Inc.'s ("CrowdStrike") (collectively "Defendants") Responsive Claim Construction Brief filed concurrently herewith.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Dictionary of Computer and Internet Terms (Vol. 1) (2016), which have been Bates-labeled as TAASERA-PA_0037286 - TAASERA-PA_0037290.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the paper Attestation and Trusted Computing by J. Christopher Bare, March 2006, in CSEP 590: Practical Aspects of Modern Cryptography, which has been Bates-labeled as TAASERA-PA_0037276 - TAASERA-PA_0037285.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 9,092,616, which is an Amendment Under 37 C.F.R. § 1.114, dated April 14, 2014, in response to an Office Action dated January 17, 2014, and which was produced by the Plaintiff bearing Bates-labels of TAASERA-0001570-1586.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Computer Graphics Dictionary (2002), which have been Bates-labeled as DEFS-TAASERA-PA_0037298 - TAASERA-PA_0037300.

8. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the Concise Oxford English Dictionary, 12th Ed. (2011), which have been Bates-labeled as DEFS-TAASERA-PA_0037301 - TAASERA-PA_0037303.

9. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 9,071,518, which were electronically retrieved from the records of the United States Patent and Trademark Office ("USPTO"), and which are an Amendment and Request for Reconsideration Under 35 U.S.C. § 1.111 dated December 19, 2013.

10. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 9,071,518, which were electronically retrieved from the records of the USPTO, and which which are an Amendment and Request for Reconsideration Under 35 U.S.C. § 1.111 dated February 9, 2015.

11. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the Merriam Webster Online Dictionary, 2010, which were electronically retrieved from the records of the Internet Archive's Wayback Machine at the web page link of https://web.archive.org/web/20101206084256/http:/www.merriam-webster.com/dictionary/initiate.

12. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 8,819,419, which is Appellant's Brief in Response to Office Action Under 37 C.F.R. § 1.192 dated December 17, 2017, and which was produced by the Plaintiff bearing Bates-labels of TAASERA-0002998 – TAASERA-0003014.

13. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 8,819,419, which is an Amendment dated January 12, 2007, in response to an Office Action dated September 12, 2006, and which was produced by the Plaintiff bearing Bates-labels of TAASERA-0002947 – TAASERA-0002958.

14. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2023

/s/ Christopher J. Tyson
Christopher J. Tyson