# Exhibit 1

# DICTIONARY OF COMPUTER AND INTERNET TERMS



JOHN C. RIGDON

[redacted]

# Dictionary of Computer and Internet Terms (Vol. 1)

River Forest Public Library
735 Lathrop Avenue
River Forest, IL 60305
708-366-5205
October 2017

John C. Rigdon,
Editor

6m/øc

# Dictionary of Computer and Internet Terms

1st Edition – AUG 2016 0/0/0/CS

This dictionary is adapted from Microsoft Language Portal with additions and edits by John C. Rigdon.

© 2016 Eastern Digital Resources. All Rights Reserved. No part of this book may be reproduced by any means without the express written consent of the copyright holder. "Entries from the Microsoft Language Portal. © 2016 Microsoft Corporation. All rights reserved." Distribution release by Microsoft. See https://www.microsoft.com/Language/en-US/LicenseAgreement.aspx

Published by:
Eastern Digital Resources
31 Bramblewood Dr SW
Cartersville, GA 30120
http://www.wordsrus.info
EMAIL: Sales@wordsrus.info
Tel. (678) 739-9177

subscribers by using the Atom Publishing Protocol (AtomPub).
**atom name** (n)~ A string that has been placed in an atom table.
**atom table** (n)~ A system-defined table that stores strings and corresponding identifiers.
**atomic** (adj)~ Pertaining to an operation where all the transaction data modifications must be performed; either all of the transaction data modifications are performed or none are performed.
**atomic** (adj)~ Pertaining to a threading or multiprocessing operation that is performed in a single, uninterruptable step. Operations that are atomic do not require a threading synchronization device such as a critical section, mutex, or semaphore.
**atomic orchestration** (n)~ A short-lived transaction that enforces the commit and rollback semantics of an ACID (Atomicity, Consistency, Isolation and Durability) transaction similar to a COM+ application that uses the DTC service.
**atomicity** (n)~ A feature of a transaction that indicates that either all actions of the transaction happen or none happens.
**atomicity, consistency, isolation, durability** (n)~ The four essential properties of an electronic transaction. Atomicity requires that a transaction be fully completed or else fully canceled. Consistency requires that resources used are transformed from one consistent state to another. Isolation requires all transactions to be independent of each other. Durability requires that the completed transaction be permanent, including survival through system failure.
**ATP** (adj)~ The portion of inventory that is not allocated and which can be used to fulfill new orders and requirements.
**ATR string** (n)~ A sequence of bytes returned from a smart card when it is turned on. These bytes are used to identify the card to the system.
**attach** (v)~ To include an external document, a file, or an executable program with an e-mail message.
**attach** (v)~ To expose a virtual disk to the user, backed by a file.
**attached** (adj)~ Pertaining to being physically connected to a system. A device can be installed without being attached.
**attached document** (n)~ An ASCII text file or a binary file, such as a document created in a word processing system, that is included with an e-mail message as an attachment.
**attached event** (n)~ A routed event that can be attached to any ContentElement or UIElement type and that is not limited to the type which defines it.
**attached property** (n)~ A property that is defined by XAML. An attached property can be set on any object, not just on the type that defines the property or its accessors. The attached property provider must provide static Get(PropertyName) and Set(PropertyName) methods as accessors for these attached properties.
**attachment** (n)~ An external file included with an e-mail message.
**Attachment** (n)~ A data type that will provide support for storing binary files within an Access database. More similar to the SharePoint concept of attachments than the current OLE object fields in Access. The data will be stored as a raw blob within the database.
**Attachment** – A file sent by- email- is 'attached' to the email. An attachment can be a picture, a document, a program or any other type of file. You should never open an attachment if you are not sure what it is, because some- viruses- propagate as email attachments; but they can't infect your machine if you don't open the attachment.
**attachment link** (n)~ A Team Foundation link between a work item and a file attachment.
**Attachment Previewer** (n)~ An application that is used to open an attachment for Attachment Previewing.
**Attachment Previewing** (n)~ A feature that allows users to see and interact with E-mail messages and their attachments side by side in the reading pane.
**Attachment Reminder** (n)~ A feature that alerts the user before an email message is sent if it detects that an attachment may have been omitted from the message.
**attachment table** (n)~ A Table object whose rows represent the Attachment objects that are attached to a Message object.
**attendant console** (n)~ A console for call handling.
**attendee** (n)~ A meeting participant who cannot initiate desktop or application sharing or presenting. Attendee permissions are controlled by the organizer and presenters.
**attendee key** (n)~ A meeting key that is used by attendees to join a meeting.
**attendee permissions** (n)~ Permissions that control how attendees can participate in the meeting and that only presenters can change.
**Attendee/Recipient List** (PN)~ A special control that shows pictures, names and titles of people who are attending a meeting, or who are the recipients of an e-mail message.
**Attendees pane** (n)~ A client element that displays the list of participants for a Live Meeting session.
**attention** (n)~ Text that alerts a user to a note or a warning.
**attenuation** (n)~ The weakening of a transmitted signal, such as the distortion of a digital signal or the reduction in amplitude of an electrical signal. Attenuation is usually measured in decibels and is sometimes desirable, as when signal strength is reduced electronically, for example, by a radio volume control, to prevent overloading.
**attenuation** (n)~ The weakening of a transmitted signal, such as the reduction in the brightness of light, as it travels farther from its source.
**attestation** (n)~ The process of verifying that a computer is really the computer it claims to be, and is running the software it claims to be running.
**attestation identity key** (n)~ The cryptographic representation of the hardware or software state and other integrity metrics, and which can be used to perform anonymous or pseudo-anonymous attestations to remote parties in multiparty transactions.
**attorney-client privilege** (n)~ A legal doctrine that is intended to protect the confidentiality of communications between an attorney and his or her client. The underlying rationale is that by assuring confidential communications, lawyers and their clients will feel free to discuss sensitive legal matters thoroughly.
**attract application** (n)~ An application that appears when a Surface unit enters Attract Mode. An attract application is similar to a screen saver that is touch-sensitive. By default, Surface units include the Water attract application.
**Attract Mode** (PN)~ The mode that a Surface unit enters when the unit is not being used. Attract Mode is designed to attract users to the unit, entice them to interact with the unit, and then access Launcher through the access points.
**attribute** (n)~ In screen displays, an element of additional information stored with each character in the video buffer of a video adapter running in character mode. Such attributes control the background and foreground colors of the character, underlining, and blinking.
**attribute** (n)~ A characteristic of an object.
**attribute** (n)~ The name or structure of a field in a database entity. For example, the LASTNAME, FIRSTNAME, and PHONE are attributes of each record in a PhoneList entity. The size of a field and the type of information it contains are also attributes of a database record.
**attribute** (n)~ For files, information that indicates whether a file is read-only, hidden, ready for archiving (backing up), compressed, or encrypted, and whether the file contents should be indexed for fast file searching.
**attribute** (n)~ A single characteristic or additional piece of information (financial or non-financial) that exists in a database.
**attribute** (n)~ In markup languages such as SGML, HTML, and XML, a name-value pair within a tagged element that describes data or the formatting or properties of data associated with that element.
**attribute** (n)~ A descriptive declaration that can be applied to programming elements such as types, fields, methods, and properties.
**attribute** (n)~ In a computing system, an inherent characteristic of the hardware and software of a Windows computer. Such characteristics can be enumerated, but do not

This dictionary contains over 32,000 terms that are specific to Computers and the Internet. Each term includes a definition / description. With more than 750 pages, this dictionary is one of the most comprehensive resources available.

Terms relate to applications, commands, functions, operating systems, image processing and networking.

No other dictionary of computing terms even comes close to the breadth of this one. It is designed to be used by everyone from the novice seeking the most basic information ... to the mainframe systems programmer and MIS professional looking for sophisticated and hard-to-find information that's not available in most reference books. It's all here in one indispensable reference source.

- artificial intelligence.
- computer-integrated manufacturing
- data communication
- databases
- fiber optics
- fundamental terms
- local area networks
- multimedia
- office automation
- open systems interconnection
- peripheral equipment
- personal computing
- processing units
- programming
- system development
- text processing

This dictionary is ideal not only for students of computing but for those studying the related fields of Information Technology, mathematics, physics, media communications, electronic engineering, and natural sciences.

ISBN 9781537264677
90000 >
9 781537 264677