# Exhibit 4

# COMPUTER GRAPHICS DICTIONARY

*Roger T. Stevens*



ADVANCES IN COMPUTER GRAPHICS AND GAME DEVELOPMENT

Copyright 2002 by CHARLES RIVER MEDIA, INC.
All rights reserved.

No part of this publication may be reproduced in any way, stored in a retrieval system of any type, or transmitted by any means or media, electronic or mechanical, including, but not limited to, photocopy, recording, or scanning, without *prior permission in writing* from the publisher.

Publisher: David F. Pallai
Production: Publishers' Design & Production Services, Inc.
Cover Design: The Printed Image

CHARLES RIVER MEDIA, INC.
20 Downer Avenue, Suite 3
Hingham, Massachusetts 02043
781-740-0400
781-740-8816 (FAX)
info@charlesriver.com
www.charlesriver.com

This book is printed on acid-free paper.

Roger Stevens. *Computer Graphics Dictionary*.
ISBN: 1-58450-019-0

All brand names and product names mentioned in this book are trademarks or service marks of their respective companies. Any omission or misuse (of any kind) of service marks or trademarks should not be regarded as intent to infringe on the property of others. The publisher recognizes and respects all marks used by companies, manufacturers, and developers as a means to distinguish their products.

Library of Congress Cataloging-in-Publication Data

Stevens, Roger T., 1927-
Computer graphics dictionary / Roger T. Stevens.— 1st ed.
p. cm.
ISBN 1-58450-019-0
1. Computer graphics—Dictionaries. I. Title.
T385 .S772 2001
006.6'03—dc21 2001005473

Printed in the United States of America
02 7 6 5 4 3 2 First Edition

CHARLES RIVER MEDIA titles are available for site license or bulk purchase by institutions, user groups, corporations, etc. For additional information, please contact the Special Sales Department at 781-740-0400.

Requests for replacement of a defective CD must be accompanied by the original disc, your mailing address, telephone number, date of purchase and purchase price. Please state the nature of the problem, and send the information to CHARLES RIVER MEDIA, INC., 20 Downer Avenue, Suite 3, Hingham, Massachusetts 02043. CRM's sole obligation to the purchaser is to replace the disc, based on defective materials or faulty workmanship, but not on the operation or functionality of the product.



*ray tracing.*

to the object they intersect; if there are reflections or refractions the tracing continues until the ray leaves the scene. In *backward ray tracing,* rays are traced from the observer to the display screen back to the scene objects and light source. The result is that all reflections and shadows appear in the image without being specifically described in the scene description. Also known as *ray casting.*

**ray tracing, bi-directional** Backward and forward ray tracing can be combined to generate realistic light transfer phenomena, especially in the simulation of focused specularity. This process of combining backward and forward ray tracing, called *bidirectional ray tracing,* traces from the eye as well as the light source. Most raytracers are not bidirectional.

**RCA connector** A small, single prong connector most commonly used to carry composite video and unbalanced audio signals. Also known as a *phono connector.*

**RCTC (Rewriteable Consumer Time Code)** A timecode developed for use with consumer Hi8 video equipment.

**reaction phase** The portion of a game in which any effects on objects not directly affected by the action phase are generated.

**reaction shot** A shot of a person in a scene as he reacts to the dialogue or action of the scene.

**real estate distribution** The assignment of input data to whichever window on a display currently contains the cursor.

**realistic rendering** Producing images that include the lighting, coloring, shadows, reflections, etc., of a real-world scene.

**RealMedia** A special streaming video and audio architecture created by RealNetworks, Inc.

**real time** Describes the process of accepting incoming data immediately displaying them as fast as the data occur in the real world. A function, such as playback or recording, that occurs in real time, does not require additional rendering or any acceleration of the process, such as 4x (quadruple speed) recording.

**real-time editing** Editing occurs in *real time,* without having to be calculated or rendered before they can be seen.

**real-time strategy game** A game genre in which a quick response to opponents' moves is important. The faster player is able to make many moves in a short period of time. These games are similar to *simulation games,* since the player usually oversees a large battle or war, as well as the building of towns and outposts. *Populous, Syndicate, Warcraft,* and *Command and Conquer* are examples of real-time strategy games.

**receiver objects, shadow maps** When rendering objects that are in shadow, there are many different ways to draw the object receiving the shadow. If there is no other texture on the receiver ob-