# Exhibit 5

# Concise Oxford English Dictionary

TWELFTH EDITION

*Edited by*
Angus Stevenson
Maurice Waite

OXFORD
UNIVERSITY PRESS

Ey
wv

Acc
dicti

Our d
of mo
world'
the off

For mo
www.c

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide in

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 1964, 1976, 1982, 1990, 1995, 1999, 2001, 2004, 2006, 2008, 2011

Database right Oxford University Press (makers)

First published 1911
New edition (revised) 1929
Third edition (with Addenda) 1934
Fourth edition 1951
Fifth edition 1964
Sixth edition 1976
Seventh edition 1982
Eighth edition 1990
Ninth edition 1995
Tenth edition 1999
Tenth (revised) edition 2001
Eleventh edition 2004
Eleventh edition (revised) 2006
Eleventh edition (revised) 2008
Twelfth edition 2011

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this book in any other binding or cover and you must impose the same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

ISBN 978-0-19-960108-0 main edition
ISBN 978-0-19-960110-3 book and CD-ROM edition
ISBN 978-0-19-960111-0 luxury edition

10 9 8 7 6

Typeset in Frutiger and Parable
by Datagrafix, Inc.
Printed and bound in Italy by Legoprint S.p.A

– DERIVATIVES **realness** n.
– ORIGIN ME (as a legal term meaning 'relating to things, especially real property'): from Anglo-Norman Fr., from late L. *realis*, from L. *res* 'thing'.

**real**[2] /reɪˈɑːl/ ▶ n. **1** the basic monetary unit of Brazil since 1994, equal to 100 centavos. **2** a former coin and monetary unit of various Spanish-speaking countries.
– ORIGIN Sp. and Port., lit. 'royal' (adj. used as n.).

**real account** ▶ n. Finance an account dealing with the material assets of a business, such as its property.

**real ale** ▶ n. Brit. cask-conditioned beer that is served traditionally, without additional gas pressure.

**real estate** ▶ n. chiefly N. Amer. real property; land.

**real estate agent** ▶ n. N. Amer. an estate agent.
– DERIVATIVES **real estate agency** n.

**realgar** /rɪˈalɡə/ ▶ n. a soft reddish mineral consisting of arsenic sulphide, formerly used as a pigment and in fireworks.
– ORIGIN ME: via med. L. from Arab. *rahj al-ġār* 'arsenic', lit. 'dust of the cave'.

**realia** /reɪˈɑːlɪə, rɪˈeɪlɪə/ ▶ n. objects and material from everyday life used as teaching aids.
– ORIGIN 1950s: from late L., neut. pl. (used as n.) of *realis* (see REAL[1]).

**realign** ▶ v. **1** change or restore to a different or former position or state. **2** (**realign oneself with**) change one's position or attitude with regard to.
– DERIVATIVES **realignment** n.

**realism** ▶ n. **1** the attitude or practice of accepting a situation as it is and dealing with it accordingly. **2** (in art or literature) the representation of things in a way that is accurate and true to life. **3** Philosophy the doctrine that universals or abstract concepts have an objective or absolute existence. Often contrasted with NOMINALISM. ■ the doctrine that matter as the object of perception has real existence.
– DERIVATIVES **realist** n. & adj.

**realistic** ▶ adj. **1** having a sensible and practical idea of what can be achieved or expected. **2** representing things in a way that is accurate and true to life.
– DERIVATIVES **realistically** adv.

**reality** ▶ n. (pl. **realities**) **1** the state of things as they actually exist, as opposed to an idealistic or notional idea of them. ■ the quality of being lifelike. ■ [as modifier] relating to reality TV: *a reality show*. **2** a thing that is actually experienced or seen. **3** the state or quality of having existence or substance. ■ Philosophy existence that is absolute or objective and not subject to human decisions or conventions.

**reality check** ▶ n. informal an occasion on which one is reminded of the state of things in the real world.

**reality principle** ▶ n. Psychoanalysis (in Freudian theory) the control by the ego of the pleasure-seeking activity of the id in order to meet the demands of the external world.

**reality testing** ▶ n. Psychology the objective evaluation of an emotion or thought against real life, as a faculty present in normal individuals but defective in psychotics.

**realize** or **realise** ▶ v. **1** become fully aware of as a fact; understand clearly. **2** cause to happen. ■ achieve (something desired or anticipated); fulfil. **3** give actual or physical form to (a concept or work). ■ Music add to or complete (a piece of music left sparsely notated by the composer). **4** sell for or make a profit of. ■ convert (an asset) into cash.
– DERIVATIVES **realizability** n. **realizable** adj. **realization** n. **realizer** n.
– ORIGIN C17: from REAL[1], on the pattern of Fr. *réaliser*.

**reallocate** ▶ v. allocate in a different way.
– DERIVATIVES **reallocation** n.

**really** ▶ adv. **1** in reality; in actual fact. **2** very; thoroughly. ▶ exclam. **1** expressing interest, surprise, doubt, or protest. **2** chiefly US expressing agreement.

**realm** ▶ n. **1** archaic, literary, or Law a kingdom. **2** a field or area of activity or interest: *the realm of chemistry*.
– ORIGIN ME *rewme*, from OFr. *reaume*, from L. *regimen* (see REGIMEN); the spelling with *-l-* was influenced by OFr. *reiel* 'royal'.

**realpolitik** /reɪˈɑːlpɒlɪˌtiːk/ ▶ n. politics based on practical rather than moral or ideological considerations.
– ORIGIN early 20th cent.: from Ger. *Realpolitik* 'practical politics'.

**real property** ▶ n. Law property consisting of land or buildings. Compare with PERSONAL PROPERTY.

**real tennis** ▶ n. the original form of tennis, played with a solid ball on an enclosed court.

**real time** ▶ n. **1** the actual time during which something occurs. **2** [as modifier] Computing relating to or denoting a system in which input data is available virtually immediately as feedback to the process from which it is coming, e.g. in a missile guidance system.

**realtor** /ˈrɪəltə/ ▶ n. N. Amer. trademark an estate agent.
– ORIGIN early 20th cent.: from REALTY + -OR[1].

**realty** /ˈrɪəlti/ ▶ n. Law a person's real property. Compare with PERSONALTY.

**ream**[1] ▶ n. **1** 500 (formerly 480) sheets of paper. **2** (usu. **reams**) a large quantity of something, especially paper.
– ORIGIN ME: from OFr. *raime*, based on Arab. *rizma* 'bundle'.

**ream**[2] ▶ v. **1** widen (a bore or hole) with a special tool. ■ N. Amer. clear out or remove (material) from something. **2** N. Amer. informal rebuke angrily. **3** N. Amer. vulgar slang have anal intercourse with.
– ORIGIN C19: of unknown origin.

**reamer** ▶ n. **1** a tool for widening or shaping holes. **2** N. Amer. a device for extracting the juice from citrus fruit.

**reanalyse** (US **reanalyze**) ▶ v. conduct a further analysis of.
– DERIVATIVES **reanalysis** n.

**reanimate** ▶ v. restore to life or consciousness; revive.
– DERIVATIVES **reanimation** n.

**reap** ▶ v. **1** cut or gather (a crop or harvest). ■ harvest the crop from (land). **2** receive as a consequence of one's own or others' actions.
– ORIGIN OE *ripan*, *reopan*, of unknown origin.

**reaper** ▶ n. **1** a person or machine that harvests a crop. **2** (**the Reaper** or **the Grim Reaper**) a personification of death as a cloaked skeleton wielding a large scythe.

**reappear** ▶ v. appear again.
– DERIVATIVES **reappearance** n.

**reapply** ▶ v. (**reapplies**, **reapplying**, **reapplied**) apply again or differently.
– DERIVATIVES **reapplication** n.

**reappoint** ▶ v. appoint again to a position previously held.
– DERIVATIVES **reappointment** n.

**reapportion** ▶ v. apportion again or differently.
– DERIVATIVES **reapportionment** n.

**reappraise** ▶ v. appraise again or differently.
– DERIVATIVES **reappraisal** n.

**rear**[1] ▶ n. **1** the back or hindmost part of something. **2** (also **rear end**) informal a person's buttocks. ▶ adj. at the back.
– PHRASES **bring up the rear 1** be at the very end of a queue. **2** come last in a race.
– ORIGIN ME from OFr. *rere*, based on L. *retro* 'back'.

**rear**[2] ▶ v. **1** bring up and care for (a child). ■ (of an animal) care for (young) until fully grown. ■ breed and raise (animals). ■ grow or cultivate (plants). **2** (of an animal) raise itself upright on its hind legs. ■ archaic set or lift upright. **3** (of a building, mountain, etc.) extend or appear to extend to a great height. **4** (**rear up**) show anger or irritation.
– DERIVATIVES **rearer** n.
– ORIGIN OE *rǣran* 'set upright, construct, elevate', of Gmc origin; rel. to RAISE and RISE.

**rear admiral** ▶ n. a rank of naval officer, above commodore and below vice admiral.

**rear commodore** ▶ n. an officer in a yacht club ranking below vice commodore.

**rearguard** ▶ n. **1** the soldiers at the rear of a body of troops, especially those protecting a retreating army. **2** a reactionary or conservative faction.
– ORIGIN ME: from OFr. *rereguarde*.

r