# Exhibit 8

The Wayback Machine - https://web.archive.org/web/20101206084256/http://www.merriam-webster.com/dictionary/initiate

m-w.com

Word Games | Word of the Day | New Words & Slang | Video

**initiate**



**Top 10 Most Frequently Looked Up Words on M–W.com**

# initiate

3 ENTRIES FOUND:

1) **initiate** (verb)
2) **initiate** (adjective)
3) **initiate** (noun)

## [1]ini·ti·ate *verb* \i-ˈni-shē-ˌāt\

**ini·ti·at·ed** **ini·ti·at·ing**

### Definition of INITIATE

*transitive verb*

**1** **:** to cause or facilitate the beginning of **:** set going <*initiate* a program of reform> <enzymes that *initiate* fermentation>

**2** **:** to induct into membership by or as if by special rites

**3** **:** to instruct in the rudiments or principles of something **:** INTRODUCE

— **ini·ti·a·tor** *noun*

See initiate defined for English-language learners »

### Examples of INITIATE

Doctors have *initiated* a series of tests to determine the cause of the problem.

The company *initiated* judicial proceedings against them.

The new recruits will be *initiated* tomorrow night.

He was *initiated* into a secret society.

### Origin of INITIATE

Late Latin *initiatus,* past participle of *initiare,* from Latin, to induct, from *initium*

First Known Use: 1533

### Related to INITIATE

**Synonyms:** begin, constitute, establish, inaugurate, found, innovate, institute, introduce, launch, pioneer, plant, set up, start

**Antonyms:** close (down), phase out, shut (up)

[+] more

See Synonym Discussion at begin



**When "Thingamajig" & "Thingamabob" Won't Do**

Words For Things You Didn't Know Have Names, Vol. 2



**"Voluptuous"**

WikiLeaks revealed that the Libyan leader travels with ... more »



**"Chimera"**

An article discussing technology and global warming ... more »

**Rhymes with INITIATE**

abbreviate, abominate, accelerate, accentuate, accommodate, acculturate, accumulate, adjudicate, adulterate, affiliate, agglomerate, alien...
[+] more

**Browse**

Next Word in the Dictionary: initiation
Previous Word in the Dictionary: initial side
All Words Near: initiate


## The Merriam-Webster Unabridged Dictionary



Online access to a legendary resource
Log In or Sign Up »

## Learning English? We can help.



Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »

## Visit Our Store

- Mugs
- T-Shirts
- Baby & Toddler
- Pet Bowls
- Totes
- & More




## A Dictionary for Kids

Find word games, language fun, and a kid-centric dictionary at
WordCentral.com »



## Join Us

Merriam-Webster on Twitter »
Merriam-Webster on Facebook »

## Books: Digital & Print

Merriam-Webster references for Mobile, Kindle, print, and more. See all »

## Other Merriam-Webster Dictionaries

Webster's Unabridged Dictionary »
Learner's ESL Dictionary »
WordCentral for Kids »
Visual Dictionary »

**Home** **Help** **About Us** **Shop** **Browser Tools** **Advertising Info**

Pronunciation Key Privacy Policy Contact Us

© 2010 Merriam-Webster, Incorporated

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Browse the Medical Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Follow Merriam-Webster:**