# Exhibit 10

OIPE IAP4
JAN 12 2007
PATENT & TRADEMARK OFFICE

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Appl. No.: | 10/406,664 | Confirmation No.: 1831 |
| Applicant: | Michael Pierre Carlson | |
| Filed: | April 3, 2003 | |
| TC/A.U. | 2134 | |
| Examiner: | Matthew E. Heneghan | |
| Docket No.: | AUS920030151US1 | |
| Customer No.: | 46129 | |
| Title: | METHOD AND SYSTEM FOR DYNAMIC ENCRYPTION OF A URL | |

Honorable Commissioner
P. O. Box 1450
Alexandria, Virginia 22313-1450

"Express Mail" Mailing Label
Number : EQ 776406685 US
Date of Deposit January 12, 20076
I hereby certify that this paper or fee is being deposited with the United States Postal Services "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, P. O. Box 1450 Alexandria, Virginia 22313-1450

Darcell Walker, Reg. No. 34,945

**AMENDMENT**

In response to the Office letter dated September 12, 2006, please amend the application as follows and consider the included remarks.

**Amendments to the claims** begin on page 2 of this paper.

**Remarks** begin on page 9 of this paper.

Claim 1 (Currently Amended. A method for restricting access to information transmitted over a computing network comprising the steps of:

receiving at a network location a request for a resource, said request containing a universal resource locator (URL);

evaluating the URL to determine whether encryption of ~~the~~ none, part, or all of the URL is required;

determining whether the requested resource is available;

locating the resource contained in the resource request, when the determination is that the resource is available;

encrypting the URL contained in the resource request; and

determining whether encryption is required for none, part, or all of the ~~of the return~~ a URL of the requested resource that is to be returned to the requestor location ~~is required~~.

Claim 2 (Canceled)

Claim 3 (Canceled)

Claim 4 (Currently Amended) The method as described in claim 1 ~~3~~ further comprising after a determination that the requested resource is available, the steps of: determining whether encryption of the requested resource is required; when encryption of the requested resource is required, determining whether the URL of the requested resource is required; determining the encrypted value of the requested resource.

Claim 5 (Original) The method as described in claim 4 further comprising at the resource destination location, the steps of: encrypting the return URL; and sending the encrypted URL and encrypted requested resource to the location of the original resource request; and decrypting the URL and requested resource at the original resource request location.

Claim 6 (Original) A method for restricting access to information transmitted over a computing network comprising the steps of:

receiving at a network location a request for a resource, said request containing a universal resource locator (URL);

evaluating the URL to determine whether encryption of the URL is required;

locating the resource contained in the resource request, when encryption of the URL is not required;

determining whether the located resource is available; and

determining whether encryption of the return URL of the requested resource is required, when the resource is available.

Claim 7 (Currently Amended) The method as described in claim 6 wherein an error message is generated when the determination is that the ~~to~~ located resource is unavailable.

Claim 8 (Original) The method as described in claim 6 further comprising after the determination that the return URL requires encryption the steps of: determining an encrypted value for the return URL; and sending a redirect to the browser originating the resource request using the encrypted return URL.

Claim 9 (Original) The method as described in claim 6 further comprising the step sending the resource to the requesting browser when encryption of the return URL is not required.

Claim 10 (Currently Amended) A method for restricting access to information transmitted over a computing network comprising the steps of:

receiving at a network location a request for a resource, said request containing a universal resource locator (URL);

evaluating the URL to determine whether encryption of the URL is required;

encrypting the URL of the network location of the request; ~~requester;~~

transmitting the message containing the encrypted URL to the destination of the requested resource;

receiving the message at the desired destination;

identifying the requested resource based on the information in the encrypted URL;

decrypting the encrypted URL;

determining whether the located resource is available; and

locating the requested resource.

Claim 11 (Canceled)

Claim 12 (Currently Amended) The method as described in claim 10 ~~11~~ further comprising after said locating step, the step of determining whether encryption of a ~~the~~ return URL of the requested resource is required, when the resource is available.

Claim 13 (Currently Amended) The method as described in claim 10 ~~11~~ wherein the encrypted URL is decrypted to the plain text value.

Claim 14 (Currently Amended) A computer program product stored in a computer readable storage medium for restricting access to information transmitted over a computing network comprising:

instructions for receiving at a network location a request for a resource, said request containing a universal resource locator (URL);

instructions for evaluating the URL to determine whether encryption of ~~the~~ none, part, or all of the URL is required;

instructions for locating the resource contained in the resource request;

instructions for encrypting the URL contained in the resource request;

instructions for determining whether the requested resource is available;

and

instructions for determining whether encryption of none, part, or all of the is required for ~~of~~ ~~the return~~ a URL of the requested resource that is to be returned to the requestor location ~~is required~~.

Claim 15 (Canceled)

Claim 16 (Canceled)

Claim 17 (Currently Amended) The computer program product as described in claim 14 ~~16~~ further comprising after ~~a~~ said instructions for determination that the requested resource is available;

instructions for determining whether encryption of the requested resource is required;

when encryption of the requested resource is required, instructions for determining whether the URL of the requested resource is required;

instructions for determining the encrypted value of the requested resource.

Claim 18 (Currently Amended) The computer program product as described in claim 14 ~~17~~ further comprising at the resource destination location, instructions for: encrypting the return URL; and sending the encrypted URL and encrypted requested resource to the location of the original resource request; and decrypting the URL and requested resource at the original resource request location.

Claim 19 (Currently Amended) A computer program product stored in a computer readable storage medium for restricting access to information transmitted over a computing network comprising:

instructions for receiving at a network location a request for a resource, said request containing a universal resource locator (URL);

instructions for evaluating the URL to determine whether encryption of the URL is required;

instructions for locating the resource contained in the resource request, when encryption of the URL is not required;

instructions for determining whether the located resource is available; and instructions for determining whether encryption of the return URL of the requested resource is required, when the resource is available.

Claim 20 (Currently Amended) The computer program product as described in claim 19 further comprising instructions for generating an error message when the determination is that the ~~to~~ located resource is unavailable.

Claim 21 (Original) The computer program product as described in claim 19 further comprising after the determination that the return URL requires encryption: instructions for determining an encrypted value for the return URL; and instructions for sending a redirect to the browser originating the resource request using the encrypted return URL.

Claim 22 (Original. The computer program product as described in claim 19 further comprising instructions for sending the resource to the requesting browser when encryption of the return URL is not required.

Claim 23 (Currently Amended) A computer program product stored in a computer readable storage medium for restricting access to information transmitted over a computing network comprising:

instructions for receiving at a network location a request for a resource, said request containing a universal resource locator (URL);

instructions for evaluating the URL to determine whether encryption of the URL is required;

instructions for encrypting the URL of the network location of the request; ~~requester;~~

instructions for determining whether the located resource is available; and

instructions for locating the requested resource.

Claim 24 (Original) The computer program product as described 23 further comprising after said encrypting instructions: instructions for transmitting the request message containing the encrypted URL to the destination of the requested resource; instructions for receiving the message at the desired destination; instructions for identifying the requested resource based on the information in the encrypted URL; and instructions for decrypting the encrypted URL.

Claim 25 (Currently Amended) The computer program product as described in claim 24 further comprising after said locating instructions, instructions for determining whether encryption of a ~~the~~ return URL of the requested resource is required, when the resource is available.

Claim 26 (Original). The computer program product as described in claim 24 wherein said decrypting instructions further comprise instruction for determining the plain text value.

## REMARKS

Please reconsider the application in view of the above amendments and the following remarks. Applicants thank the Examiner for carefully considering this application.

### In the Specification

This disclosure is objected to because it contains embedded hyperlinks and/or other forms of browser-executable code. Applicant respectfully traverses the Examiner's assertion. It is true that many text documents contain in them embedded hyperlinks to executable code. It is also true that some word processing programs attempt to automatically attach software to a URL that is included in a text document. However, in the specification for the present invention, the cited URLs do not contain embedded hyperlinks or any other form of browser-executable code. In addition, when an embedded hyperlink is present in the document, one can click the URL and the software will take them to the website location of the URL. In the specification of the present invention, a reader cannot click URL and go to another location. The reason is because there is no embedded hyperlink or software. Further, since the invention is related to URLs, it is necessary to describe such in the specification in order to adequately describe and explain the invention. These URLs are for illustrative purposes. In fact, paragraph [0046] states "In this example the URL is `http:/www.ibm.com/gold/junk`". In other locations part of the URL is represented by a series of x's (for example see paragraphs [0044] and [0045]). In view of the above, Applicant respectfully submit that the specification does not contain embedded hyperlinks and/or other forms of browser-executable code. Therefore, withdrawal of the objection to the specification for the above-stated reasons is requested.

### In the Drawings

The drawings are objected to because figures 7 and 8 contain hyperlinks derived from embedded hyperlinks that are improperly recited in the specification. In the drawings as with the specification, the recited URLs do not contain embedded hyperlinks.

The references to theses URLs is for the purpose of describing the invention and giving examples of how the invention processes and encrypts URLs when necessary

**In the Claims**

Claims 1-26 are pending in this application. Applicants have canceled claims 2, 3, 11, 15 and 16. Applicants have amended claims 1, 4, 7, 10, 12, 13, 14, 17, 18, 19, 20, 23 and 25.

**Claim Objections**

Claims 1, 3, 7, 10, 12, 14, 16, 19, 20, 23 and 25 are objected to because of informalities. Applicants have amended the claims to remedy the cited informalities.

**Rejection of Claims**

Claims 14-26 are rejected under 35 U.S.C. 101 because the claimed invention is directed to non-statutory subject matter. Each claim recited an invention embodied on a computer readable medium. Since Applicants' specification recites that a computer-readable medium may be an intangible medium, the claims encompass material that is non-statutory. Applicants have amended the claims to describe the medium as a storage medium.

**Rejection of Claims**

Claims 1-26 are rejected under 35 U.S.C. 102(e) as being anticipated by U.S. patent application publication no. 20030037232 to Bailiff. Applicant respectfully traverses the Examiner's assertion.

Applicants' present invention provides a dynamic, easily configurable system, which can be used to encrypt or otherwise hide the internal structure of a network. The present invention protects access to computing systems via a URL by encrypting all or a portion of the URL during the transmission of information over a network. Prior to the actual transmission of the information, fields in the URL can be encrypted using

conventional encryption techniques. The encryption will occur after the destination has been determined such that the encryption will not cause the information to be misdirected to a wrong destination. At the destination location, there is first a determination that this URL is an encrypted URL. At this point, a decryption technique is employed based on the predetermined encryption scheme to decrypt the URL. The full URL is now accessed only by the destination location and is not accessible during travel over the network between the originating and destination locations.

Bailiff describes a method of encoding a remote record identifier, such as a Universal Resource Locator, that maintains compatibility with active content by creating a new identifier from a base portion and a path and/or query portion. The remote record identifier is encrypted using suitable encryption techniques. The path and/or query portion is processed to produce a substitute path and/or query element for each path and/or query. The encrypted base portion and the substitute path and/or query elements are combined to form a composite encrypted remote record identifier and gateway parameters are added to form an encrypted rewritten record identifier. Also disclosed is a method of decrypting an encrypted rewritten record identifier and a gateway apparatus for mediating communication between a client system and a server system using the remote record identifier encryption and decryption methods

Although Bailiff does describe concepts and objectives that are similar to Applicants' present invention, Bailiff does not have steps that perform an evaluation of a URL to determine if encryption of the URL is necessary. The encryption in Bailiff is automatically performed. Steps 82 of Figure 6 and 88 of Figure 7 along with paragraph [0039] of Applicants' present invention explain this evaluation step. Further, contrary to the examiner's assertion, Bailiff (paragraphs 81-86 and 97 do not discuss or mention a step of determining whether encryption is necessary.

In order to sustain a rejection of claims under 35 U.S.C. 102(e) as being anticipated by U.S. Patent application publication number 2003/0037232 each element of a claim must be described/disclosed in the cited reference. Contrary to the examiner's statement that all elements are disclosed in the cited reference U .S. Patent application publication number 2003/0037232 to Bailiff , the steps of: evaluating the URL to

OIPE IAP4 JAN 1 2 2007 PATENT & TRADEMARK OFFICE

determine whether encryption of none, part, or all of the URL is required; and determining whether encryption is required for none, part, or all of the a URL of the requested resource that is to be returned to the requestor location are not disclosed in Bailiff. As a result the rejection is unsupported by the art and should be withdrawn.

Applicant believes this reply to be fully responsive to all outstanding issues and place this application in condition for allowance. If this belief is incorrect, or other issues arise, do not hesitate to contact the undersigned at the below listed telephone number. Applicants have petitioned for a one-month extension and have included the appropriate fee for such extension of time. No additional fees are believed to be due. However, it any such fees are due, please apply any charges not covered, or any credits, to Deposit Account 19-0447 (Reference Number AUS920030151US1).

Respectfully Submitted,

Darcell Walker
Reg. No. 34,945
P. O. Box 25048
Houston, Texas 77265
713-772-1255
January 12, 2007