**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § | Case No. 2:22-md-03042-JRG |
| | | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00468-JRG | § § § § § | |

| | | |
|---|---|---|
| TAASERA LICENSING LLC, | § § | Case No. 2:22-cv-00468-JRG |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| CROWDSTRIKE INC. AND CROWDSTRIKE HOLDINGS, INC., | § § § | |
| Defendants. | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Julian Pymento, enters his appearance in this matter for Plaintiff Taasera Licensing LLC for purposes of receiving notices and orders from the Court.

Dated:  August 23, 2023                    Respectfully submitted,

                                   /s/ *Julian Pymento*
                                   Julian Pymento
                                   NY Bar No. 5563499
                                   Email: jpymento@fabricantllp.com
                                   **FABRICANT LLP**
                                   411 Theodore Fremd Avenue,
                                   Suite 206 South
                                   Rye, New York 10580
                                   Telephone: (212) 257-5797
                                   Facsimile: (212) 257-5796

*ATTORNEYS FOR PLAINTIFF*
*TAASERA LICENSING LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 23, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Julian Pymento*
Julian Pymento