UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | CIVIL ACTION NO. 2:22-MD-03042-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART UNDER P.R. 4-5(d)**

Pursuant to Local Patent Rule 4-5(d) Plaintiff Taasera Licensing LLC and Defendants Check Point Software Technologies Ltd. ("Check Point"), Trend Micro Inc. ("Trend Micro"), Fortinet, Inc. ("Fortinet"), Musarubra US LLC, d/b/a Trellix ("Trellix"), Palo Alto Networks, Inc. ("PAN"), and CrowdStrike, Inc. and CrowdStrike Holdings, Inc ("CrowdStrike") (collectively "Defendants") jointly submit this Joint Claim Construction Chart containing the agreed and disputed claim terms, phrases, or clauses of U.S. Patent Nos. 6,842,796 ("the '796 Patent"); 7,673,137 ("the '137 Patent"); 8,127,356 ("the '356 Patent"); 8,327,441 ("the '441 Patent"); 8,819,419 ("the '419 Patent"); 8,850,517 ("the '517 Patent"); 8,955,038 ("the '038 Patent"); 8,990,948 ("the '948 Patent"); 9,071,518 ("the '518 Patent"); 9,092,616 ("the '616 Patent"); 9,118,634 ("the '634 Patent"); 9,608,997 ("the '997 Patent"); 9,628,453 ("the '453 Patent"); 9,860,251 ("the '251 Patent"); and 9,923,918 ("the '918 Patent") (collectively the "Patents-in-Suit"). A chart with constructions for each of the claim terms to which the parties have agreed and disputed is attached herewith as **Exhibit A**, listing the complete language of claims with terms in bold type and separate columns for each party's proposed construction of each term, pursuant to P.R. 4-5(d).

Dated: September 1, 2023　　　　　　　　Respectfully submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC***

*/s/ Eric H. Findlay (with permission)*
Eric H. Findlay
efindlay@findlaycraft.com
State Bar No. 00789886
Debby E. Gunter
dgunter@findlaycraft.Com
State Bar No. 24012752

**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
Email. croberts@orrick.com
CA State Bar No. 209203
Sarah K. Mullins
sarahmullins@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
acaridis@orrick.com
Gerald Porter
gporter@orrick.com
David Medina
dmedina@orrick.com
Jake O'Neal (Admitted *Pro Hac Vice*)
jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave, Suite 2700
Los Angeles, CA  90071
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***


*/s/ Holly Engelmann (with permission)*
Melissa R. Smith
State Bar No. 07921800
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

3

Holly Engelmann
State Bar No. 24040865
HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

D. Stuart Bartow
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 847-4150
Facsimile: (650) 618-8505
dsbartow@duanemorris.com

Gilbert A. Greene
TX Bar No. 24045976
W. Andrew Liddell
TX Bar No. 24070145
BGreene@duanemorris.com
WALiddell@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Cap. of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 512-277-2300
Facsimile: 512-277-2301

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1198
Facsimile: 215-754-4983

***ATTORNEYS FOR TREND MICRO INCORPORATED (JAPAN) AND TREND MICRO, INC. (U.S.)***

/s/ Irene  I. Yang (with permission)
Irene Yang
irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Andrew T. Langford
alangford@sidley.com
**SIDLEY AUSTIN LLP**
2021 McKinney Ave. Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (415) 981-3400

G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard St.
Henderson, Texas 75654
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

***ATTORNEYS FOR CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.***

/s/ David C. Dotson (with permission)
Melissa R. Smith
State Bar No. 07921800
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanmorris.com
Alice Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

Holly E. Engelmann
State Bar No. 24040865
HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

Christopher J. Tyson
cjtyson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave NW, Suite 700
Washington, D.C. 20001
Telephone: (202) 776-7800
Fax: (202) 776-7801

***ATTORNEYS FOR FORTINET INC.***

*/s/ William T. Nilsson (with permission)*
Nathaniel St. Clair, II
State Bar No. 24071564
nstclair@jw.com
Blake T. Dietrich
Texas State Bar No. 24087420
bdietrich@jw.com
Hailey Oestreich
Texas State Bar No. 24116627
hoestreich@jw.com
William T. Nilsson
Texas State Bar No. 24123350
wnilsson@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600

Dallas, Texas 75201
Telephone: (214) 953-5948
Facsimile: (214) 661-6848

***ATTORNEY FOR MUSARUBRA US LLC,
d/b/a TRELLIX***

/s/ *Michael R. Rueckheim (with permission)*
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

Kelly C. Hunsaker
KHunsaker@winston.com
California Bar No. 168307
Michael R. Rueckheim
Texas Bar No. 24081129
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com
California Bar No. 321273
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

***ATTORNEYS FOR PALO ALTO NETWORKS,
INC.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 1, 2023, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant