IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | Case No. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO ALL CASES | |

**UNOPPOSED MOTION TO AMEND SEVENTH DOCKET CONTROL ORDER**

Defendants Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), Musarubra US LLC d/b/a Trellix ("Trellix"), and Palo Alto Networks, Inc. ("PAN") (collectively, "Defendants") hereby file this unopposed motion to amend the Seventh Docket Control Order (Dkt. 257).

Counsel for Defendants have conferred regarding the relief requested in this motion with counsel for Plaintiff Taasera Licensing LLC ("Taasera" or "Plaintiff"). Taasera does not oppose the relief sought herein.

A court's scheduling order will only be modified upon showing of "good cause." FED. R. CIV. P. 16(b)(4). "The Court has broad discretion to allow scheduling order modifications." *Ciena Corp. v. Nortel Networks Inc.*, 233 F.R.D. 493,494 (E.D. Tex. 2006). Good cause exists if it is shown that the established deadlines cannot reasonably be met despite the diligence of the party seeking the extension. *S&W Enters., L.L.C v. SouthTrust Bank of Alabama, NA*, 315 F.3d 533, 535 (5th Cir. 2003); *see Team Worldwide Corp. v. Wal-Mart Stores, Inc*., No. 2:17-CV-00235-JRG, 2018 WL 3533362, at *3 (E.D. Tex. July 23, 2018) (outlining the four factors to determine if good cause exists: "(1) the explanation for the party's failure to meet the deadline, (2) the importance of what the Court is excluding [from the record if the proposed extensions are not granted], (3) the potential prejudice if the Court allows the things that would [have] be[en]

DM2\18380258.5

excluded [from the record if the proposed extensions were not granted], and (4) the availability of a continuance to cure such prejudice.").

Applying these elements, Defendants respectfully believe that there is good cause for the proposed extensions. Due to the scope of this MDL, including the large number of patents, claims, and Defendants, Defendants respectfully request an extension of certain deadlines to give counsel and experts adequate time to prepare reports (and for depositions related thereto) that sufficiently address the issues in this case. By adjusting these deadlines, Defendants have also proposed moving subsequent case deadlines.

While the Parties have been working together diligently without delay, the proposed schedule accounts for the sheer number of patents and claims asserted against each of the six Defendants. Specifically, Taasera has asserted 8 patents with a total of 119 claims against Check Point, 9 patents with 167 claims against Trend Micro Japan, 8 patents with a total of 122 claims against CrowdStrike, 11 patents with a total of 153 claims against Fortinet, 9 patents with a total of 153 claims against Trellix, and 9 patents with a total of 135 claims against PAN. Further, the patents and claims asserted against each of the six Defendants vary, which reduces the number of overlapping claims across Defendants. Also, the patents are not standards-based, which means the infringement allegations are Defendant specific.

Although the Parties have agreed that Taasera will narrow the number of claims asserted in the coming weeks, Taasera does not have to drop any patents and the number of claims will still be significant. Defendants also expect that the asserted patents and claims will continue to vary across each Defendant. The effect of this, in part, will be each Defendant needing four experts, and upon information and belief, Taasera will need more than one expert per Defendant. The proposed schedule takes into account the additional time needed to exchange expert reports and

conduct expert discovery, in light of the high number of anticipated experts. Defendants believe that granting this Motion will conserve the resources of the parties and the Court by allowing for a more efficient and non-prejudicial disposition of this case, including the remaining fact discovery and expert discovery

In addition, several of the current deadlines fall on or immediately after holidays, creating further scheduling issues in connection with expert discovery. For example, rebuttal expert reports are currently due on November 27, 2023, which is the Monday after Thanksgiving, and under the Seventh Docket Control Order, rebuttal expert witnesses have only 21 days to draft their rebuttal reports. The proposed extension allows both sides additional time for rebuttal reports, which will be necessary to address the large number of issues in the case. Also, some of the experts will be traveling the week of Thanksgiving. A brief extension of the expert report and discovery deadlines will allow the parties additional time to complete expert discovery. Similarly, the current deadline to respond to responsive dispositive motions is January 1, 2024, and the proposed extensions would allow the Parties and their experts sufficient time to respond to any pending motions.

Third, no prejudice should be created by permitting the proposed modifications. Plaintiff does not oppose this motion. The requested extensions are as narrow as Defendants could make them, while also giving the Court sufficient time to review filings and prepare for any motion and hearings. Defendants' proposal does request a brief extension of the pretrial conference and first day of trial, and Defendants have proposed dates as placeholders, recognizing the Court may not be available.

Fourth, at the current stage of the proceedings, the availability of a continuance to cure any prejudice is neutral. While a continuance here would delay the case, this continuance is unopposed

4

by Plaintiff and is in the best interest of both Parties to ensure non-prejudicial disposition of the case.

Defendants believe that on balance, the good cause factors support granting leave to amend the Seventh Docket Control Order, and they respectfully request that the Court amend its Seventh Docket Control Order to extend certain deadlines as outlined in the proposed Eighth Docket Control Order attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay
Email: efindlay@findlaycraft.com
State Bar No. 00789886
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
Email: croberts@orrick.com
CA State Bar No. 209203
Sarah K. Mullins
Email: sarahmullins@orrick.com
CA State Bar No. 324558
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Evan D. Brewer (Admitted Pro Hac Vice)
Email: ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: (206) 839-4300

Alyssa Caridis
Email: acaridis@orrick.com
Jake O'Neal
Email: jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020

ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.

/s/ Melissa R. Smith
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
Email: tom@gillamsmithlaw.com
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

Brianna M. Vinci
Email: bvinci@duanemorris.com
DUANE MORRIS LLP
30 S 17th Street
Philadelphia, PA 19103
Email: bvinci@duanemorris.com
Telephone: (215) 979-1198

Daryl Stuart Bartow
Email: DSBartow@duanemorris.com
DUANE MORRIS LLP
260 Homer Avenue, Suite 202
Palo Alto, CA 94301-2777
Telephone (650) 847-4150
Facsimile (650) 847-4151

ATTORNEYS FOR
TREND MICRO INCORPORATED

>*/s/ Irene  I. Yang (with permission)*
>Irene I. Yang
>Email: irene.yang@sidley.com
>Michael J. Bettinger
>Email: mbettinger@sidley.com
>SIDLEY AUSTIN LLP
>555 California Street, Suite 2000
>San Francisco, CA 94104
>Telephone: (415) 772-1200
>Facsimile: (415) 772-7400
>
>Andrew T. Langford
>Email: alangford@sidley.com
>Eric B. Fountain
>Email: efountain@sidley.com
>SIDLEY AUSTIN LLP
>2021 McKinney Avenue, Suite 2000
>Dallas, Texas 75201
>Telephone: (214) 981-3400
>Facsimile: (214) 981-3400
>
>G. Blake Thompson
>State Bar No. 24042033
>Blake@TheMannFirm.com
>J. Mark Mann
>State Bar No. 12926150
>Mark@TheMannFirm.com
>MANN | TINDEL | THOMPSON
>201 E. Howard Street
>Henderson, Texas 75654
>Telephone: (903) 657-8540
>Facsimile: (903) 657-6003
>
>ATTORNEYS  FOR  CROWDSTRIKE,  INC.  and CROWDSTRIKE HOLDINGS, INC.

*/s/ Melissa R. Smith*
Andrew Thompson Gorham (State Bar No. 24012715)
Email: tom@gillamsmithlaw.com
Melissa R. Smith (State Bar No. 07921800 )
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet (GA Bar No. 287789)
Email: mcgaudet@duanemorris.com
Alice E. Snedeker (GA Bar No. 151066)
Email: aesnedeker@duanemorris.com
David C. Dotson (GA Bar No. 138040)
Email dcdotson@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309-3929
Telephone: (404) 253-6902

Holly Engelmann (State Bar No. 24040865)
Email: HEngelmann@duanemorris.com
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200

Christopher J. Tyson (VA Bar No. 81553)
Email: cjtyson@duanemorris.com
DUANE MORRIS LLP
901 New York Avenue N.W.
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202)-776-7800

Irfan Hassam-Malani (IL Bar No. 6339087)
Email: imalani@duanemorris.com
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: (312) 499-6700

ATTORNEYS FOR FORTINET INC.

                    */s/ William T. Nilsson (with permission*
Nathaniel St. Clair, II
State Bar No. 24071564
Email: nstclair@jw.com
Blake T. Dietrich
State Bar No. 24087420
Email: bdietrich@jw.com
William T. Nilsson
State Bar No. 24123350
Email: wnilsson@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5948
Facsimile: (214) 661-6848

ATTORNEY FOR MUSARUBRA US LLC, d/b/a TRELLIX

9

/s/ Melissa R. Smith
Michael R. Rueckheim
State Bar No. 24081129
Email: mrueckheim@winston.com
Kelly C. Hunsaker
California Bar No. 168307
Email: KHunsaker@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Tel: (650) 858-6500

Melissa Richards Smith
Texas State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

ATTORNEYS FOR DEFENDANT PALO ALTO NETWORKS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 6, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Counsel for Plaintiff and Counsel for Defendants met and conferred per Local Rule CV-7(h) and that this motion is unopposed by Counsel for Plaintiff.

*/s/ Melissa R. Smith*

DM2\18380258.5