# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO ALL CASES | |

**UNOPPOSED MOTION FOR LEAVE FOR DEFENDANTS TO FILE A SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF REGARDING THE "SUBSTANTIALLY REAL-TIME" TERM**

Defendants submit this unopposed Motion for Leave to File a Supplemental (2-Page) Claim Construction Brief Regarding the "Substantially Real-Time" Term. Defendants' proposed supplemental brief is attached hereto as Exhibit A.

Good cause exists to grant this motion. The parties dispute the meaning of the term "substantially real-time" as recited in claim 1 of the '518 Patent. Dkt. Nos. 256 at 31-34; 259 at 30-32; 272 at 12. In its reply on August 25, 2023, after Defendants submitted their responsive claim construction brief, Plaintiff raised new arguments in support of its position that the term "substantially real-time" is not indefinite.

The parties' dispute for the term "substantially real-time," which the parties agree is a term of degree, centers on whether the patent sufficiently sets forth objective metes and bounds such that the term is definite. Dkt. 272 at 12. Plaintiff was cognizant of Defendants' position that this term of degree lacks objective boundaries when it filed its opening claim construction brief as evidenced by the fact that it cited the legal test for determining whether a term of degree is definite in its brief and argued that the disputed term "is a term of degree and the '518 Patent provides a standard for measuring that degree." Dkt. 256 at 34. Plaintiff cited a passage of the '518 Patent as evidence for its position with barely any explanation for why the cited passage was relevant. *Id.* Yet, in Reply, Plaintiff broadened its citations and included new arguments for why the disputed term is allegedly definite. Dkt. 272 at 12-13 (citing '518 Patent at 10:44-65; 12:64-13:9). These arguments were not responsive to anything in Defendants' brief and should have been included in Plaintiff's opening brief so that Defendants could respond. By waiting until its reply to raise these arguments, Plaintiff has prejudiced Defendants. Therefore, Defendants have not had an opportunity to address this aspect of Plaintiff's claim construction argument.

Good cause therefore exists to grant this motion. Defendants did not have fair notice of Plaintiff's full position because it first made new arguments in reply after Defendants filed their responsive claim construction brief. The attached 2-page brief will help narrow the dispute and provide an equal opportunity to all parties to address each other's arguments.

Therefore, Defendants respectfully request that the Court grant this motion and consider their Supplemental (2-page) Claim Construction Brief, attached hereto as Exhibit A, when deciding the proper construction for the "substantially real-time" term."

Dated: September 14, 2023                              Respectfully submitted,

                                        By: */s/ Eric H. Findlay*
                                          Eric H. Findlay
                                          State Bar No. 00789886
                                          Brian Craft
                                          State Bar No. 04972020
                                          **FINDLAY CRAFT, P.C.**
                                          7270 Crosswater Avenue, Suite B
                                          Tyler, Texas 75703
                                          Telephone: (903) 534-1100
                                          Facsimile: (903)-534-1137
                                          Email: efindlay@findlaycraft.com
                                          Email: bcraft@findlaycraft.com

                                          Clement S. Roberts
                                          Email. croberts@orrick.com
                                          CA State Bar No. 209203
                                          Sarah K. Mullins
                                          Email: sarahmullins@orrick.com
                                          **ORRICK, HERRINGTON &**
                                          **SUTCLIFFE LLP**
                                          405 Howard Street
                                          San Francisco, CA 94105
                                          Telephone: (415) 773-5700
                                          Facsimile: (415) 773-5759

                                          Alyssa Caridis
                                          Email: acaridis@orrick.com
                                          Gerald Porter
                                          gporter@orrick.com
                                          David Medina
                                          dmedina@orrick.com
                                          Jake O'Neal (Admitted Pro Hac Vice)
                                          Email: jake.oneal@orrick.com
                                          **ORRICK, HERRINGTON &**
                                          **SUTCLIFFE LLP**
                                          355 S. Grand Ave, Suite 2700
                                          Los Angeles, CA 90071

Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer (Admitted Pro Hac Vice)
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
100 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7497
Facsimile: (650) 614-7401
***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

  */s/ Irene Yang*
Irene Yang
California State Bar No. 245464
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Andrew T. Langford
Texas State Bar No. 24087886
alangford@sidley.com
Erik B. Fountain
Texas State Bar No. 24097701
efountain@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400


J. Mark Mann
State Bar No. 12926150

4

Mark@TheMannFirm.com
G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St.
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

***ATTORNEYS FOR DEFENDANTS CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.***

 /s/ D. Stuart Bartow
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

D. Stuart Bartow
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 847-4150
Facsimile: (650) 618-8505
dsbartow@duanemorris.com

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200

5

Fax: (214) 257-7201

Gilbert A. Greene
TX Bar No. 24045976
W. Andrew Liddell
TX Bar No. 24070145
BGreene@duanemorris.com
WALiddell@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Cap. of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 512-277-2300
Facsimile: 512-277-2301

Christopher J. Tyson
**DUANE MORRIS LLP**
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-7800
Facsimile: (202) 776-7801
cjtyson@duanemorris.com

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1198
Facsimile: 215-754-4983

***ATTORNEYS FOR TREND MICRO INCORPORATED (JAPAN)***

 */s/ Matthew C. Gaudet*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**

6

303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
Email: mcgaudet@duanemorris.com
David C. Dotson
Email: dcdotson@duanemorris.com
Alice Snedeker
Email: aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

Holly E. Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

Christopher J. Tyson
Email: cjtyson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave NW, Suite 700
Washington, D.C. 20001
Telephone: (202) 776-7800
Fax: (202) 776-7801
***ATTORNEYS FOR FORTINET INC.***


 /s/ Nathaniel St. Clair, II
Nathaniel St. Clair, II
State Bar No. 24071564
Email: nstclair@jw.com

Blake T. Dietrich
Texas State Bar No. 24087420
Email: bdietrich@jw.com
Hailey Oestreich
Texas State Bar No. 24116627
Email: hoestreich@jw.com
William T. Nilsson
Texas State Bar No. 24123350
Email: wnilsson@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5948
Facsimile: (214) 661-6848
***ATTORNEY FOR MUSARUBRA US LLC, d/b/a TRELLIX***


 */s/ Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

Kelly C. Hunsaker
KHunsaker@winston.com
California Bar No. 168307
Michael R. Rueckheim
Texas Bar No. 24081129
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com
California Bar No. 321273
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520

8

Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
***ATTORNEYS FOR PALO ALTO NETWORKS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2023, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM.ECF system per Local Rule CV-5(a)(3)

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Counsel for Plaintiff and Counsel for Defendants met and conferred per Local Rule CV-7(h) and that this motion is unopposed by Counsel for Plaintiff.

*/s/ Eric H. Findlay*
Eric H. Findlay