# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | CIVIL ACTION NO. 2:22-MD-03042-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S, TREND MICRO INC.'S, FORTINET, INC.'S, MUSARUBRA US LLC, D/B/A TRELLIX'S, PALO ALTO NETWORKS, INC.'S, CROWDSTRIKE, INC.'S, AND CROWDSTRIKE HOLDINGS, INC.'S SUR-REPLY IN RESPONSE TO ARGUMENTS NEWLY RAISED IN PLAINTIFF'S REPLY CLAIM CONSTRUCTION BRIEF**

Plaintiff presented new arguments for the first time in its reply regarding the term "substantially real-time." Defendants respond here.[1]

## "SUBSTANTIALLY REAL-TIME"

The parties agree that the term "substantially real-time" is a term of degree. *See, e.g.*, Dkt. 256 at 34. In its opening brief, Taasera argued that the specification "provides a standard for measuring that degree" because "substantially real-time involves persistent storage of mobile device status information and comparison of both old and new incoming mobile device status information." *Id*. at 34. But Taasera failed to explain how the type of storage or the recitation of an (unclaimed) act of comparison would provide a POSITA would objective boundaries with which to assess this term. Dkt. 259 at 30-32.

Taasera's new reply arguments suffer from two fatal flaws. First, Taasera relies on passages in the specification discussing irrelevant processes. The limitation at issue reads: "status information for each mobile device *is gathered* from a plurality of sources … *in a substantially real-time manner*." '518 Patent, Cl. 1. Rather than focusing on the process of *gathering* status information, Taasera's reply brief cites passages relating to *processing* status information, *updating* records, and *taking actions* by the mobile device. Dkt. 256 at 12-13. So even if these passages provide objective boundaries to assess the term "substantially real-time" in some contexts (they do not),[2] they do nothing to inform a POSITA what it means to gather status information in "substantially real time."

Second, the cited passages fail to set forth the type of objective boundaries required to find this term of degree definite. There is nothing in the '518 Patent that would inform a POSITA how

---

[1] This term is only recited in the claims of the '518 Patent, which is asserted only against Check Point and Trellix. *See also* Dkt. 259 at 1, n. 2.

[2] In fact, some of the relied-on passages purport to describe only "real-time."

1

to assess this term of degree, either qualitatively or quantitatively. For example, the "updating records" passage cited by Taasera simply says device database can provide "substantially real-time information" without giving any indication of how close in time something needs to occur to be considered "substantially real-time." *See* '518 Patent at 10:48-51. Other cited passages describe "non-limiting example[s]" (Reply at 13 (citing ('518 Patent at 12:64-3:9), which cannot objectively define the boundaries of a term of degree. *See Interval Licensing LLC v. AOL, Inc.*, 766 F.3d 1364, 1371 (Fed. Cir. 2014) (being able to ascribe some meaning to a claim insufficient to define bounds of a term of degree).

Finally, Plaintiff's citation to its expert's testimony cannot save its theory. Dr. Cole's testimony is directed at two terms—"real-time" and "substantially real-time"—and concludes that they share the same meaning, which he opines to be "without intentional delay, given the processing limitations of the system." Cole Decl. at ¶¶83, 85. Not even Plaintiff maintains that position.[3] *See* Dkt. 276-1 at 165, n.2; *cf*. Dkt. 256 at 31-34. Moreover, Dr. Cole did not opine that the specification provided "objective boundaries" to a POSITA. *See* Dkt. 259 at 32.

---

[3] Plaintiff now argues that Dr. Cole's interpretation is only the meaning of "substantially real-time" and that "real-time" should instead be construed as having an unspecified "plain and ordinary meaning." Plaintiff's flip-flopping, contradicting of its own expert, and new proposal of "real-time," only adds to the unresolvable ambiguity of the term "substantially real-time."

Dated: September 14, 2023  Respectfully submitted,

By: */s/ Eric H. Findlay*
   Eric H. Findlay
   State Bar No. 00789886
   Brian Craft
   State Bar No. 04972020
   **FINDLAY CRAFT, P.C.**
   7270 Crosswater Avenue, Suite B
   Tyler, Texas 75703
   Telephone: (903) 534-1100
   Facsimile: (903)-534-1137
   Email: efindlay@findlaycraft.com
   Email: bcraft@findlaycraft.com

   Clement S. Roberts
   Email. croberts@orrick.com
   CA State Bar No. 209203
   Sarah K. Mullins
   Email: sarahmullins@orrick.com
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   405 Howard Street
   San Francisco, CA 94105
   Telephone: (415) 773-5700
   Facsimile: (415) 773-5759

   Alyssa Caridis
   Email: acaridis@orrick.com
   Gerald Porter
   gporter@orrick.com
   David Medina
   dmedina@orrick.com
   Jake O'Neal (Admitted Pro Hac Vice)
   Email: jake.oneal@orrick.com
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   355 S. Grand Ave, Suite 2700
   Los Angeles, CA 90071

Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer (Admitted Pro Hac Vice)
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
100 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7497
Facsimile: (650) 614-7401
***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

 */s/ Irene Yang*
Irene Yang
California State Bar No. 245464
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Andrew T. Langford
Texas State Bar No. 24087886
alangford@sidley.com
Erik B. Fountain
Texas State Bar No. 24097701
efountain@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400


J. Mark Mann
State Bar No. 12926150

4

Mark@TheMannFirm.com
G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St.
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

***ATTORNEYS FOR DEFENDANTS CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.***

 */s/ D. Stuart Bartow*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

D. Stuart Bartow
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 847-4150
Facsimile: (650) 618-8505
dsbartow@duanemorris.com

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200

Fax: (214) 257-7201

Gilbert A. Greene
TX Bar No. 24045976
W. Andrew Liddell
TX Bar No. 24070145
BGreene@duanemorris.com
WALiddell@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Cap. of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 512-277-2300
Facsimile: 512-277-2301

Christopher J. Tyson
**DUANE MORRIS LLP**
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-7800
Facsimile: (202) 776-7801
cjtyson@duanemorris.com

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1198
Facsimile: 215-754-4983

***ATTORNEYS FOR TREND MICRO INCORPORATED (JAPAN)***


 */s/ Matthew C. Gaudet*
Melissa R. Smith

6

State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
Email: mcgaudet@duanemorris.com
David C. Dotson
Email: dcdotson@duanemorris.com
Alice Snedeker
Email: aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

Holly E. Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

Christopher J. Tyson
Email: cjtyson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave NW, Suite 700
Washington, D.C. 20001
Telephone: (202) 776-7800
Fax: (202) 776-7801
***ATTORNEYS FOR FORTINET INC.***

  */s/ Nathaniel St. Clair, II*

Nathaniel St. Clair, II
State Bar No. 24071564
Email: nstclair@jw.com
Blake T. Dietrich
Texas State Bar No. 24087420
Email: bdietrich@jw.com
Hailey Oestreich
Texas State Bar No. 24116627
Email: hoestreich@jw.com
William T. Nilsson
Texas State Bar No. 24123350
Email: wnilsson@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5948
Facsimile: (214) 661-6848
***ATTORNEY FOR MUSARUBRA US LLC, d/b/a TRELLIX***


 */s/ Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

Kelly C. Hunsaker
KHunsaker@winston.com
California Bar No. 168307
Michael R. Rueckheim
Texas Bar No. 24081129
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com

8

California Bar No. 321273
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
***ATTORNEYS FOR PALO ALTO NETWORKS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2023, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM.ECF system per Local Rule CV-5(a)(3)

*/s/ Eric H. Findlay*
Eric H. Findlay