# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § Case No. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO ALL CASES | § § § |

## ORDER

Before the Court is the Unopposed Motion for Leave for Defendants to File a Supplemental Claim Construction Brief Regarding the "Substantially Real-Time" Term (the "Motion") filed by the MDL Defendants in the above-captioned multi-district litigation. (Dkt. No. 280.) In the Motion, the Defendants represent that Plaintiff Taasera Licensing LLC ("Plaintiff") included new arguments in its Reply Claim Construction Brief regarding the term "substantially real-time" such that Defendants have not had an opportunity to address that aspect of Plaintiff's claim construction argument. (*Id.* at 1.) Therefore, Defendants request leave to file a 2-page supplemental brief addressing Plaintiff's new arguments. (*Id.* at 2.) The Motion is unopposed. (*Id.* at 9.)

Having considered the Motion, and noting its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, Defendants are granted leave to file a 2-page supplemental brief addressing Plaintiff's new arguments regarding the "substantially real-time" term.

**So ORDERED and SIGNED this 18th day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE