IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:21-CV-00441-JRG | Civil Action No. 2:22-MD-03042-JRG |
| TAASERA LICENSING LLC<br><br>*Plaintiff*,<br><br>v.<br><br>TREND MICRO INC.,<br><br>*Defendant*. | Civil Action No. 2:21-CV-0441-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT TREND MICRO, INC.'S UNOPPOSED MOTION FOR
LEAVE TO INCREASE TESTIFYING EXPERT WITNESSES**

Defendant Trend Micro, Inc. ("Trend Micro Japan") respectfully files this Unopposed Motion for Leave to Increase Testifying Expert Witnesses and would show the Court as follows:

On February 2, 2023, the Court entered its Discovery Order in the multi-district litigation case. *See In Re: Taasera Licensing LLC*, Civil Action No. 2:22-CV-MD-03042-JRG, at Dkt. 137.[1] Under the Court's Discovery Order, "each party is party is limited to 4 testifying expert witnesses." *See* Dkt. 73, at ¶ 5(d). At this time, Trend Micro Japan requests that the Court increase the number of testifying expert witnesses that it is entitled to under the Court's Discovery Order from four (4) to five (5). Good cause exists for the increase of testifying expert witnesses. Namely, in order to streamline the case, Trend Micro Japan intends to submit joint invalidity reports for the

---

[1] The Court also filed the duplicate Discovery Order (Dkt. 73) in this case.

1

overlapping patents asserted against the other Defendants in this litigation with at least one other Defendant. For the non-overlapping patents, Trend Micro Japan has its own invalidity experts. To avoid having multiple experts cover the same subject matter (namely, the invalidity of the patents asserted against all Defendants in this litigation), Trend Micro Japan requests it be allowed to join the expert reports on the overlapping patents with the other Defendant(s). Such relief effectively confers on Trend Micro Japan one (1) additional testifying expert but will not increase the total number of expert reports in this litigation.

Counsel for Trend Micro Japan has met and conferred with counsel for Plaintiff Taasera Licensing LLC ("Plaintiff"), and counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

Accordingly, Trend Micro Japan respectfully requests that the Court grant this Motion and enter and order increasing the number of testifying expert witnesses that Trend Micro Japan is entitled to from four (4) to five (5).

Dated: September 21, 2023

Respectfully submitted,

/s/Melissa R. Smith
---
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

D. Stuart Bartow
dsbartow@duanemorris.com
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, California 94304-1194
Telephone: (650) 847-4150
Facsimile;  (650) 847-4151

Holly Engelmann
Texas Bar No. 2404085
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 South Capital of Texas Hwy, Suite 300
Austin, Texas 78746-5435
Telephone: (512) 277-2300
Facsimile:  (512) 277-2301

Christopher J. Tyson
cjtyson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue, N.W. Suite 700 East
Washington, D.C. 20001
Telephone: (202) 776-7851
Facsimile:  (202) 4780-2620

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, Pennsylvania 19102
Telephone: (215) 979-1198
Facsimile:  (215) 754-4983

*Attorneys for Trend Micro, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Trend Micro Japan met and conferred with counsel for Plaintiff to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h). Counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All counsel of record who are deemed to have consented to electronic service were served with a true and correct copy of the foregoing document *via* the Court's CM/ECF system on September 21, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith
