IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD.,<br><br>Defendant. | MDL Case No. 2:22-md-03042-JRG<br>Civil Case No. 2:22-cv-00063-JRG<br><br>DEMAND FOR JURY TRIAL<br><br>THIS DOCUMENT RELATES TO<br>2:22-cv-00063-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Check Point Software Technologies Ltd. ("Check Point") files this Notice of Appearance, and hereby notifies the Court that Jasmine W. Zhu, of the law firm Orrick, Herrington & Sutcliffe LLP, Columbia Center, 1152 15th Street, N.W., Washington, D.C. 20005-1706, Telephone (202) 339-8692, Fax (415) 773-5759, E-mail: jzhu@orrick.com has entered this action as counsel for Check Point. In connection with this notice, Ms. Zhu requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: September 22, 2023

Respectfully submitted,

By: /s/ *Jasmine W. Zhu*
Jasmine W. Zhu
DC State Bar No. 1736129
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone (202) 339-8692
Fax (415) 773-5759
jzhu@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Jasmine W. Zhu*
Jasmine W. Zhu
