# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION <br><br> THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00415-JRG | Case No. 2:22-md-03042-JRG <br><br> **JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> FORTINET INC., <br><br> Defendant. | Case No. 2:22-cv-00415-JRG <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF TAASERA LICENSING LLC'S NOTICE OF DROPPED DISPUTED CLAIM TERM

In an effort to further narrow claim terms for construction, Plaintiff Taasera Licensing LLC ("Taasera" or "Plaintiff") hereby gives notice to the Court the term "determining whether encryption of none, part, or all of a return URL of the requested resource that is to be returned to a location of the resource request" (Claim 10, '419 Patent) is part of a claim that has been dropped in accordance with the Order Focusing Patent Claims and Prior Art to Reduce Costs (Dkt. 282). As the claim has been dropped, this term no longer needs construction by the Court.

Dated: September 22, 2023

Respectfully Submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com

Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
State Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 22, 2023.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant