# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § CIVIL ACTION NO. 2:22-md-03042-JRG |
| THIS DOCUMENT RELATES TO CASE NO. 2:21-CV-00441-JRG | § § § |

| | |
|---|---|
| TAASERA LICENSING LLC | § § |
| v. | §  CASE NO. 2:21-cv-00441-JRG § |
| TREND MICRO, INC. (JAPAN) | § § § |

## ORDER

Before the Court is Defendant Trend Micro Inc.'s ("Trend Micro") Unopposed Motion for Leave to Increase Testifying Expert Witnesses (the "Motion"). (Dkt. No. 285.) Trend Micro requests leave to increase the number of testifying expert witnesses that it is entitled to under the Court's Discovery Order from four (4) to five (5). (*Id.* at 1.) The Motion is unopposed. (*Id.* at 4.)

Having considered the Motion, and noting its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Trend Micro is permitted five (5) testifying expert witnesses.

**So ORDERED and SIGNED this 2nd day of October, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE