**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, | § | |
| PATENT LITIGATION | § | |
| | § | CASE NO. 2:22-md-03042-JRG |
| | § | |
| THIS DOCUMENT RELATES | § | |
| TO ALL CASES | § | |

**MINUTES FOR MARKMAN HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
October 11, 2023**

**OPEN:   08:39 AM**                                   **ADJOURN:  12:39 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| TECHNICAL ADVISOR: | Michael Paul |
| LAW CLERK: | Dallas Jackson |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:39 AM | Court opened. |
| 08:40 AM | Court called for announcements from counsel. |
| 08:45 AM | Court began hearing claim construction arguments on a claim-by-claim basis.<br>• Presented argument on behalf of Plaintiff: Mr. Mercadante, Mr. Rubino, Mr. Pymento and Mr. Fabricant.<br>• Presented argument on behalf of Defendants: Mr. Langford, Mr. Tyson, Mr. Bartow, Mr. Medina, Ms. Yang, Mr. Rueckheim, Mr. Roberts, Mr. Nilsson, Mr. Dotson and Mr. Gaudet. |
| 10:32 AM | Recess. |
| 10:47 AM | Court reconvened. |
| 10:47 AM | Continuation of claim construction arguments. |
| 12:38 PM | Arguments concluded. |
| 12:39 PM | Court to take claim construction under submission. |
| 12:39 PM | Court adjourned. |