

**2:22-md-3042-JRG**
**In Re: Taasera Licensing LLC Patent Litigation**
**October 11, 2023 at 08:30 AM**
**Markman Hearing**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Fred Fabricant | Taasera |
| Vincent Rubino | Taasera |
| Joseph Mercadante | Taasera |
| Julian Pymento | Taasera |
| Sam Baxter | Taasera |
| Clem Roberts | Check Point |
| Chris Tyson | Fortinet |
| Andrew Langford | CrowdStrike |
| Mike Rueckheim | Palo Alto Networks |
| David Medina | Check Point |
| Eric Findlay | Check Point |
| Irene Yang | CrowdStrike |
| Will Nilsson | Trellix |
| Blake Thompson | CrowdStrike |
| Matt Gaudet | Fortinet |
| Nathaniel St. Clair | Trellix |
| David Dotson | Fortinet |
| Stuart Bartow | Trend Micro |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |