IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:23-cv-00113-JRG | MDL No. 2:22-md-3042-JRG |
| TAASERA LICENSING LLC<br><br>*Plaintiff*,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.<br><br>*Defendant.* | Case No. 2:23-cv-00113-JRG<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**<u>DEFENDANT PALO ALTO NETWORKS' UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS FOR THE '137 PATENT</u>**

Pursuant to Local Rule 3-6(b), Defendant Palo Alto Networks, Inc. ("PAN") requests leave to amend its invalidity contentions regarding U.S. Patent No. 7,673,137 (the "'137 patent") by serving the invalidity chart attached to this Motion as Exhibit 1.

Good cause exists to grant this motion. Exhibit 1 was previously served by other Defendants in this MDL as part of their joint invalidity contentions on March 28, 2023. When PAN timely served its invalidity contentions on April 29, 2023, it inadvertently omitted serving a chart for the ChakraVyuha reference. PAN's cover pleading, however, made clear that PAN intended to rely on the ChakraVyuha reference. *See, e.g.*, Exhibit 2 (excerpt of PAN's invalidity contention cover pleading with references to ChakraVyuha highlighted) at 11-12, 33, 80. Thus, PAN seeks leave to serve the same chart previously served on Plaintiff by other Defendants (which covers all claims asserted against PAN) to correct its inadvertent service oversight. PAN is not

1

seeking leave to modify, amend, or supplement that chart, solely to rely on the exact chart that was previously served by other Defendants.  Because Plaintiff already received that chart from other Defendants and because PAN's cover pleading made clear that PAN was relying on ChakraVyuha, Plaintiff is not prejudiced by this request.

PAN conferred with Plaintiff regarding this Motion and Plaintiff stated they do not oppose the requested relief.

Accordingly, PAN respectfully requests that the Court grant leave to amend its invalidity contentions regarding U.S. Patent No. 7,673,137 (the "'137 patent") by serving the invalidity chart attached to this Motion as Exhibit 1.

Dated: November 2, 2023                                        Respectfully submitted,

By: /s/ Kelly C. Hunsaker
Melissa Richards Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

Kelly C. Hunsaker
KHunsaker@winston.com
Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

***ATTORNEYS FOR PALO ALTO NETWORKS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2023, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM.ECF system per Local Rule CV-5(a)(3).

*/s/ Kelly C. Hunsaker*
Kelly C. Hunsaker

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Counsel for Plaintiff and Counsel for Defendant met and conferred per Local Rule CV-7(h) and that this motion is unopposed by Counsel for Plaintiff.

*/s/ Kelly C. Hunsaker*
Kelly C. Hunsaker
