## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO ALL CASES | | |

### ORDER

Before the Court is the Joint Motion for Clarification of Deposition Limits in the Court's Discovery Order (the "Motion") filed by Plaintiff Taasera Licensing LLC ("Taasera"), and Defendants Palo Alto Networks Inc. ("Palo Alto Networks"), Check Point Software Technologies, Ltd. ("Check Point"), Trend Micro Incorporated ("Trend Micro Japan"), CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike"), Fortinet, Inc. ("Fortinet"), and Musarubra US LLC d/b/a Trellix ("Trellix") (collectively, "Defendants"). (Dkt. No. 314.) In the Motion, the parties outline their disagreement regarding the time allocated for depositions under Paragraph 5(c) Discovery Limitations in the Court's Discovery Order (Dkt. No. 137). (*Id.* at 1.)

As discussed on the record at the monthly telephonic status conference on November 8, 2023, the Court **ORDERS** that Taasera make Jon Scahill available for a total of eighteen (18) hours of deposition by Defendants and Tim Scahill for a total of twelve (12) hours of deposition by Defendants, for a maximum of thirty (30) hours of deposition testimony as to these two witnesses. Such testimony shall be for the benefit of all Defendants collectively, and Defendants shall collectively participate in taking such depositions, while seeking to reasonably avoid duplicative questioning.

So ORDERED and SIGNED this 9th day of November, 2023.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE