IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:23-CV-00113-JRG | § § § § § § | CIVIL ACTION NO. 2:22-md-03042-JRG |

| | | |
|---|---|---|
| TAASERA LICENSING LLC<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | § § § § § § § | CASE NO. 2:23-cv-00113-JRG |

# ORDER

Before the Court is Defendant Palo Alto Networks' ("PAN") Unopposed Motion for Leave to Amend its Invalidity Contentions for the '137 Patent (the "Motion"). (Dkt. No. 312.) In the Motion, PAN represents that it inadvertently omitted serving a chart for the ChakraVyuha reference, which it now seeks to serve on Plaintiff. (*Id.* at 1.) Plaintiff does not oppose the Motion. (*Id.* at 2, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that PAN has leave to amend its invalidity contentions regarding U.S. Patent No. 7,673,137 (the "'137 patent") by serving the invalidity chart attached to the Motion (Dkt. No. 312-1).

**So ORDERED and SIGNED this 9th day of November, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE