# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § | Case No. 2:22-md-03042-JRG |
| § | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00063-JRG § § § | |
| TAASERA LICENSING LLC, § § | Case No. 2:22-cv-00063-JRG |
| Plaintiff, § § | **JURY TRIAL DEMANDED** |
| v. § § | |
| CHECKPOINT SOFTWARE TECHNOLOGIES, LTD., § § § § | |
| Defendant. § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant CheckPoint Software Technologies, Ltd.'s ("CheckPoint" or "Defendant") (collectively, the "Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

All matters in controversy between the Parties have been settled in principle. The Parties respectfully request a stay of all case deadlines for thirty-five (35) days while the Parties finalize a settlement agreement and file dismissal documents with the Court.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion as set forth above.

Dated: November 24, 2023  Respectfully submitted,

  /s/ *Alfred R. Fabricant*
  Alfred R. Fabricant
  NY Bar No. 2219392
  Email: ffabricant@fabricantllp.com
  Peter Lambrianakos
  NY Bar No. 2894392
  Email: plambrianakos@fabricantllp.com
  Vincent J. Rubino, III
  NY Bar No. 4557435
  Email: vrubino@fabricantllp.com
  Joseph M. Mercadante
  NY Bar No. 4784930
  Email: jmercadante@fabricantllp.com
  **FABRICANT LLP**
  411 Theodore Fremd Avenue,
   Suite 206 South
  Rye, New York 10580
  Telephone: (212) 257-5797
  Facsimile: (212) 257-5796

  Justin Kurt Truelove
  Texas Bar No. 24013653
  Email: kurt@truelovelawfirm.com
  **TRUELOVE LAW FIRM, PLLC**
  100 West Houston Street
  Marshall, Texas 75670
  Telephone: (903) 938-8321
  Facsimile: (903) 215-8510

  Samuel F. Baxter
  Texas State Bar No. 01938000
  Email: sbaxter@mckoolsmith.com
  Jennifer L. Truelove
  Texas State Bar No. 24012906
  Email: jtruelove@mckoolsmith.com
  **MCKOOL SMITH, P.C.**
  104 E. Houston Street, Suite 300
  Marshall, Texas 75670
  Telephone: (903) 923-9000
  Facsimile: (903) 923-9099

  ***ATTORNEYS FOR PLAINTIFF***
  ***TAASERA LICENSING LLC***

/s/ Clement S. Roberts (with permission)
Eric H. Findlay
Email: efindlay@findlaycraft.com
State Bar No. 00789886
Debby E. Gunter
Email: dgunter@findlaycraft.Com
State Bar No. 24012752
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
Email. croberts@orrick.com
CA State Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
Email: acaridis@orrick.com
Jake O'Neal (Admitted *Pro Hac Vice)*
Email: jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer (Admitted *Pro Hac Vice*)
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
100 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7497
Facsimile: (650) 614-7401

***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 24, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant