# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION <br><br> THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00063-JRG | Case No. 2:22-md-03042-JRG <br><br> **JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC, <br><br>　　　　　Plaintiff, <br><br> v. <br><br> CHECKPOINT SOFTWARE TECHNOLOGIES, LTD., <br><br>　　　　　Defendant. | Case No. 2:22-cv-00063-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant CheckPoint Software Technologies, Ltd.'s ("CheckPoint" or "Defendant") (collectively, the "Parties"). Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the Parties, to the motion, the Court finds that good cause has been established and the Joint Motion to Stay All Deadlines should be granted.

It is, therefore, ORDERED that all proceedings and deadlines in this case between the Parties stayed for thirty-five (35) days.