# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | Case No. 2:22-md-03042-JRG |
| | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00063-JRG | |
| TAASERA LICENSING LLC, | Case No. 2:22-cv-00063-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| CHECKPOINT SOFTWARE TECHNOLOGIES, LTD., | |
| Defendant. | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant CheckPoint Software Technologies, Ltd.'s ("CheckPoint" or "Defendant") (collectively, the "Parties") have settled their respective claims for relief asserted in this litigation. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the Parties respectfully request that all claims asserted against CheckPoint by Taasera be dismissed with prejudice and that all claims and defenses asserted by CheckPoint be dismissed without prejudice. The Parties also request that all attorneys' fees, costs of court, and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated: December 12, 2023				Respectfully submitted,

				/s/ *Alfred R. Fabricant*
				Alfred R. Fabricant
				NY Bar No. 2219392
				Email: ffabricant@fabricantllp.com
				Peter Lambrianakos
				NY Bar No. 2894392
				Email: plambrianakos@fabricantllp.com
				Vincent J. Rubino, III
				NY Bar No. 4557435
				Email: vrubino@fabricantllp.com
				Joseph M. Mercadante
				NY Bar No. 4784930
				Email: jmercadante@fabricantllp.com
				**FABRICANT LLP**
				411 Theodore Fremd Avenue,
				 Suite 206 South
				Rye, New York 10580
				Telephone: (212) 257-5797
				Facsimile: (212) 257-5796

				Justin Kurt Truelove
				Texas Bar No. 24013653
				Email: kurt@truelovelawfirm.com
				**TRUELOVE LAW FIRM, PLLC**
				100 West Houston Street
				Marshall, Texas 75670
				Telephone: (903) 938-8321
				Facsimile: (903) 215-8510

				Samuel F. Baxter
				Texas State Bar No. 01938000
				Email: sbaxter@mckoolsmith.com
				Jennifer L. Truelove
				Texas State Bar No. 24012906
				Email: jtruelove@mckoolsmith.com
				**MCKOOL SMITH, P.C.**
				104 E. Houston Street, Suite 300
				Marshall, Texas 75670
				Telephone: (903) 923-9000
				Facsimile: (903) 923-9099

				***ATTORNEYS FOR PLAINTIFF***
				***TAASERA LICENSING LLC***

<u>/s/ Clement S. Roberts (with permission)</u>
Eric H. Findlay
Email: efindlay@findlaycraft.com
State Bar No. 00789886
Debby E. Gunter
Email: dgunter@findlaycraft.Com
State Bar No. 24012752
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
Email. croberts@orrick.com
CA State Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
Email: acaridis@orrick.com
Jake O'Neal (Admitted *Pro Hac Vice)*
Email: jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

Evan Brewer (Admitted *Pro Hac Vice*)
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
100 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7497
Facsimile: (650) 614-7401

***ATTORNEYS FOR CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 12, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ Alfred R. Fabricant*
                                                    Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

                                                  */s/ Alfred R. Fabricant*
                                                    Alfred R. Fabricant