# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | Case No. 2:22-md-03042-JRG |
| | **JURY TRIAL DEMANDED** |
| **THIS DOCUMENT RELATES TO CASE NO. 2:23-cv-00113-JRG** | |
| TAASERA LICENSING LLC, | Case No. 2:23-cv-00113-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| PALO ALTO NETWORKS, INC., | |
| Defendant. | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant Palo Alto Networks, Inc. ("Defendant" or "PAN") have resolved Plaintiff's claims for relief against PAN and PAN's counterclaim for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and PAN, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against PAN with prejudice and PAN's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  December 13, 2023

Respectfully submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC**

/s/ *Michael R. Rueckheim (with Permission)*
Kelly C. Hunsaker
Email: KHunsaker@winston.com
Michael R. Rueckheim
(State Bar No. 24081129)
Email: MRueckheim@winston.com
Eimeric Reig-Plessis
Email: EReigPlessis@winston.com
**WINSTON & STRAWN LLP**

2

255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Krishnan Padmanabhan
Email: KPadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Melissa R. Smith
(State Bar No. 24001351)
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANT
PALO ALTO NETWORKS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 13, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
