IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | Case No. 2:22-md-03042-JRG |
| | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00303-JRG | |
| TREND MICRO, INC., | Case No. 2:22-cv-00303-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| TAASERA LICENSING LLC, | |
| Defendant. | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Declaratory Judgment Plaintiff Trend Micro Inc. ("Plaintiff" or "Trend Micro US") and Defendant Taasera Licensing LLC ("Taasera" or "Defendant") (collectively, the "Parties") have settled their respective claims for relief asserted in this litigation. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the Parties respectfully request that all declaratory judgment claims against Taasera brought by Trend Micro US be dismissed without prejudice and that all claims, counterclaims and defenses asserted by Taasera be dismissed with prejudice. The Parties also request that all attorneys' fees, costs of court, and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated: December 13, 2023                Respectfully submitted,

    /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*ATTORNEYS FOR PLAINTIFF*
*TAASERA LICENSING LLC*

2

/s/ *Melissa R. Smith*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

***ATTORNEYS FOR DEFENDANT TREND MICRO, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 13, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Melissa R. Smith*
Melissa R. Smith