IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION <br><br> THIS DOCUMENT RELATES TO CASE NO. 2:22-CV-00303-JRG | § § § § § § CIVIL ACTION NO. 2:22-MD-03042-JRG |
| TREND MICRO, INC. <br><br> v. <br><br> TAASERA LICENSING LLC | § § § § § § § § CASE NO. 2:22-cv-00303-JRG |

## ORDER

Before the Court is the Joint Motion to Dismiss With Prejudice (the "Motion") filed by Declaratory Judgment Plaintiff Trend Micro Inc. ("Trend Micro") and Defendant Taasera Licensing LLC ("Taasera"). (Dkt. No. 339.) In the Motion, the parties represent that they have settled their respective claims in this action. (*Id.* at 1.) The parties therefore request that all declaratory judgment claims brought by Trend Micro against Taasera be dismissed without prejudice, and that all claims, counterclaims, and defenses asserted by Taasera be dismissed with prejudice. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims brought by Trend Micro against Taasera in Case No. 2:23-cv-00303-JRG be dismissed **WITHOUT PREJUDICE**, and that all claims, counterclaims, and defenses asserted by Taasera in this case be dismissed **WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

All pending requests for relief in Case No. 2:22-cv-00303-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Case No. 2:22-cv-00303-JRG as no parties or claims remain. The Clerk of Court is further directed to **MAINTAIN AS OPEN** Case No. 2:22-md-03042-JRG in light of the remaining parties and claims.

**So ORDERED and SIGNED this 14th day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE