# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:22-CV-00415-JRG | § § § § § § | CIVIL ACTION NO. 2:22-md-03042-JRG |

| | |
|---|---|
| TAASERA LICENSING LLC<br><br>v.<br><br>FORTINET INC. | § § § § § § § § | CIVIL ACTION NO. 2:22-cv-00415-JRG |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Taasera Licensing LLC ("Taasera") and Defendant Fortinet, Inc. ("Fortinet"). (Dkt. No. 340.) In the Motion, the parties represent that they have reached a settlement in principle and request a stay of all case deadlines for thirty-five days for the parties to finalize such settlement and file dismissal papers with the Court. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all deadlines in the above-captioned case, Case No. 2:22-cv-00415-JRG, are **STAYED** up to and including January 19, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 14th day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE