# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § | Case No. 2:22-md-03042-JRG |
| | § | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00427-JRG | § § § | |
| | | |
| TAASERA LICENSING LLC, | § § | Case No. 2:22-cv-00427-JRG |
| Plaintiff, | § § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| MUSARUBRA US LLC, D/B/A TRELLIX, | § § § | |
| Defendant. | § § § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant Musarubra US LLC, d/b/a Trellix ("Trellix" or "Defendant") (collectively, the "Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

All matters in controversy between the Parties have been settled in principle. The Parties respectfully request a stay of all case deadlines for thirty-five (35) days while the Parties finalize a settlement agreement and file dismissal documents with the Court.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion as set forth above.

Dated:  January 4, 2024                                  Respectfully submitted,

  /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
State Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF***
***TAASERA LICENSING LLC***


/s/ *Nathaniel St. Clair II (with permission)*
Nathaniel St. Clair, II
State Bar No. 24071564
Email: nstclair@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5948
Facsimile: (214) 661-6848

***ATTORNEY FOR MUSARUBRA US LLC, d/b/a***
***TRELLIX***

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 4, 2024, a true and correct copy of the foregoing document has been served via electronic mail on all counsel of record.

                                                      */s/ Alfred R. Fabricant*
                                                      Alfred R. Fabricant

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record has met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

                                                      */s/ Alfred R. Fabricant*
                                                      Alfred R. Fabricant