# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL CASES | § <br> § <br> § CIVIL ACTION NO. 2:22-MD-03042-JRG <br> § <br> § |

## ORDER

The Court previously appointed Mr. Michael Paul as the technical advisor to the Court in the above-captioned multi-district litigation, with his fees and expenses to be assessed between the parties as the Court directs. (Dkt. No. 271.) The Court has received Mr. Paul's invoice for services in the amount of $18,095.49 and hereby **ORDERS** payment to be promptly made as follows:

- Taasera Licensing LLC (Party to All Cases): $2,585.07

- Trend Micro, Incorporated and Trend Micro, Inc. (Case Nos. 2:21-cv-00441-JRG and 2:22-cv-00303-JRG): $2,585.07

- CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (Case No. 2:22-cv-00468-JRG): $2,585.07

- Palo Alto Networks, Inc. (Case No. 2:23-cv-00113-JRG): $2,585.07

- Check Point Software Technologies Ltd. (Case No. 2:22-cv-00063-JRG): $2,585.07

- Fortinet, Inc. (Case No. 2:22-cv-00415-JRG): $2,585.07

- Musarubra US LLC d/b/a Trellix (Case No. 2:22-cv-00427-JRG): $2,585.07

- TOTAL: $18,095.49

**So ORDERED and SIGNED this 5th day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE