IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:22-CV-00427-JRG | § § § § § § CIVIL ACTION NO. 2:22-MD-03042-JRG |
| TAASERA LICENSING LLC<br><br>v.<br><br>MUSARUBRA US LLC, d/b/a TRELLIX | § § § § § § § § CASE NO. 2:22-cv-00427-JRG |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Taasera Licensing LLC ("Taasera") and Defendant Musarubra US LLC d/b/a Trellix ("Trellix"). (Dkt. No. 347.) In the Motion, the parties represent that they have reached a settlement in principle and request a stay of all case deadlines for thirty-five days for the parties to finalize such settlement and file dismissal papers with the Court. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all deadlines in the above-captioned case, Case No. 2:22-cv-00427-JRG, are **STAYED** up to and including February 9, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 5th day of January, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE