IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-CV-00415-JRG | |

| | |
|---|---|
| TAASERA LICENSING LLC § § § § § § § | |
| v. | CASE NO. 2:22-cv-00415-JRG |
| FORTINET, INC. | |

## ORDER

Before the Court is the Joint Motion to Extend the Stay of All Deadlines (the "Motion") filed by Plaintiff Taasera Licensing LLC ("Taasera") and Defendant Fortinet, Inc. ("Fortinet"). (Dkt. No. 350.) In the Motion, the parties represent that they have reached a settlement in principle and request an extension of the stay of all case deadlines for thirty additional days for the parties to finalize such settlement and file dismissal papers with the Court. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the stay in this case is **extended** up to and including February 19, 2024, during which time appropriate dismissal papers are to be filed with the Court.

So ORDERED and SIGNED this 18th day of January, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE