# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:23-cv-00113-JRG | Case No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORTINET INC.<br><br>Defendant. | Case No. 2:22-cv-00415-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR A SECOND EXTENSION TO STAY OF ALL DEADLINES

Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant Fortinet, Inc. ("Defendant" or "Fortinet") (collectively, the "Parties") file this Joint Motion for a Second Extension to Stay of All Deadlines in the above-captioned case.

All matters in controversy between the Parties have been settled in principle and, on December 14, 2023, the Parties jointly moved to stay all deadlines and provided notice of settlement (Dkt. 340). On the same day, this Court stayed the case thirty-five (35) days until January 19, 2024 (Dkt. 343). On January 16, 2024, the parties filed their first Joint Motion to Extend the Stay of All Deadlines for thirty (30) days (Dkt. 350) ("First Extension"). On January 18, 2024, the Court granted the Parties' First Extension until February 20, 2024 (Dkt. 351), while the parties finalized the settlement agreement.

The Parties respectfully and jointly request that the Court extend the stay of all case deadlines between Taasera and Fortinet for an additional fourteen (14) days for the parties to collect signatures and prepare dismissal papers.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion as set forth above.

Dated: February 20, 2024                        Respectfully submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
State Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facismile: (903) 215-8510

Samuel F. Baxter
State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906

Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC***


 /s/  *Melissa R. Smith*
Melissa R. Smith
State Bar No. 07921800
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Alice Snedeker
**DUANE MORRIS LLP**
1075 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6989

Holly Engelmann
State Bar No. 24040865
Email: HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7200
Fax: (214) 257-7201

***ATTORNEYS FOR FORTINET INC.***

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on February 20, 2024 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant