# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | Case No. 2:22-md-03042-JRG |
| | **JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00415-JRG | |
| TAASERA LICENSING LLC, | Case No. 2:22-cv-00415-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| FORTINET INC. | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant Fortinet, Inc. ("Defendant" or "Fortinet") (collectively, the "Parties"), have requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and with all attorneys' fees, costs and expenses borne by the party incurring same. The Court having considered this request, is of the opinion that their request to dismiss should be granted.

It is, therefore, ORDERED that the Plaintiff's claims for relief against Defendant are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.