# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § THIS DOCUMENT RELATES TO CASE NO. 2:22-CV-00415-JRG | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| TAASERA LICENSING LLC, § § v. § § FORTINET INC. § § § | CASE NO. 2:22-CV-00415-JRG |

## ORDER

Before the Court is the Joint Motion to Dismiss With Prejudice (the "Motion") filed by Plaintiff Taasera Licensing LLC ("Taasera") and Defendant Fortinet Inc. ("Fortinet"). (Dkt. No. 71.) In the Motion, the parties represent that they have settled their respective claims in this action. (*Id.* at 1.) The parties therefore request that all claims brought by Taasera against Fortinet be dismissed with prejudice. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims brought by Taasera against Fortinet in Case No. 2:22-cv-00415-JRG be dismissed **WITH PREJUDICE**, and that all claims and defenses asserted by Fortinet in this case be dismissed **WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in Case No. 2:22-cv-00415-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Case No. 2:22-cv-00415-JRG as no parties or claims remain. The Clerk of Court is further directed to **MAINTAIN AS OPEN** Case No. 2:22-md-03042-JRG in light of the remaining parties and claims.

**So ORDERED and SIGNED this 7th day of March, 2024.**

*/s/ Rodney Gilstrap*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE