# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:22-cv-00427-JRG | Case No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>MUSARUBRA US LLC, D/B/A TRELLIX,<br><br>Defendant. | Case No. 2:22-cv-00427-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Taasera Licensing LLC ("Plaintiff" or "Taasera") and Defendant Musarubra US LLC, d/b/a Trellix ("Trellix" or "Defendant") (collectively, the "Parties") have settled their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully request that all claims for relief asserted against Defendant by Taasera herein be dismissed, with prejudice; and the Parties further request that all attorneys' fees, cost of court and expenses be borne by each Party incurring the same.

Dated: April 17, 2024

Respectfully submitted,

 /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos

NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
State Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099


***ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC***


/s/  *Nathaniel St. Clair, II (with permission)*
Nathaniel St. Clair, II
State Bar No. 24071564
Email: nstclair@jw.com
**JACKSON WALKER LLP**

2

        2323 Ross Avenue, Suite 600
        Dallas, Texas 75201
        Telephone: (214) 953-5948
        Facsimile: (214) 661-6848

***ATTORNEY FOR MUSARUBRA US LLC, d/b/a TRELLIX***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 17, 2024, a true and correct copy of the foregoing document has been served via electronic mail on all counsel of record.

                                                  */s/ Alfred R. Fabricant*
                                                     Alfred R. Fabricant

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record has met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

                                                  */s/ Alfred R. Fabricant*
                                                     Alfred R. Fabricant